THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA ABBOTT, an individual, SIMA HERNANDEZ, an individual, MELISSA URBANCIC, an individual, and JILL CAPPEL, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 2:23-cv-1372<br><br>**STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE AND ORDER**<br><br>Note on Motion Calendar:<br>September 14, 2023 |

**STIPULATED MOTION**

On September 5, 2023, Plaintiffs Laura Abbott, Sima Hernandez, Melissa Urbancic, and Jill Cappel filed the Class Action Complaint in this matter (Dkt. 1). Plaintiffs served Defendant Amazon.com, Inc. with the Complaint on September 8, 2023. Amazon's current deadline to respond to the Complaint is September 29, 2023. The parties have conferred, and Plaintiffs' counsel has agreed to extend the time for Amazon to answer or otherwise respond to the Complaint until **November 8, 2023**. Having stipulated to this extension, the parties respectfully request that the Court approve it.

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING DEADLINE
AND ORDER
CASE NO.: 2:23-CV-1372-JNW

- 1 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101

1

Dated:  September 14, 2023

Respectfully submitted,

2

FENWICK & WEST LLP

3

4

By: */s/ Brian D. Buckley*
     Brian D. Buckley, WSBA No. 26423

5

6

     401 Union Street, 5th Floor
     Seattle, WA  98101
     Telephone:  206.389.4510
     Email:   bbuckley@fenwick.com

7

8

     *Attorneys for Defendant Amazon.com, Inc.*

9

10

QUINN EMANUEL URQUHART & SULLIVAN, LLP

11

By: */s/ Alicia Cobb*
     Alicia Cobb WSBA No. 48685

12

13

By: */s/ Matthew Hosen*
     Matthew Hosen, WSBA No. 54855

14

15

     1109 First Avenue, Suite 210,
     Seattle, WA 98101
     Telephone:  206.905.7075
     Email:   aliciacobb@quinnemanuel.com
                matthosen@quinnemanuel.com

16

17

     *Attorneys for Plaintiffs*

18

19

20

**SO ORDERED**.

21

Dated this 19th day of September, 2023.

22

23

24

_____

25

Jamal N. Whitehead
United States District Judge

26

27

28

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING DEADLINE
AND ORDER
CASE NO.: 2:23-CV-1372-JNW

- 2 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON  98101

1 | Presented by:

2 | FENWICK & WEST LLP

3 |

4 | By: /s/ Brian D. Buckley
   | Brian D. Buckley, WSBA No. 26423

5 | 401 Union Street, 5th Floor
   | Seattle, WA  98101
6 | Telephone: 206.389.4510
   | Facsimile:  206.389.4511
7 | Email:     bbuckley@fenwick.com

8 | *Attorneys for Amazon.com, Inc.*

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |