1
2
3
4
5
6

THE HONORABLE JAMAL N. WHITEHEAD

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

IN RE: AMAZON RETURN POLICY
LITIGATION

10

11

12

13

Case No.: 2:23-cv-1372-JNW

**STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING DEADLINE
AND ORDER**

Note on Motion Calendar:
March 29, 2024

14

15

**STIPULATED MOTION**

16    On March 25, 2024, Plaintiffs Laura Abbott, Jill Cappel, Michelle Estep, Sima Hernandez,

17  Maria Khangi, Joshua Soto Lopez, Melissa Urbancic, Heriberto Valiente, and Vince Vojtko filed

18  a Consolidated Class Action Complaint in this matter (Dkt. 58).  Amazon's current deadline to

19  respond to the Complaint is April 15, 2024.  The parties have conferred, and Plaintiffs' counsel

20  has agreed to extend the time for Amazon to answer or otherwise respond to the Complaint until

21  **May 15, 2024**.  Having stipulated to this extension, the parties respectfully request that the Court

22  approve it.

23
24
25
26
27
28

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING DEADLINE
AND [PROPOSED] ORDER
CASE NO.: 2:23-CV-1372-JNW

- 1 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101

1  Dated:  March 29, 2024                    Respectfully submitted,

2  FENWICK & WEST LLP

3

4  By: */s/ Brian D. Buckley*
        Brian D. Buckley, WSBA No. 26423

5
   Deena J.G. Feit, WSBA No. 59036
6  401 Union Street, 5th Floor
   Seattle, WA  98101
7  Tel.:  206.389.4510
   Fax:  206.389.4511
8  bbuckley@fenwick.com
   dfeit@fenwick.com

9
   Jedediah Wakefield (*pro hac vice*)
10 Mary Griffin Sims (*pro hac vice*)
   Samantha Ong (*pro hac vice*)
11 555 California Street, 12th Floor
   San Francisco, CA 94104
12 Tel.: 415.875.2300
   Fax.:415.281.1350
13 jwakefield@fenwick.com
   mgriffin@fenwick.com
14 song@fenwick.com

15
   *Attorneys for Defendant Amazon.com, Inc.*
16

17 QUINN EMANUEL URQUHART & SULLIVAN,
   LLP
18
   By: */s/ Alicia Cobb*
19      Alicia Cobb WSBA No. 48685

20 Matthew Hosen, WSBA No. 54855
   1109 First Avenue, Suite 210
21 Seattle, WA 98101
   Tel.:  206.905.7075
22 Fax:  206.905.7100
   aliciacobb@quinnemanuel.com
23 matthosen@quinnemanuel.com

24 Andrew H. Schapiro (*pro hac vice*)
   191 N. Wacker Drive, Suite 2700
25 Chicago, IL 60606
   Tel.:  206.905.7075
26 Fax:  312.705.7401
   andrewschapiro@quinnemanuel.com
27

28 STIPULATED MOTION TO EXTEND       - 2 -       FENWICK & WEST LLP
   RESPONSIVE PLEADING DEADLINE                      401 UNION STREET, 5TH FLOOR
   AND ORDER                                        SEATTLE, WASHINGTON  98101
   CASE NO.: 2:23-CV-1372-JNW

1
2
3
4
5
6
7
8
9
10
11
12

Adam Wolfson (*pro hac vice*)
Justin C. Griffin (*pro hac vice*)
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
Tel.:  213.443.3621
Fax:  213.443.3100
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com


ZIGLER LAW GROUP, LLC

Aaron M. Zigler (*pro hac vice*)
Mary Jane Fait (*pro hac vice*)
Robin Horton Silverman (*pro hac vice*)
Nidya S. Gutierrez (*pro hac vice*)
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
Tel.:  312.673.8427
aaron@ziglerlawgroup.com
maryjane@ziglerlawgroup.com
robin@ziglerlawgroup.com
nidya@ziglerlawgroup.com

13

*Interim Class Counsel*

14
15

**SO ORDERED**.

16
17

Dated this 1st day of April, 2024.

18
19
20
21
22

_____
Jamal N. Whitehead
United States District Judge

23
24
25
26
27

Presented by:

28

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING DEADLINE
AND ORDER
CASE NO.: 2:23-CV-1372-JNW

- 3 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON  98101

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

    Deena J.G. Feit, WSBA No. 59036
    401 Union Street, 5th Floor
    Seattle, WA 98101
    Tel.: 206.389.4510
    Fax: 206.389.4511
    bbuckley@fenwick.com
    dfeit@fenwick.com

    Jedediah Wakefield (pro hac vice)
    Mary Griffin Sims (pro hac vice)
    Samantha Ong (pro hac vice)
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Tel.: 415.875.2300
    Fax.:415.281.1350
    jwakefield@fenwick.com
    mgriffin@fenwick.com
    song@fenwick.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION TO EXTEND    - 4 -
RESPONSIVE PLEADING DEADLINE
AND ORDER
CASE NO.: 2:23-CV-1372-JNW

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101