THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AMAZON RETURN POLICY LITIGATION

No. 2:23-CV-1372-JNW

**[PROPOSED] ORDER DENYING DEFENDANT AMAZON'S PARTIAL MOTION TO DISMISS**

NOTING DATE: June 20, 2024

ORAL ARGUMENT REQUESTED



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

Pending before the Court is Defendant Amazon, Inc.'s Partial Motion to Dismiss Counts IV and XI (Money Had and Received), V and XII (Unjust Enrichment), VI and XII (Promissory Estoppel), and VII and XIV (Conversion).

The Court having considered the parties' briefing and arguments and the relevant pleadings and law, hereby DENIES Amazon's motion.

**IT IS SO ORDERED.**

DATED: ________________, 2024

______________________________

HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED June 5, 2024.

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7075
Fax: 206.905.7100
aliciacobb@quinnemanuel.com