UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | CASE NO. 2:23-cv-1372<br><br>ORDER REGARDING JOINT STATUS REPORT |

In their Joint Status Report, the Parties ask the Court to rule on a discovery dispute. Dkt. No. 70. Specifically, they asked the Court to choose between two "stipulated" protective orders; each side presents a different version of the order, but neither is signed. Amazon's proposed order would require plaintiffs to disclose their experts before providing those experts with any discovery that Amazon has designated as "highly confidential." It would also give Amazon the right to challenge the disclosure.

After considering Amazon's request, the proposed orders, and the relevant law, the Court finds good cause for Amazon's proposal lacking. Accordingly, the

**ORDER** REGARDING JOINT STATUS REPORT - 1

Court rejects Amazon's request. With no stipulated protective order before it, the Court stops here.

The Court reminds the Parties to review the Local Civil Rules in this District, as well as its Chambers Procedures, available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

Dated this 30th day of October, 2024.

Jamal N. Whitehead
United States District Judge

ORDER REGARDING JOINT STATUS REPORT - 2