THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | No. 2:23-cv-1372-JNW<br><br>**DECLARATION OF NOLAN ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DOCUMENT PRODUCTION** |

I, Nolan Anderson, hereby state as follows:

1. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiffs in the above-captioned action. I submit this Declaration in support of Plaintiffs' Motion to Compel Production of Documents based on personal knowledge and my review of the case file.

2. Pursuant to LCR 37(a), the Parties have held several meet and confers in an effort to resolve these discovery disputes, as detailed further below, but have not reached an agreement on many Requests.

3. The Parties held a Federal Rule of Civil Procedure 26(f) conference pursuant to this Court's scheduling order (Dkt. 19) on October 31, 2023.

4. Plaintiffs served their First Set of Requests for Production of Documents, dated April 23, 2024, on Amazon. A true and correct copy of those Requests are attached as Exhibit A.



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WA 98101
TEL: (206) 905-7000

5. On May 28, 2024, Amazon transmitted its Objection to Plaintiffs' First Set of Requests for Production of Documents. A true and correct copy of that Objection is attached as Exhibit B.

6. On June 5, 2024, the Parties held a second Rule 26(f) conference.

7. Amazon then served additional Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents on July 5, 2024. A true and correct copy of these Objections and Responses are attached to this Declaration as Exhibit C.

8. The Parties held five meet and confers to discuss Amazon's Objections and Responses on July 24, July 30, August 1, August 16, and August 19, 2024. At the July 24, 2024 meet and confer, the parties first discussed RFPs 57-58. The parties then discussed RFPs 4-10. Plaintiffs initiated discussions regarding the possibility of producing an anonymous, statistically-significant sample of responsive data.

9. At the July 30, 2024 meet and confer, the parties discussed RFPs 10-19, 20-22, and 23-24. The parties continued to discuss a compromise regarding data productions involving the production of an anonymous, statistically-significant sample size of responsive data. As part of these discussions, Plaintiffs requested that Amazon agree it would not challenge class certification on the basis that a sample was used.

10. At the August 1, 2024 meet and confer, the parties discussed RFPs 25-26, 29, 30-33. The parties continued to discuss a compromise regarding data productions involving the production of an anonymous, statistically-significant sample size of responsive data.

11. At the August 19, 2024 meet and confer, the parties discussed RFPs 45, 46, 48-52, 54-55, 59-63, 66-67 and 72-73.

12. A true and correct copy of correspondence from Nolan Anderson to Brian Buckley, Deena Feit, Jedediah Wakefield, and Mary Griffin Sims, dated September 27, 2024, is attached as Exhibit D.

13. The parties held additional meet and confers on October 31 and November 4, 2024. At the October 31, 2024 meet and confer, the parties discussed RFPs 57-58, and Amazon represented that it was still looking into the Requests but declined to commit to any firm timeline

for production. Plaintiffs raised questions regarding Amazon's proposed custodians. Amazon also informed Plaintiffs that it would produce data related to the nine named Plaintiffs.

14. At the November 4, 2024 meet and confer, Plaintiffs again requested that Amazon commit to providing documents responsive to RFPs 57-58 and provide information to facilitate negotiations regarding Amazon's proposed custodians. Regarding production of data, Amazon stated that it would produce only named Plaintiffs' data and that such data would be a sufficient sample, and that after producing the Plaintiffs' data it would object to making any further data production. When Plaintiffs disagreed and explained that they needed to understand the available data fields, Amazon's counsel stated: "Stop wasting my time."

15. A true and correct copy of Plaintiffs' Second Set of Requests for Production to Amazon, dated November 21, 2024, is attached as Exhibit E.

16. A true and correct copy of correspondence from Deena Feit to Nolan Anderson, dated December 9, 2024, is attached as Exhibit F.

17. A true and correct copy of Amazon's Objections and Responses to Plaintiffs' Second Set of Requests for Production, dated December 23, 2024, is attached as Exhibit G.

18. Plaintiffs sent Amazon several follow-up emails regarding productions in response to RFPs 57-58, and seeking additional information regarding Amazon's proposed custodians. A true and correct copy of an email chain from Lawrence Ashe to Mary Griffin Sims, Deena Feit, dated December 27, 2024, is attached as Exhibit H.

19. The parties held a meet and confer on January 2, 2025. At that meet and confer Plaintiffs again asked Amazon to commit to producing documents responsive to RFPs 57-58 and requested Amazon's timeline for production. Amazon agreed only that it would aim to produce by the parties' agreed-upon deadline for substantial completion of documents in May 2025.

20. In a January 3, 2025 meet and confer, Plaintiffs asked Amazon if and when it would be providing definitions for the data fields it had produced. Amazon refused to provide a firm commitment.

Executed this 28th day of January, 2025, at Plainsboro, New Jersey.

*/s/ Nolan Anderson*
Nolan Anderson


QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WA 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED January 28, 2025.

*/s/ Nolan Anderson*
Nolan Anderson, WSBA #59691


QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WA 98101
TEL: (206) 905-7000