# Exhibit B

THE HONORABLE JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | Case No.: 2:23-cv-1372-JNW<br><br>**DEFENDANT AMAZON.COM, INC.'S OBJECTION TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

PROPOUNDING PARTY: Plaintiffs

SET NUMBER: ONE (NOS. 1-76)

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc. objects to Plaintiffs' First Set of Requests for Production of Documents dated April 23, 2024. Under Federal Rule of Civil Procedure 26(d), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." The parties to this consolidated action have not yet conferred as required by Rule 26(f). As such, Plaintiffs' discovery requests are premature. Pursuant to Rule 26(d)(2), Amazon will treat the requests as having been served on the date of the parties' to-be-schedule Rule 26(f) conference. Amazon will then respond, and provide complete objections to Plaintiffs' discovery requests, within the applicable time period. Amazon reserves all rights and arguments.

/////

/////



FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101

Dated: May 28, 2024

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*

Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Counsel for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I, Brian D. Buckley, hereby certify that on May 28, 2024, I caused the foregoing **DEFENDANT AMAZON.COM, INC.'S OBJECTION TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** to be served electronically on the following parties:

Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
aliciacobb@quinnemanuel.com
matthosen@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
andrewschapiro@quinnemanuel.com

Justin C. Griffin (*pro hac vice*)
Adam B. Wolfson (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
justingriffin@quinnemanuel.com
adamwolfson@quinnemanuel.com

Aaron M. Zigler (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
aaron@ziglerlawgroup.com

cc: Plfs_service_amazon_returns@ziglerlawgroup.com

Dated: May 28, 2024

*/s/ Brian D. Buckley*
Brian D. Buckley