# Exhibit C

THE HONORABLE JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AMAZON RETURN POLICY LITIGATION

Case No.: 2:23-cv-1372-JNW

**DEFENDANT AMAZON.COM, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

PROPOUNDING PARTY: Plaintiffs

RESPONDING PARTY: Defendant Amazon.com, Inc.

SET NUMBER: ONE (NOS. 1-76)

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc. objects and responds to Plaintiffs' First Set of Requests for Production of Documents dated April 23, 2024. Amazon's investigation in this action is ongoing, and Amazon reserves the right to amend or supplement its objections and/or responses to these Requests. Amazon will not produce any confidential or highly confidential documents until after a protective order is entered in this Action. Any statement by Amazon that it will produce documents in response to a request is not a representation that responsive documents exist.

**<u>OBJECTIONS TO INSTRUCTIONS AND DEFINTIONS</u>**

1. Amazon objects to Instruction No. 2 because it calls for the production of "all Documents," which is overbroad, unduly burdensome, and not proportional to the needs of this

Action, and because the burden of obtaining the sought information outweighs any probative value. Amazon also objects to this instruction to the extent it calls for the production of all Documents "that any other person or entity acting or purporting to act on Your behalf has the practical ability to obtain" because it purports to require Amazon to seek discovery from nonparties to this Action. Amazon further objects to this instruction to the extent it seeks privileged information.

2. Amazon objects to Instruction No. 3 to the extent it requires Amazon to seek discovery from nonparties to this Action.

3. Amazon objects to Instruction No. 5 because the request to produce documents "organized and labeled to correspond with the categories of the Request in response to which it is being produced" seeks to impose greater obligations on Amazon than those required by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, or any orders or stipulations governing this Action.

4. Amazon objects to Instruction No. 7 to the extent it calls for information beyond the requirements of the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, or any orders or stipulations governing this Action.

5. Amazon objects to Instruction No. 8 to the extent it seeks production of information protected by the attorney-client privilege, attorney work-product doctrine, duty of confidentiality, or any other applicable privilege, immunity, doctrine or protection. Amazon does not agree to produce the "entire Document" for all documents. Should Amazon not produce the "entire Document" and Plaintiffs disagree, Amazon is willing to meet and confer to discuss specific documents.

6. Amazon objects to Instruction No. 12 to the extent it seeks to impose greater obligations than those required by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, or any orders or stipulations governing this Action.

7. Amazon objects to Instruction No. 13 because "the search for, collection and production of all responsive Documents" is overbroad, unduly burdensome, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value. Amazon further objects to this instruction to the extent the term "all

responsive Documents that you have the practicable ability to obtain" requires Amazon to seek discovery from nonparties to this Action.

8. Amazon objects to Instruction No. 15 to the extent it seeks to impose greater obligations on Amazon than those required by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, or any orders or stipulations governing this Action.

9. Amazon objects to the definition of "Advanced Refunds" and "Instant Refunds" as overbroad. Amazon will interpret this term in the way it has been used on the Refunds webpage, accessible at https://www.amazon.com/gp/help/customer/display.html/ref=help_search_1-1?ie=UTF8&nodeId=GKQNFKFK5CF3C54B, during the Relevant Period.

10. Amazon objects to the definition of "Advanced Replacement/Exchanges" as overbroad. Amazon will interpret this term in the way it has been used on the Refunds webpage, accessible at https://www.amazon.com/gp/help/customer/display.html/ref=help_search_1-1?ie=UTF8&nodeId=GKQNFKFK5CF3C54B, during the Relevant Period.

11. Amazon objects to the definition of "Amazon," "You," or "Your" as overbroad and ambiguous and to the extent the definition is used to seek information from entities outside the scope of this Action, privileged information, or information not in Amazon's possession, custody, or control. Amazon will interpret this definition to exclude any such entities and information.

12. Amazon objects to the definition of "Charge Confirmation Email" to the extent it seeks information and/or documents already in Plaintiffs' possession, custody, or control, or information and/or documents that are readily available to Plaintiffs.

13. Amazon objects to the definition of "Chatbot" as "any automated customer service chatroom function" because it is overbroad, unduly burdensome, not proportional to the needs of this Action, and seeks information not relevant to any issue in this Action, and because the burden of obtaining the sought information outweighs any probative value. Amazon will interpret this term to mean automated customer service chatroom functions that respond to customer inquiries about refunds and recharges in the United States during the Relevant Period.

14. Amazon objects to the definition of "Communication" or "Communications" as vague, ambiguous, overbroad, unduly burdensome, and not proportional to the needs of this Action to the extent it seeks to impose greater obligations on Amazon than those required by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, or any orders or stipulations governing this Action. Amazon further objects to this definition to the extent it seeks information protected by the attorney-client privilege, attorney work-product doctrine, duty of confidentiality, or any other applicable privilege, immunity, doctrine or protection.

15. Amazon objects to the definition of "Concerning," "Regarding," "Showing," "Relating To," and/or "Related To" as vague, ambiguous, overbroad, unduly burdensome, and not proportional to the needs of this Action to the extent it seeks to impose greater obligations on Amazon than those required by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, or any orders or stipulations governing this Action.

16. Amazon objects to the definition of "Denied a Refund" or "Denying a Refund" to the extent it implies that a decision not to give a refund to a customer is a "failing."

17. Amazon objects to the definition of "Refund Denied" to the extent it assumes that a customer is "entitled to receive" a refund for any Returned Item received and processed through an Amazon Fulfillment Center.

18. Amazon objects to the definition of "Fulfillment Center" because the inclusion of "Amazon's use in the normal course of business" is overbroad, unduly burdensome, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value. Amazon will interpret this term in accordance with Amazon's use on its Conditions of Use webpage during the Relevant Period.

19. Amazon objects to the definition of "Identify" as overbroad, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action, and because it seeks to impose greater obligations on Amazon than those required by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, or any orders or stipulations governing this Action. Amazon objects to subsections (a)-(c) of this Request to the

extent they purport to require Amazon to disclose private or personally identifiable information of its employees, customers, or users.

20. Amazon objects to the definition of "Person," "Persons," "People" or "Customers" as vague, ambiguous, overbroad, unduly burdensome, and not proportional to the needs of this Action, and because it seeks to impose greater obligations on Amazon than those required by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, or any orders or stipulations governing this Action. Amazon further objects to the definition of these terms to the extent it seeks attorney-client privileged or other privileged information.

21. Amazon objects to the definition of "Pre-Receipt Refund Program," "Pre-Receipt Refund," and "Post-Receipt Refund Program" because it encompasses "any other term, program, or process" under which Amazon "would issue full or partial refunds," which is vague, ambiguous, overbroad, unduly burdensome, and not proportional to the needs of this Action.

22. Amazon objects to the definition of "Post-Receipt Refund" because it encompasses a "term, program, or process" under which Amazon "would issue full or partial refunds," which is vague, ambiguous, overbroad, unduly burdensome, and not proportional to the needs of this Action.

23. Amazon objects to the definition of "Public Statements" because it encompasses "any communication … made in the public forum," such as "verbal" and "visual" communications, which is vague, ambiguous, overbroad, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action. Amazon also objects to this definition as not properly limited in time and geographic scope.

24. Amazon objects to the definition of "Putative Class" to the extent that it assumes the existence of a class. Amazon denies that a class exists or that one can or should be certified.

25. Amazon objects to the definition of "Recharge," "Recharging" and "Recharged" because the reference to "Your policies or instructions" is vague and overbroad. Amazon further objects to this definition to the extent it seeks information and/or documents already in Plaintiffs' possession, custody, or control or information and/or documents that are readily available to Plaintiffs.

26. Amazon objects to the definition of "Refunds at First Scan" because the inclusion of the phrase "Amazon's use in the normal course of business" is vague, ambiguous, overbroad, unduly burdensome, and not proportional to the needs of this Action.

27. Amazon objects to the definition of "Refund Confirmation Email" to the extent it seeks information and/or documents already in Plaintiffs' possession, custody, or control or information and/or documents that are readily available to Plaintiffs.

28. Amazon objects to the definition of "Return Reminder Email" to the extent it seeks information and/or documents already in Plaintiffs' possession, custody, or control or information and/or documents that are readily available to Plaintiffs.

29. Amazon objects to the definition of "Transactional Data" because the inclusion of the phrase "all data captured by You in connection with the purchase or return of merchandise" is overbroad, unduly burdensome, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value. Amazon objects to this definition because it seeks information not relevant to any claims in this Action, including but not limited to "the payment method(s) employed" and "the customer service centers … involved in the transaction." Amazon also objects to this definition to the extent that it purports to require Amazon to disclose private or personally identifiable information of its employees, such as the "personnel involved in the transaction." Amazon further objects to this definition to the extent it seeks information and/or documents already in Plaintiffs' possession, custody, or control or information and/or documents that are readily available to Plaintiffs.

30. Without waiver of and subject to the foregoing objections, Amazon responds to the Requests as follows.

**OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

**Documents** sufficient to show **Your** return policies during the **Relevant Period.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Amazon objects to the term "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to the undefined term "policies" as vague, ambiguous, and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's return policies applicable to returns of physical items in the United States during the Relevant Period that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**REQUEST FOR PRODUCTION NO. 2:**

**Documents** sufficient to show **Your** refund policies during the **Relevant Period.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Amazon objects to the term "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to the undefined term "policies" as vague, ambiguous, and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's refund policies applicable to returns of physical items in the United States during the Relevant Period that are within Amazon's possession, custody, or control, and can be located after a reasonable search proportional to the needs of this Action.

**<u>REQUEST FOR PRODUCTION NO. 3:</u>**

**Documents** sufficient to show **Your Conditions of Use** during the **Relevant Period.**

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 3:</u>**

Amazon objects to the term "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's Conditions of Use applicable to physical items sold in the United States during the Relevant Period that are within Amazon's possession, custody, or control, and can be located after a reasonable search proportional to the needs of this Action.

**REQUEST FOR PRODUCTION NO. 4:**

**Documents Concerning Your** return policies for items bought from, facilitated, or fulfilled by **You,** including any change(s) made to **Your** return policies during the **Relevant Period.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Amazon objects to the terms "Concerning," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to the Request as vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to the undefined term "policies" as overbroad, vague and ambiguous.

Amazon objects to the undefined phrase "bought from, facilitated, or fulfilled by" Amazon to the extent it is vague, ambiguous, overbroad, not relevant to any claims in this Action, and not proportional to the needs of this Action.

Amazon objects to the undefined term "change(s)" as overbroad, vague, ambiguous, and not proportional to the needs of this Action and to the extent the Request seeks documents reflecting changes that are not related to the claims in this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession, or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's return policies applicable to returns of physical items bought from or fulfilled by Amazon in the United States during the Relevant Period that are within Amazon's possession, custody, or control, and can be located after a reasonable search proportional to the needs of this Action.

**REQUEST FOR PRODUCTION NO. 5:**

**Documents Concerning Your** refund policies for items bought from, facilitated, or fulfilled by **You,** including any change(s) made to **Your** refund policies during the **Relevant Period.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Amazon objects to the terms "Concerning," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to the Request as vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to the undefined term “policies” as overbroad, vague, and ambiguous.

Amazon objects to the undefined phrase “bought from, facilitated, or fulfilled by” Amazon to the extent it is not relevant to any claims in this Action, or proportional to the needs of this Action.

Amazon objects to the undefined term “change(s)” as overbroad, vague, ambiguous, and not relevant or proportional to the needs of this Action to the extent it seeks documents reflecting changes that are not related to the claims in this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs’ possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon’s refund policies applicable to returns of physical items bought from or fulfilled by Amazon in the United States during the Relevant Period that are within Amazon’s possession, custody, or control, and can be located after a reasonable search proportional to the needs of this Action.

**REQUEST FOR PRODUCTION NO. 6:**

**Documents Concerning Your Conditions of Use** for items bought from, facilitated, or fulfilled by **You,** including any change(s) made to **Your Conditions of Use** during the Relevant Period.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Amazon objects to the terms "Concerning," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to the undefined phrase "bought from, facilitated, or fulfilled by" Amazon to the extent it is not relevant to any claims in this Action, or proportional to the needs of this Action.

Amazon objects to the undefined term "change(s)" as overbroad, vague, ambiguous, and not relevant or proportional to the needs of this Action, and to the extent the Request seeks documents reflecting changes that are not related to the claims in this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's Conditions of Use applicable to returns of physical items bought from or fulfilled by Amazon during the Relevant Period in the United States, that are within Amazon's possession, custody, or control, and can be located after a reasonable search proportional to the needs of this Action.

**REQUEST FOR PRODUCTION NO. 7:**

**Documents Concerning** the application of **Your Conditions of Use** to returns or refunds of items bought from, facilitated, or fulfilled by **You** during the **Relevant Period.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Amazon objects to the terms "Concerning," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request because the phrase "Documents Concerning the application of Your Conditions of Use to returns or refunds of items" is vague, ambiguous, and not relevant or proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to the undefined term "bought from, facilitated, or fulfilled by" Amazon to the extent it is not relevant to any claims in this Action, or proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession, or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon does not understand what Plaintiffs are seeking with this Request. Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 8:**

**Documents** sufficient to **Identify** the **Customers** who during the **Relevant Period** were

(1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item** but (2) the **Returned Item** was delivered to **Your Designated Carrier.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request because it seeks documents relating to customers not named or identified by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it involves information in Plaintiffs' possession.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer over the scope and timing of this Request.

**REQUEST FOR PRODUCTION NO. 9:**

**Documents** sufficient to **Identify** the **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item** but (2) the **Returned Item** was delivered to **Your Fulfillment Center.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request because it seeks documents relating to customers not named or identified by Plaintiffs in the lawsuit, and in violation of their privacy interests.

Amazon objects to the undefined terms "receive" and "delivered" as vague, ambiguous, overbroad, and incorrectly implying that any receipt by or delivery to Amazon is sufficient for compliance with Amazon's return and refund policies.

Amazon objects to this Request to the extent it involves information in Plaintiffs' possession.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer over the scope and timing of this Request.

**REQUEST FOR PRODUCTION NO. 10:**

**Documents** sufficient to **Identify** the **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item** (2) when **You** instructed the **Customer** to keep or discard the **Returned Item.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request because it seeks documents relating to customers not named or identified by Plaintiffs in the lawsuit, and in violation of their privacy interests.

Amazon objects to this Request to the extent it involves information in Plaintiffs' possession.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer over the scope and timing of this Request.

**REQUEST FOR PRODUCTION NO. 11:**

**Documents** sufficient to **Identify** the number of **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item** but (2) the **Returned Item** was delivered to **Your Designated Carrier.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 12:**

**Documents** sufficient to **Identify** the number of **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item** but (2) the **Returned Item** was delivered to **Your Fulfillment Center.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**<u>REQUEST FOR PRODUCTION NO. 13:</u>**

**Documents** sufficient to **Identify** the number of **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item** (2) when **You** instructed the **Customer** to keep or discard the **Returned Item.**

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 13:</u>**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**<u>REQUEST FOR PRODUCTION NO. 14:</u>**

**Documents** sufficient to **Identify** the **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item,** (2) the **Returned Item** was delivered to **Your Designated Carrier** and (3) **You** did not subsequently issue a refund.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Amazon objects to the terms “Identify,” “Customers,” “Denied a Refund,” “Recharged,” “You,” and “Your” on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request because it seeks documents relating to customers not named or identified by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it involves information in Plaintiffs’ possession.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope and timing of this Request.

**REQUEST FOR PRODUCTION NO. 15:**

**Documents** sufficient to **Identify** the **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item,** (2)

the **Returned Item** was delivered to **Your Fulfillment Center** and (3) **You** did not subsequently issue a refund.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request because it seeks documents relating to customers not named or identified by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it involves information in Plaintiffs' possession.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope and timing of this Request.

**REQUEST FOR PRODUCTION NO. 16:**

**Documents** sufficient to **Identify** the **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item** (2) when **You** instructed the **Customer** to keep or discard the **Returned Item** and (3) **You** did not subsequently issue a refund.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request because it seeks documents relating to customers not named or identified by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Amazon objects to this Request to the extent it involves information in Plaintiffs' possession.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope and timing of this Request.

**REQUEST FOR PRODUCTION NO. 17:**

**Documents** sufficient to **Identify** the number of **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item,** (2) the **Returned Item** was delivered to **Your Designated Carrier** and (3) **You** did not subsequently issue a refund.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 18:**

**Documents** sufficient to **Identify** the number of **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item,** (2) the **Returned Item** was delivered to **Your Fulfillment Center** and (3) **You** did not subsequently issue a refund.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 19:**

**Documents** sufficient to **Identify** the number of **Customers** who during the **Relevant Period** were (1) **Denied a Refund** or **Recharged** on the basis that **You** did not receive the

**Returned Item** (2) when **You** instructed the **Customer** to keep or discard the **Returned Item** and (3) **You** did not subsequently issue a refund.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 19:</u>**

Amazon objects to the terms "Identify," "Customers," "Denied a Refund," "Recharged," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**<u>REQUEST FOR PRODUCTION NO. 20:</u>**

**Documents** sufficient to **Identify** the cumulative dollar amount of **Refunds Denied** and **Recharges** on the basis that **You** did not receive the **Returned Item,** less any subsequent refunds to **Customers,** for **Returned Items** that were delivered to **Your Designated Carrier.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Amazon objects to the terms "Identify," "Refunds Denied," "Recharges," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope and timing of this Request.

**REQUEST FOR PRODUCTION NO. 21:**

**Documents** sufficient to **Identify** the cumulative dollar amount of **Refunds Denied** and **Recharges** on the basis that **You** did not receive the **Returned Item,** less any subsequent refunds to **Customers,** for **Returned Items** that were delivered to **Your Fulfillment Center.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

Amazon objects to the terms "Identify," "Refunds Denied," "Recharges," "You," "Your" and "Customers" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope and timing of this Request.

**REQUEST FOR PRODUCTION NO. 22:**

**Documents** sufficient to **Identify** the cumulative dollar amount of **Refunds Denied** and **Recharges** on the basis that **You** did not receive the **Returned Item,** less any subsequent refunds to **Customers,** for **Returned Items** that **You** instructed the **Customer** to keep or discard.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

Amazon objects to the terms "Identify," "Refunds Denied," "Recharges," "You," "Your," and "Customers" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope and timing of this Request.

**REQUEST FOR PRODUCTION NO. 23:**

**Transactional Data** for each **Returned Item** during the **Relevant Period** for which the Customer was **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item** and **You** did not subsequently issue a refund.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Amazon objects to the terms "Transactional Data," "Denied a Refund," "Recharged," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is unduly burdensome and not proportional to the needs of this Action, and it fails to specify the information sought with the required reasonable particularity.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks "Transactional Data" relating to customers not named or identified by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the timing and scope of this Request.

**REQUEST FOR PRODUCTION NO. 24:**

**Transactional Data** for each **Returned Item** during the **Relevant Period** for which the Customer was **Denied a Refund** or **Recharged** on the basis that **You** did not receive the **Returned Item** and **You** subsequently issued a refund.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

Amazon objects to the terms "Transactional Data," "Denied a Refund," "Recharged," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is unduly burdensome and not proportional to the needs of this Action, and it fails to specify the information sought with the required reasonable particularity.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks "Transactional Data" relating to customers not named or identified by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the timing and scope of this Request.

**REQUEST FOR PRODUCTION NO. 25:**

**Documents** sufficient to **Identify Customers** to whom **You** sent a **Return Reminder Email** during the **Relevant Period.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Amazon objects to the terms "Identify," "Customers," "You," and "Return Reminder Email" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request because it seeks documents that identify customers not expressly named by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it involves information in Plaintiffs' possession.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the timing and scope of this Request.

**REQUEST FOR PRODUCTION NO. 26:**

**Documents** sufficient to **Identify Customers** to whom **You** sent a **Charge Confirmation Email** after a **Returned Item** was delivered to **Your Designated Carrier** during the **Relevant Period.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

Amazon objects to the terms "Identify," "Customers," "You," "Your," and "Charge Confirmation Email" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request because it seeks documents that identify customers not expressly named by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it involves information in Plaintiffs' possession.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the timing and scope of this Request.

**REQUEST FOR PRODUCTION NO. 27:**

**Documents Concerning Your** policies and procedures for refunding **Recharges** erroneously imposed on the basis that **You** did not receive the **Returned Item.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

Amazon objects to the terms "Concerning," "Your," "Recharges," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request to the extent it implies that "Recharges" were "erroneously imposed."

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 28:**

**Documents Concerning Your** policies and procedures for providing refunds to **Customers** erroneously **Denied a Refund** on the basis that **You** did not receive the **Returned Item.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

Amazon objects to the terms "Concerning," "Your," "Customers," "Denied a Refund," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request to the extent it implies that "Recharges" were "erroneously imposed."

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 29:**

**Documents** and **Transactional Data Concerning** the frequency with which **You** subsequently provide refunds to **Customers** who were **Denied a Refund** or were **Recharged** on the basis that **You** did not receive the **Returned Item.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

Amazon objects to the terms "Transactional Data," "Concerning," "You," "Customers," "Denied a Refund," and "Recharged" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to the timing of this Request because the information sought is not relevant if a class is not certified.

Amazon objects to this Request because its use of the term "Documents and Transactional Data Concerning the frequency with which You subsequently provide refunds" is overbroad, unduly burdensome, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 30:**

**Documents Concerning Your** processes and policies for receiving, processing, inspecting, documenting, grading, accepting, or rejecting **Returned Items** at **Your Fulfillment Centers.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request because the undefined terms "receiving, processing, inspecting, documenting, grading, accepting, or rejecting" are vague, ambiguous, and overbroad, and this Request seeks information that is neither relevant to any claims in this action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's process for processing returned items at Amazon's Fulfillment Centers, if any such documents exist, that are within Amazon possession, custody, or control, and can be located after a reasonable search proportional to the needs of this Action.

**REQUEST FOR PRODUCTION NO. 31:**

**Documents concerning** the process and procedure by which **You** determine or confirm that a **Returned Item** was received (or not received) at **Your Fulfillment Center.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

Amazon objects to the terms "Concerning" and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to the claims in this Action, and not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show the process by which Amazon determines or confirms a returned item was received (or not received) at an Amazon Fulfillment Center, if any such documents exist, that are within Amazon's possession, custody, or control, and can be located after a reasonable search proportional to the needs of this Action.

**REQUEST FOR PRODUCTION NO. 32:**

**Documents Concerning** a **Customer's** ability to track the shipment of a **Returned Item** to **Your Fulfillment Center.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

Amazon objects to the terms "Concerning" and "Customer" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 33:**

**Documents Concerning** shipment tracking data associated with or related to **Returned Items,** including but not limited to the retention of such data.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

Amazon objects to the terms "Concerning" and "related to" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to the undefined term "shipment tracking data" as overbroad, vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, not proportional to the needs of this Action, and failing to describe the information sought with reasonable particularity.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope and timing of this Request.

**REQUEST FOR PRODUCTION NO. 34:**

**Documents Concerning** any audits or reviews of **Your** processes or policies for receiving, processing, inspecting, documenting, grading, accepting or rejecting **Returned Items** at **Your Fulfillment Centers.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad because it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined terms "receiving, processing, inspecting, documenting, grading, accepting, or rejecting" are vague, ambiguous, and overbroad, and they seek information that is neither relevant to any claims in this action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 35:**

**Documents Concerning** the content of the "Refunds" page of **Your** website, including but not limited to **Your** decision(s) to add, remove or change the terms and phrases "Instant Refund," "Refunds at First Scan," "Advanced Refunds," "Advanced Replacement/Exchanges," and "Please note that refunds will be reduced for returned items, such as for signs of customer use or damage, or missing parts, accessories, or manuals."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

Amazon objects to the terms "Concerning," "Your," "Instant Refund," and "Refunds at First Scan," "Advanced Refunds," and "Advanced Replacement/Exchanges" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action.

Amazon objects to this Request as the undefined term "content" is vague, ambiguous, overbroad, and unduly burdensome, does not describe the information sought with the required reasonable particularity, and seeks information that is neither relevant to any claims in this action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 36:**

**Documents Concerning Your** understanding of the ease or burden to **Customers** in complying with **Your** returns or refund policies.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

Amazon objects to the terms "Concerning," "Your," and "Customers" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request because it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request because the undefined term "returns or refund policies" is vague, ambiguous, and overbroad, and it seeks information that is not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 37:**

**Documents Concerning Your** process and policies and UPS's process and policies for handling **Returned Items** delivered to a **UPS Store Dropoff Location,** including but not limited to employee training materials.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined term "employee training materials" is vague, ambiguous, and overbroad, and it seeks information that is neither relevant to any claims in this Action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks "Documents Concerning … UPS's process and policies" as overbroad, unduly burdensome, seeking discovery not proportional to the needs of this Action, and purporting to require Amazon to collect Documents from third parties to this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 38:**

**Documents Concerning Your** process and policies and UPS's process and policies for handling **Returned Items** delivered to a **UPS Access Point Location,** including but not limited to employee training materials.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined term "employee training materials" is vague, ambiguous, and overbroad, and it seeks information that is neither relevant to any claims in this Action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks "Documents Concerning … UPS's process and policies" as overbroad, unduly burdensome, seeking discovery not proportional to the needs of this Action, and purporting to require Amazon to collect documents from third parties to this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 39:**

**Documents Concerning Your** process and policies and UPS's process and policies for handling **Returned Items** received through **UPS Pickup,** including but not limited to employee training materials.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined term "employee training materials" is vague, ambiguous, and overbroad, and it seeks information that is neither relevant to any claims in this Action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks "Documents Concerning … UPS's process and policies" as overbroad, unduly burdensome, seeking discovery not proportional to the needs of this Action, and purporting to require Amazon to collect Documents from third parties to this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 40:**

**Documents Concerning Your** process and policies and UPS's process and policies for handling **Returned Items** received by UPS that are not subsequently received at **Your Fulfillment Center,** including but not limited to employee training materials.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined term "received" is vague, ambiguous, and overbroad.

Amazon objects to this Request because the undefined term "employee training materials" is vague, ambiguous, and overbroad, and it seeks information that is neither relevant to any claims in this Action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks "Documents Concerning … UPS's process and policies" as overbroad, unduly burdensome, seeking discovery not proportional to the needs of this Action, and purporting to require Amazon to collect documents from third parties to this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 41:**

**Documents Concerning Your** process and policies for handling **Returned Items** delivered to an **Amazon Stores Dropoff Location,** including but not limited to employee training materials.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined term "employee training materials" is vague, ambiguous, and overbroad, and it seeks information that is neither relevant to any claims in this Action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 42:**

**Documents Concerning Your** process and policies and Kohl's process and policies for handling **Returned Items** delivered to a **Kohl's Dropoff Location,** including but not limited to employee training materials.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined term "employee training materials" is vague, ambiguous, and overbroad, and it seeks information that is neither relevant to any claims in this Action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks "Documents Concerning … Kohl's process and policies" as overbroad, unduly burdensome, seeking discovery not proportional to the needs of this Action, and purporting to require Amazon to collect documents from third parties to this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 43:**

**Documents Concerning Your** process and policies and Staples's process and policies for handling **Returned Items** delivered to a **Staples Dropoff Location,** including but not limited to employee training materials.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined term "employee training materials" is vague, ambiguous, and overbroad, and it seeks information that is neither relevant to any claims in this Action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks "Documents Concerning … Staples's process and policies" as overbroad, unduly burdensome, seeking discovery not proportional to the

needs of this Action, and purporting to require Amazon to collect documents from third parties to this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 44:**

**Documents Concerning Your** process and policies and Whole Foods's process and policies for handling **Returned Items** delivered to a **Whole Foods Dropoff Location,** including but not limited to employee training materials.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined term "employee training materials" is vague, ambiguous, and overbroad, and it seeks information that is neither relevant to any claims in this Action nor proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 45:**

**Documents Concerning** the volume and statistical frequency of: (1) returns, (2) **Instant Refunds,** (3) **Refunds at First Scan,** (4) **Advanced Refunds,** (5) **Advanced Replacement/Exchanges,** (6) **Recharges** (or **Refunds Denied)** on the basis that **You** did not receive the **Returned Item,** (7) **Recharges** (or **Refunds Denied)** on the basis of the **Returned Item's** condition, and (8) **Recharges** (or **Refunds Denied)** on the basis of the **Returned Item** being the wrong item.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

Amazon objects to the terms "Concerning," "Instant Refunds," "Refunds at First Scan," "Advanced Refunds," "Advanced Replacement/Exchanges," "Recharges," "Refunds Denied," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because its use of the term "Documents Concerning the volume and statistical frequency of … returns" and refunds is vague, ambiguous, overbroad unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 46:**

**Documents Concerning Your Public Statements Concerning Your** Refund and Returns policies, including those for **Instant Refunds, Refunds at First Scan, Advanced Refunds, Advanced Replacement/Exchanges,** and partial refunds.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

Amazon objects to the terms "Concerning," "Your," "Public Statements, "Instant Refunds," "Refunds at First Scan," "Advanced Refunds," and "Advanced Replacement/Exchanges" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 47:**

**Documents Concerning Your** returns management processes, or returns logistics, including, but not limited to, **Documents Concerning** the step-by-step process **You** undertake once a **Customer** requests to return merchandise, logical diagrams of computerized return and refund processes, and computer code underlying the return and refund processes.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

Amazon objects to the terms "Concerning," "Your," and "Customer" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined terms "returns management processes" and "returns logistics" are vague, ambiguous, and overbroad, do not describe the information sought with the required reasonable particularity, and seek information that is neither relevant to any claims in this action nor proportional to the needs of this Action.

Amazon objects to this Request because the undefined terms "logical diagrams of computerized return and refund processes, and computer code underlying the return and refund processes" are vague, ambiguous, and overbroad, seek information that is neither relevant to any claims in this Action nor proportional to the needs of this Action, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 48:**

**Documents Concerning Your** knowledge of **Your** acts of **Denying a Refund** or **Recharging** a **Customer** on the basis that **You** did not receive a **Returned Item** when the **Returned Item** was delivered to **Your Fulfillment Center,** including and not limited to, how **You** became aware of the practice, when **You** became aware of the practice, who discovered the practice, why the practice occurred or may occur, the cost to **Customers** as a result of the practice,

the cost to **You** to correct the practice, and what steps **You** have planned or undertaken to correct the practice.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

Amazon objects to the terms "Concerning," "Your," "Denying a Refund," "Recharging," "Customer," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request to the extent it implies "knowledge," "acts," or a "practice" exist.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon does not understand what Plaintiffs are seeking with this Request. Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 49:**

**Documents Concerning Your** knowledge of **Your** acts of **Denying a Refund** or **Recharging** a **Customer** on the basis that **You** did not receive a **Returned Item** when the **Returned Item** was delivered to **Your Designated Carrier,** including and not limited to, how **You** became aware of the practice, when **You** became aware of the practice, who discovered the practice, why the practice occurred or may occur, the cost to **Customers** as a result of the practice, the cost to **You** to correct the practice, and what steps **You** have planned or undertaken to correct the practice.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

Amazon objects to the terms "Concerning," "Your," "Denying a Refund," "Recharging," "Customer," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request to the extent it implies "knowledge," "acts," or a "practice" exist.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of

Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon does not understand what Plaintiffs are seeking with this Request. Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 50:**

**Documents Concerning Your** knowledge of **Your** acts of **Denying a Refund** or **Recharging** a **Customer** on the basis that **You** did not receive a **Returned Item** when **You** instructed the **Customer** to keep or discard the **Returned Item,** including and not limited to, how **You** became aware of the practice, when **You** became aware of the practice, who discovered the practice, why the practice occurred or may occur, the cost to **Customers** as a result of the practice, the cost to **You** to correct the practice and what steps **You** have planned or undertaken to correct the practice.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

Amazon objects to the terms “Concerning,” “Your,” “Denying a Refund,” “Recharging,” “Customer,” and “You” on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request to the extent it implies “knowledge,” “acts,” or a “practice” exist.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs’ possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon does not understand what Plaintiffs are seeking with this Request. Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 51:**

**Documents Concerning Customer** surveys, complaints or other feedback **Concerning Refunds Denied** or **Recharges** imposed on the basis that **You** did not receive a **Returned Item.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

Amazon objects to the terms "Concerning," "Customer," "Refunds Denied," "Recharges," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request because the undefined term "other feedback" is vague, ambiguous, and overbroad, and it fails to describe the information sought with the required reasonable particularity.

Amazon objects to this Request because it seeks Documents relating to customers not named or identified by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 52:**

**Documents Concerning** instructions, guidance or training of **Your** employees or agents concerning Customer complaints, questions or inquiries **Concerning Refunds Denied** or **Recharges** imposed on the basis that **You** did not receive a **Returned Item.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

Amazon objects to the terms "Concerning," "Your," "Customer," "Concerning," "Refunds Denied," "Recharges," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show instructions to Amazon's employees or agents regarding inquiries about denied refunds and recharges, if any such documents exist, that are within Amazon's possession, custody, or control, and can be located after a reasonable search proportional to the needs of this Action.

**REQUEST FOR PRODUCTION NO. 53:**

**Documents Concerning** the programming of **Your Chatbots Concerning Refunds Denied** or **Recharges** imposed on the basis that **You** did not receive a **Returned Item.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

Amazon objects to the terms "Concerning," "Your," "Chatbots," "Refunds Denied," "Recharges," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action.

Amazon objects to this Request because the undefined term "programming" is vague, ambiguous, and overbroad, it seeks information not proportional to the needs of this Action, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 54:**

**Documents Concerning** any differences in return handling or refund practices by state, region, or **Fulfillment Center.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

Amazon objects to the term “Concerning” on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 55:**

**Documents Concerning Your Public Statements** to **Customers** regarding returns, receipt or non-receipt of returns, returns lost in transit, returns of the wrong item, return fraud, refunds, and recharges.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

Amazon objects to the terms "Concerning," "Your," "Public Statements, and "Customers" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 56:**

**Documents Concerning Your** costs related to processing of returns, refunds, recharges, handling of complaints, and correction of recharges for already returned merchandise.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

Amazon objects to the terms "Concerning," "related to," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad because it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon maintains that this Request is overbroad and does not seek any relevant documents. Nonetheless, Amazon is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 57:**

**Documents** sufficient to show the organization, structure, and personnel, including divisions, departments, segments, units, or sub-divisions that are or were responsible for or involved in **Your** returns processing, logistics or customer support.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

Amazon objects to the term "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request because it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is overbroad, vague, ambiguous, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request because it seeks documents relating to Amazon "personnel" in violation of their privacy interests.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Based on the foregoing objections, Amazon will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 58:**

Organizational charts and personnel lists on which any **Person** named in **Your** initial disclosures or any **Custodian** appears.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

Amazon objects to the terms "Person" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as premature because Amazon has not served its initial disclosures or identified any Custodian in this Action.

Amazon objects to this Request because it seeks information not relevant to any claims in this Action.

Amazon objects to this Request it is overbroad, vague, ambiguous, and not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request because it seeks documents relating to Amazon "personnel" in violation of their privacy interests.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Based on the foregoing objections, Amazon will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 59:**

**Documents** and **Communications Concerning** communications between **You** and third parties other than **Your** attorneys concerning **Your** practice of **Denying a Refund** or **Recharging** a **Customer** on the basis that **You** did not receive a **Returned Item** when the **Returned Item** was delivered to **Your Fulfillment Center, Your Designated Carrier, and/or** when **You** instructed the **Customer** to keep or discard the **Returned Item.** Such **Documents** and **Communications** include, but are not limited to, discussions specifically referencing the claims in this **Action** shared with third parties other than **Your** attorneys.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

Amazon objects to the terms "Communications," "Concerning," "You," "Denying a Refund," "Recharging," "Customer," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action, it fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it assumes a "practice" exists.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 60:**

**Documents** and **Communications Concerning** this **Action** shared with third-parties other than **Your** attorneys.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

Amazon objects to the terms "Communications," "Concerning," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request because it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it assumes a "practice" exists.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 61:**

**Documents concerning Your** record retention and preservation policies and practices, including **Your** retention or document management policies, including any changes made to these policies during the **Relevant Period.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

Amazon objects to the terms "concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request because it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of

Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 62:**

**Documents** concerning any departure or variance from **Your** policies, procedures, and practices relating to the retention or destruction of **Documents** that would otherwise be called for by these Requests.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

Amazon objects to the terms "Your" and "relating to" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request because it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 63:**

**Documents** upon which **You** intend to rely or introduce into evidence at any deposition, hearing, motions, or otherwise use at trial in this **Action.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

Amazon objects to the term "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as being premature given the current stage of this Action.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request to the extent the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks to impose greater obligations on Amazon than those required by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, or any orders or stipulations governing this Action.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will respond to specific discovery requests at the appropriate time.

**REQUEST FOR PRODUCTION NO. 64:**

**Documents** identified in, relied upon, or used in responding to any interrogatory served upon **You** in this **Action.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

Amazon objects to the term "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as premature because Plaintiffs have not served any interrogatories upon Amazon in this Action.

Amazon objects to this Request because it is overbroad, vague, and unduly burdensome.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose greater obligations on Amazon than those required by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, or any orders or stipulations governing this Action.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Plaintiffs have not served any interrogatories upon Amazon in this Action. If and when they do, Amazon will respond to this Request.

**REQUEST FOR PRODUCTION NO. 65:**

**Documents Concerning** the **Plaintiffs'** claims in this **Action.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

Amazon objects to the term "Concerning" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show return data related to the order IDs provided in the Complaint, if any such documents exist, that are within Amazon possession, custody, or control, and can be located after a reasonable search proportional to the needs of the Action.

**REQUEST FOR PRODUCTION NO. 66:**

**Documents Concerning Your** knowledge of, and **Your** proposed and anticipated responses to fraudulent returns conduct by **Your Customers,** including, but not limited to, any policy changes you have contemplated or implemented to reduce losses associated with fraudulent returns.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 66:**

Amazon objects to the terms "Concerning," "Your," and "Customers" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to the undefined term "fraudulent returns" as overbroad, vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it purports to require Amazon to collect documents from third parties to this Action.

Amazon objects to this Request to the extent it seeks documents that are available to Plaintiffs from sources that are less burdensome, including materials that are already in Plaintiffs' possession or that are publicly available.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 67:**

**Documents Concerning Your** knowledge of, and **Your** proposed and anticipated responses to, fraud organizations, such as those **You** refer to as REKK and Artemis Refund Group, including, but not limited to, any policy changes you have contemplated or implemented to reduce losses associated with organized fraudulent returns.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

Amazon objects to the terms "Concerning," "You," and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to the undefined terms "fraud organization" and "fraudulent returns" as overbroad, vague, ambiguous, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 68:**

**Documents** sufficient to **Identify Your Fulfillment Centers** servicing **Customers** in the United States, including but not limited to, address, zip code, city, state, and geographical coverage area.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 68:**

Amazon objects to the terms "Identify," "Your," and "Customers" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request because it seeks information not relevant to any claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Based on the foregoing objections, Amazon will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 69:**

**Documents** sufficient to **Identify** third-parties responsible for, or assisting in, the processing of **Returned Items, Recharges,** or refunds for merchandise sold or fulfilled by **You.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 69:**

Amazon objects to the terms "Identify" and "Recharges" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request because it is vague, ambiguous, unduly burdensome, not proportional to the needs of this Action, and it fails to describe the information sought with reasonable particularity.

Amazon objects to this Request to the extent it purports to require Amazon to collect documents from third parties to this Action.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon does not understand what Plaintiffs are seeking with this Request. Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 70:**

**Documents Concerning** the internal policies of third-parties responsible for, or assisting in, the processing of **Returned Items, Recharges,** or refunds for merchandise sold or fulfilled by **You Concerning** the processing of **Returned Items, Recharges,** or refunds for **You.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 70:**

Amazon objects to the terms "Concerning," "Recharges," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request because it is overbroad, vague, ambiguous, and unduly burdensome.

Amazon objects to this Request because it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is not proportional to the needs of this Action and because the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it purports to require Amazon to collect documents from third parties to this Action.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Based on the foregoing objections, Amazon will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 71:**

**Documents Concerning** any decision or discussion to audit, review, alter, or change Your policies or procedures for processing **Returned Items, Recharges** or refunds at **Your Fulfillment Centers** or customer services centers.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 71:**

Amazon objects to the terms "Concerning," "Your," and "Recharges" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request because it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request because the undefined term "customer services centers" is vague, ambiguous, and overbroad, does not describe the information sought with the required reasonable particularity, and seeks information not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 72:**

**Documents** sufficient to identify the **Transactional Data** relied upon by **Your** employees or agents when handling **Customer** complaints, questions or inquiries **Concerning Recharges** or **Refunds Denied** on the basis that **You** did not receive the **Returned Item.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 72:**

Amazon objects to the terms "Transactional Data," "Your," "Customer," "Concerning," "Recharges," "Refunds Denied," and "You" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague and overbroad to the extent it seeks information not relevant to the claims in this Action.

Amazon objects to this Request as unduly burdensome and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks documents or "Transactional Data" relating to customers not named or identified by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 73:**

**Documents Concerning** instructions, guidance, or training of **Your** employees or agents for accessing **Customer** information when handling **Customer** complaints, questions or inquiries

**Concerning Recharges** or **Refunds Denied** on the basis that **You** did not receive the **Returned Item.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

Amazon objects to the terms “Your,” “Concerning,” “Customer,” “Recharges,” “Refunds Denied,” and “You” on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request because the undefined terms “accessing” customer information and “handling … complaints, questions or inquiries” are vague, ambiguous, overbroad, and not relevant to any claims in this Action, and they seek information not proportional to the needs of this Action, and because the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks “information” about customers not named or identified by Plaintiffs in the lawsuit, in violation of their privacy interests.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show instructions to Amazon's employees or agents regarding inquiries about denied refunds and recharges, if any such documents exist, that are within Amazon's possession, custody, or control, and can be located after a reasonable search proportional to the needs of this Action.

**REQUEST FOR PRODUCTION NO. 74:**

**Documents** sufficient to identify all hardware and software used by **You** to support **Your** returns management processes, or returns logistics, including but not limited to hardware and software used by **You** once a **Customer** returns a product, logical diagrams of computerized return and refund processes and computer code underlying the return and refund processes.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

Amazon objects to the terms "You," "Your," and "Customer" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request to the extent it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request because the undefined terms "logical diagrams of computerized return and refund processes and computer code underlying the return and refund processes" are vague, ambiguous, and overbroad, the information sought is neither relevant to any claims in this Action nor proportional to the needs of this Action, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of

Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Subject to and without waiving the foregoing objections, Amazon responds as follows:

Amazon is willing to meet and confer regarding the scope of this Request.

**REQUEST FOR PRODUCTION NO. 75:**

**Documents Concerning** the quantity, quality, speed or efficiency of **Your** return processing process, procedures, or handling, including, but not limited to, **Documents Concerning** the cause of any failure to meet desired goals, and suggestions to change the return processing process or procedures.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

Amazon objects to the terms "Concerning" and "Your" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request because it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request because the undefined terms "return processing process, procedures, or handling" are vague, ambiguous, overbroad, unduly burdensome, and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of

Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Based on the foregoing objections, Amazon will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 76:**

**Documents Concerning** employee incentives or benefits that consider the quantity, quality, speed or efficiency of processing, approving, rejecting or reselling **Returned Items.**

**RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

Amazon objects to the term "Concerning" on the bases identified in the Objections to Instructions and Definitions above and incorporates those bases herein.

Amazon objects to this Request as vague, ambiguous, and overbroad.

Amazon objects to this Request because it seeks information not relevant to any claims in this Action.

Amazon objects to this Request because it is unduly burdensome, not proportional to the needs of this Action, fails to describe the information sought with reasonable particularity, and the burden of obtaining the sought information outweighs any probative value.

Amazon objects to this Request because the undefined terms "employee incentives or benefits, "speed or efficiency of processing" and "reselling" are vague, ambiguous, overbroad, unduly burdensome, not relevant to any claims in this Action, and not proportional to the needs of this Action.

Amazon objects to this Request to the extent it seeks information protected by the attorney-client privilege or the attorney work-product doctrine.

Amazon objects to this Request to the extent it seeks information protected by the duty of confidentiality, or any other applicable privilege, immunity, doctrine, or protection.

Amazon objects to this Request to the extent it seeks to impose upon Amazon obligations broader than, different from, or in addition to those obligations imposed by the Federal Rules of Civil Procedure, the Local Civil Rules of the Western District of Washington, caselaw, or any order from this Court.

Based on the foregoing objections, Amazon will not produce documents in response to this Request.

Dated: July 5, 2024

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Deena J.G. Feit*

Brian D. Buckley, WSBA No. 26423
Deena J.G. Feit, WSBA No. 59036
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Email: bbuckley@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Mary Griffin Sims (admitted *pro hac vice*)
Samantha Ong (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: jwakefield@fenwick.com
mgriffin@fenwick.com
song@fenwick.com

*Attorneys for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I, Samantha Ong , hereby certify that on (Date), I caused the foregoing **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** to be served electronically on the following parties:

Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7075
Fax: 206.905.7100
aliciacobb@quinnemanuel.com
matthosen@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
Joshua Courtney (*pro hac vice*)
Justin C. Griffin (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel: 213.443.3621
Fax: 213.443.3100
adamwolfson@quinnemanuel.com
joshuacourtney@quinnemanuel.com
justingriffin@quinnemanuel.com

Nolan Anderson (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
Tel: 212.849.7000

Fax: 212.849.7100
nolananderson@quinnemanuel.com

Aaron M. Zigler (*pro hac vice*)
Mary Jane Fait (*pro hac vice*)
Nidya S. Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
Tel: 312.673.8427
aaron@ziglelawgroup.com
maryjane@ziglerlawgroup.com
nidya@ziglerlawgroup.com

CC: Plfs_service_amazon_returns@ziglerlawgroup.com

*Attorneys for Plaintiffs Laura Abbott, Sima Hernandez, Melissa Urbancic, Jill Cappel, Michelle Estep, Maria Khangi, Joshua Soto Lopez, Heriberto Valiente, and Vince Vojtko*

*/s/ Samantha Ong*
Samantha Ong