# Exhibit F

FENWICK

401 Union Street
5th Floor
Seattle, WA 98101

206.389.4510
Fenwick.com

Deena Feit
DFeit@fenwick.com | 206.913.4335

December 9, 2024

VIA EMAIL (PLFS_SERVICE_AMAZON_RETURNS@ZIGLERLAWGROUP.COM)

Nolan Anderson
Quinn Emanuel
1109 First Avenue, Suite 210
Seattle, WA 98101

Re: In re: Amazon Return Policy Litigation, No. 2:23-cv-01372 (W.D. Wash)

Counsel:

This letter responds to your September 27, 2024 letter. We reserve the right to supplement these responses. Any statement that Amazon will produce documents is not a representation that responsive documents exist. Please let us know if you have any questions or would like to discuss anything further.

**AMAZON'S OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS**

**Objection to Instruction No. 2:**

Amazon will comply with its discovery obligations. If responsive documents are in Amazon's custody and control, Amazon will produce them.

**Objection to Instruction No. 8:**

If Amazon redacts for relevance, it will make those redactions clear to Plaintiffs. The parties can then confer if needed to address any questions.

**Objections to Definitions Nos. 2–3:**

Amazon will not withhold documents that reflect responsive return and refund policies on the basis that the name of Amazon's policies changed over time.

**Objection to Definition No. 9:**

As stated in its responses and objections to Plaintiffs' first set of requests for production, Amazon will interpret "chatbot" to mean automated customer service chat functions that respond to customer inquiries about refunds and recharges in the United States during the Relevant Period.

**Objection to Definition No. 18:**

Amazon will produce responsive information regarding facilities where a refunded item may be processed.

**Objection to Definition No. 19:**

When producing documents, Amazon will not redact employees' names, but it reserves the right to redact employees' personal information, such as personal phone numbers and social security numbers. Amazon also reserves the right to redact its customers' personally identifiable information—other than Plaintiffs' information—unless a class is certified.

**Objections to Definitions Nos. 25–28:**

Amazon continues to object to the terms "Pre-Receipt Refund Program," "Pre-Receipt Refund," "Post-Receipt Refund Program," and "Post-Receipt Refund" as vague, ambiguous, overbroad, unduly burdensome, and not proportional to the needs of this Action, particularly because the terms encompass all types of refunds, including those that are not relevant to this Action. Amazon is willing to meet and confer with Plaintiffs as necessary in the context of specific requests and documents to narrow these terms.

**AMAZON'S OBJECTIONS TO REQUESTS FOR PRODUCTION**

**RFP Nos. 1–3:**

Amazon will produce the latest versions of the pages it has produced. Amazon's review is ongoing, and should it identify additional responsive documents, Amazon will produce them.

**RFP Nos. 4–6:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show (1) Amazon's return and refund policies and conditions of use, (2) changes to the policies and conditions of use, and (3) the reasons for changes to the policies related to the denial of refunds when the expected item is not returned during the Relevant Period, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 7:**

The Conditions of Use speak for themselves with respect to returns.

**RFP Nos. 8–10:**

Amazon maintains that Plaintiffs do not need to know the identities of non-Plaintiff Amazon customers unless a class is certified. Regarding Plaintiffs' request for a data sample, Amazon has produced data related to the Plaintiffs' order IDs at issue in the Complaint. Plaintiffs have yet to articulate why they need more data, but Amazon is willing to meet and confer with Plaintiffs should they articulate why more data is necessary before they know whether a class will be certified.

**RFP Nos. 11–19:**

As discussed above, Amazon produced data for Plaintiffs' order IDs at issue in the Complaint. Amazon is willing to meet and confer regarding any further requests Plaintiffs may have.

**RFP Nos. 20–22:**

Amazon maintains that information regarding the cumulative dollar amounts of recharges and denied refunds where a customer was denied a refund due to non-receipt is not relevant unless a class is certified. Amazon is willing to meet and confer with Plaintiffs on the relevance and timing of these Requests.

**RFP Nos. 23–24:**

As discussed above, Amazon produced data for Plaintiffs' order IDs at issue in the Complaint. Should Plaintiffs not believe that this satisfies their Requests, Amazon is willing to meet and confer regarding any further requests Plaintiffs may have.

**RFP Nos. 25–26:**

Amazon maintains that these Requests are overbroad and that documents identifying customers are not relevant unless a class is certified. As discussed above, Amazon produced data for order IDs at issue in the Complaint. Should Plaintiffs not believe that this satisfies their Requests, Amazon is willing to meet and confer regarding any further requests Plaintiffs may have.

**RFP Nos. 27–28:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's policies and procedures for providing refunds to customers who have been denied refunds or recharged on the basis of non-receipt, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 29:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show the number of customers for whom Amazon has provided refunds after previously denying the refund on the basis of non-receipt during the Relevant Period, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 30:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show (1) Amazon's policies, procedures, and training materials for processing returned items; (2) reports analyzing those policies, procedures, and training materials; and (3) the reasons for changes or potential changes to those policies, procedures, and training materials related to the denial of refunds when the expected item is not returned, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 31:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show (1) Amazon's policies, procedures, and training materials for determining whether an item is received or not received; (2) reports analyzing those policies, procedures, and training materials; and (3) the reasons for changes or potential changes to those policies, procedures, and training materials related to the denial of refunds when the expected item is not returned, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP Nos. 32–33:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show (1) customers' ability to track the shipment of returned items to an Amazon warehouse; (2) any changes to that ability; and (3) retention policies related to tracking data if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 34:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show audits and reviews analyzing Amazon's policies and procedures for processing returned items at Amazon warehouses, if any such documents exist, that are within Amazon's possession,

custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 35:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show (1) the contents of Amazon's "Refunds" webpage over the Relevant Period; (2) changes made to the contents of the "Refunds" page over the Relevant Period; and (3) the reasons for those changes, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 36:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show (1) reports or analyses of the ease or burden to customers in complying with Amazon's return and refund policies during the Relevant Period; and (2) discussions of those reports or analysis, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP Nos. 37–39:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's policies, procedures, and training materials for handling returned items delivered to a UPS drop-off site or received through UPS Pickup during the Relevant Period, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

Plaintiffs' request for all instructions, guidance, and training materials provided to UPS regarding handling returned items is overbroad and unduly burdensome. Amazon is willing to meet and confer further about this request.

Plaintiffs' request for documents reflecting UPS's policies, procedures, and training materials relating to handling returned items is overbroad and seeks documents that are not in Amazon's possession, custody, or control.

**RFP No. 40:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's policies, procedures, and training materials during the Relevant Period for resolving situations in which returned items received by UPS are not subsequently received by Amazon, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

Amazon will also produce responsive, nonprivileged, nonprotected documents sufficient to show analyses or reports regarding instances in which returned items received by UPS are not subsequently received by Amazon, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

The remaining parts of Plaintiffs' request are overbroad, unduly burdensome, and/or seek documents not in Amazon's possession, custody, or control.

**RFP No. 41:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's policies, procedures, and training materials for handling returned items delivered to Amazon Store drop-off locations during the Relevant Period, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

The remaining requests are overbroad and unduly burdensome, but Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show audits and analyses of the return process and procedures at Amazon drop-off locations, including instances in which an Amazon Store accepts a returned item but that item does not reach Amazon's warehouses, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP Nos. 42-44:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's policies, procedures, and training materials for handling returned items delivered to Kohl's, Staples, or Whole Foods during the Relevant Period, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

Plaintiffs' remaining requests are overbroad and unduly burdensome, but Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show audits and analyses of the return process and procedures at Kohl's, Staples, and Whole Foods drop-off locations, including instances in which they accept a returned item but that item does not reach Amazon's warehouses, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 45:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show, over the Relevant Period, reports or analyses on the volume of (1) returns, (2) refunds given in advance of Amazon acknowledging receipt and processing a returned item, (3) recharges or denied refunds on the basis that Amazon did not receive the expected returned item in original condition, and (4) recharges or denied refunds on the basis that Amazon did not receive the expected returned item, if any such documents exist in custodial data, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action. Based on Plaintiffs' statements when the parties met and conferred and Plaintiffs' representation that "this is likely a search term issue," Amazon does not intend to generate documents in response to this Request.

**RFP No. 46:**

Plaintiffs have not articulated why they are not able to access and obtain these documents themselves, given they seek public statements.

**RFP No. 47:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show the logistics of Amazon's return process when a physical item is returned by a customer and processed by Amazon, along with documents sufficient to show changes to that process, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP Nos. 48–50:**

Plaintiffs' proposed "narrowed" RFP Nos. 48-50 continue to be overbroad and unduly burdensome and assume some practice or issue of which Amazon "first" became aware. Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show analyses, reports, and audits regarding situations in which Amazon denied a refund or recharged a customer on the basis of non-receipt of an expected item when (1) the expected item was delivered to an Amazon warehouse; or (2) a package purporting to include the expected item was delivered to Amazon's Designated Carrier, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 51:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show examples of customer feedback about being recharged or denied refunds on the basis that

Amazon did not receive the expected item, and Amazon's internal corresponding discussions, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 52:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show instructions to Amazon's employees or agents regarding customer inquiries about denied refunds and recharges on the basis of non-receipt of the expected item, and any issues with the instructions provided, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 53:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show how Amazon's chatbots function to respond to customer inquiries about recharges and denied refunds on the basis of non-receipt of the expected item, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 54:**

Amazon is continuing to discuss this Request.

**RFP No. 55:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show training materials and guidance provided to customer service agents on how to respond to customer inquiries about denied refunds and recharges on the basis of non-receipt of the expected item, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 56:**

Amazon continues to object that this Request is vague, overbroad, and unduly burdensome, for reasons including that it seeks the costs of all returns and refunds. Amazon is willing to meet and confer about narrowing this Request.

**RFP Nos. 57–58:**

Plaintiffs have served Amazon with interrogatories that ask Amazon to describe Amazon's business teams and personnel involved in returns processing. Amazon is in the process of responding to those interrogatories.

**RFP No. 59:**

Amazon still does not understand what Plaintiffs seek with this Request. If Plaintiffs can articulate what they mean by third parties, Amazon can meet and confer about this Request.

**RFP No. 60:**

Amazon still does not understand what Plaintiffs seek with this Request. If Plaintiffs can articulate what they mean by third parties, Amazon can meet and confer about this Request.

**RFP No. 61:**

Amazon maintains its objection that RFP No. 61 seeks privileged information. Even if non-privileged documents exist, this Request is overbroad and unduly burdensome to the extent it seeks all documents concerning all of Amazon's retention policies. Amazon is willing to meet and confer about this Request.

**RFP No. 62:**

Amazon maintains its objections to RFP No. 62, including that it continues to be overbroad and seeks information not relevant to this Action. Amazon is willing to meet and confer about this Request.

**RFP No. 63:**

Amazon maintains that RFP No. 63 is premature given the current stage of litigation. Amazon will produce documents it intends to rely upon in defending this Action in a timely manner.

Plaintiffs' cases are inapposite. Unlike in *Ko Olina Dev., LLC v. Centex Homes*, Amazon has not refused to produce any documents in response to this Request. 2009 WL 10676761, at *1 (D. Haw. Dec. 16, 2009). Nor does Amazon intend to make supplemental productions after the

close of discovery, as in *Smiley v. Hologic, Inc.*, 2017 WL 4244861, at *1-2 (S.D. Cal. Sept. 25, 2017).

**RFP No. 64:**

Amazon will produce responsive, nonprivileged, nonprotected documents if used to respond to Plaintiffs' Interrogatories.

**RFP No. 65:**

Amazon continues to object that RFP No. 65 is overbroad and unduly burdensome, particularly given that Plaintiffs admitted when the parties met and conferred that they consider this Request a "catch-all," despite having already served Amazon with 75 other Requests for Production at the time. Plaintiffs have since served additional Requests for Production as well.

**RFP Nos. 66–67:**

Amazon will produce responsive, nonprivileged, nonprotected documents that Amazon intends to use to support its defenses related to fraudulent returns.

Plaintiffs have failed to articulate why documents reflecting how Amazon determines whether a return is fraudulent or what procedures Amazon follows after determining a return is fraudulent are relevant to their claims. Amazon is willing to meet and confer if Plaintiffs can explain the relevance of these requests.

**RFP No. 68:**

Amazon will produce documents sufficient to show Amazon warehouses in the United States that process returns.

**RFP No. 69:**

Plaintiffs have served Amazon with an interrogatory that asks Amazon to identify all third parties with whom Amazon has contracted to process returned items, recharges, and refunds during the Relevant Period. Amazon is in the process of responding to that interrogatory.

**RFP No. 70:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show guidance to third parties that aid in processing returned items, or issuing recharges and refunds, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 71:**

Amazon believes this Request is duplicative of Plaintiffs' proposed "narrower" RFP Nos. 30 and 34. Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show discussions of auditing or changing Amazon's policies or procedures for processing returned items at Amazon warehouses in situations where Amazon denied a refund on the basis of non-receipt when Amazon received the expected item at its warehouse or a package purporting to contain the expected item was received by a Designated Carrier, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP Nos. 72–73:**

In response to RFP No. 72, Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show the information that customer service agents see when responding to customer inquiries about recharges and refund denials on the basis of non-receipt of an expected item, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

In response to RFP No. 73, Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show training materials and guides provided to customer service agents about how to respond to customer inquiries about recharges and denied refunds on the basis of non-receipt of an expected item, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 74:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show the hardware and software Amazon uses when processing returns at its warehouses in the United States, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 75:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show goals or standards relating to the quantity, quality, speed, or efficiency of Amazon's return processing processes or procedures at Amazon warehouses, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

Amazon believes that Plaintiffs' "narrowed" proposal that Amazon produce any analyses or reports relating to Amazon's return processing procedures is duplicative of Plaintiffs' other requests. Nevertheless, Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show analyses or reports relating to the quantity, quality, speed, or efficiency of Amazon's return processing processes or procedures, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

**RFP No. 76:**

Amazon will produce responsive, nonprivileged, nonprotected documents sufficient to show Amazon's policies or procedures regarding incentives or benefits based on the quantity, quality, speed, or efficiency of processing, approving, rejecting, or reselling returned items, and changes to those policies or procedures, if any such documents exist, that are within Amazon's possession, custody, or control and that can be located after a reasonable search proportional to the needs of this Action.

Respectfully,

FENWICK & WEST LLP

/s/ *Deena Feit*

Deena J.G. Feit