# Exhibit H

**Sean Hendrickson**

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Friday, December 27, 2024 12:48 PM
**To:** Mary Griffin Sims; Nolan Anderson; Aaron Zigler; Alicia Cobb; Andrew Schapiro; Adam Wolfson; Joshua Courtney; Justin Griffin; Mary Jane Fait; PLFS Service Amazon Returns
**Cc:** Amazon Return Policy Litigation Ext; Brian Buckley; Jedediah Wakefield; Deena Feit
**Subject:** RE: Return Policy Litigation -
**Attachments:** Custodian Requests for meet and confer.docx

**[EXTERNAL EMAIL from larry@ziglerlawgroup.com]**

Mary and Deena,

Second request – see below. If you do not agree to provide the hit report and/or the requested custodian information, please just let us know that.



Lawrence Ashe
*Attorney*
Zigler Law Group, LLC
p: (224) 480-2046
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Friday, December 6, 2024 1:05 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns

<Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Mary,

Thank you for confirming your agreement. Please share the hit report you used to evaluate those terms.

At the November 4th meet and confer we were told that you didn't have enough time to respond to our request for custodian information (attached for reference) sent two days earlier. Please provide that information so that we can attempt to reach agreement on custodians to be searched.

When do you expect to have documents responsive to RFPs 57 and 58? We were told over six weeks ago that you were working on it (see attached). It is important that we at least attempt to reach an agreement on this foundational request.

Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2046
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Mary Griffin Sims <MGriffin@fenwick.com>
**Sent:** Thursday, December 5, 2024 7:44 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane

Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Larry,

While we think Plaintiffs' proposed search terms are unnecessarily extensive, we are willing to accept them in the spirit of compromise.

Mary

Mary Griffin Sims (she/her)
Fenwick | Associate | +1 415-875-2325 | mgriffin@fenwick.com

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Thursday, December 5, 2024 1:27 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

**** EXTERNAL EMAIL ****

Mary,

Tuesday will be six weeks from the email below. Please let us know when we may expect a response.

Thank you,
Larry



Lawrence Ashe
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2046
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Tuesday, October 29, 2024 2:39 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Mary,

Attached is Plaintiffs' search term counter-proposal (redline and clean) for our meet and confer discussion.

Please forward the custodian information as soon as possible so that we may review it prior to our meet and confer.

Thank you,
Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Mary Griffin Sims <MGriffin@fenwick.com>
**Sent:** Tuesday, October 22, 2024 3:24 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Larry,

Something has come up on October 28. Are you available for the meet and confers on 10/30 from 10:00 AM-11:00 AM PT or 10/31 from 1:00 PM-3:00 PM PT?

We are continuing to look into the requests you outlined below.

Mary

Mary Griffin Sims (she/her)
Fenwick | Associate | +1 415-875-2325 | mgriffin@fenwick.com

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Thursday, October 17, 2024 12:57 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

**** EXTERNAL EMAIL ****

Mary,

For ease of reference, here is the portion of our recent letter memorializing the parties' meet and confer with regard to custodian information which we'll need for our search term discussions next week:

**RFP Nos. 57–58:**

RFP Nos. 57–58 seek information regarding the organizational structure of Amazon business units and personnel responsible for, or involved in, returns processing and the structure of teams with persons possessing relevant information. Amazon objected to these requests on the grounds that they are vague, overbroad, and burdensome. Amazon refused to produce any documents in response to these requests. Plaintiffs explained that organizational charts or documents sufficient to show such organizational structures are clearly relevant and discoverable. Plaintiffs also stated their concern that the failure to identify relevant persons would lead to custodian issues down the road. Amazon stated that its true objection to production is that it does not keep "organizational charts." Plaintiffs noted that that the Requests are not limited to "organizational charts," and also that Amazon did not respond to the Requests by stating that it had no responsive documents. Plaintiffs also asked if Amazon could identify relevant business teams as defined in RFP Nos. 57–58. Amazon stated counsel and client would confer to discuss how it could produce documents sufficient to show individuals within relevant business groups that might have relevant information.

On August 16, 2024, the parties discussed these Requests once again. Amazon's only update was that the teams supporting returns and refunds are very large. Plaintiffs reiterated their position that this is a relevant and foundational request that is necessary for other discovery. Plaintiffs asked if Amazon could start by identifying the names of the teams. Amazon's counsel stated they would confer with Amazon to determine if the team names can be narrowed further.

Please confirm that Amazon will either (1) be amending its answers to RFP Nos. 57–58 to affirmatively state that it has no responsive documents of any kind, or (2) agree to produce documents responsive to these Requests.

Thank you,
Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Wednesday, October 16, 2024 6:56 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Mary,

I'm not sure how much time we'll need to get through both sides search terms and custodians. Maybe we should schedule both times just in case.

With regard to Amazon custodians to be searched, we will need the documents Amazon intends to produce in response to RFPs on custodians as discussed during the meet and confers.

Thanks,
Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

**From:** Mary Griffin Sims <MGriffin@fenwick.com>
**Sent:** Wednesday, October 16, 2024 6:40 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel)

<aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Larry,

We're still available on 10/28 from 12:00-1:00 or 2:00-3:00 PM PT. Please let us know which time frame you prefer.

Thanks,
Mary

Mary Griffin Sims (she/her)
Fenwick | Associate | +1 415-875-2325 | mgriffin@fenwick.com

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Wednesday, October 16, 2024 11:33 AM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

**** EXTERNAL EMAIL ****

Mary,

10/28 works. We're fine with discussing both sets of custodians and search terms then.

Thanks,
Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Mary Griffin Sims <MGriffin@fenwick.com>
**Sent:** Tuesday, October 15, 2024 4:23 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Counsel,

Our availability for a meet and confer to discuss Amazon's custodians and Plaintiffs' proposed search terms is as follows:

- Monday, October 21 between 10:00-11:00 AM or 12:00 -1:00 PM PT
- Tuesday, October 22 between 1:30 -3:00 PM PT
- Wednesday, October 23 between 11:30 -12:00 PM PT
- Monday, October 28 12:00 -1:00 PM PT or 2:00 -3:00 PM PT
- Tuesday, October 29 between 9:30 -12:30 PM PT

We would also like to discuss Plaintiffs' custodians and our proposed search terms. We can schedule a call to discuss both set of custodians and search terms, or we can keep the calls separate. If you prefer to keep the calls separate, please provide your availability for a call to discuss Plaintiffs' custodians and our proposed search terms.

Thanks,
Mary

Mary Griffin Sims (she/her)
Fenwick | Associate | +1 415-875-2325 | mgriffin@fenwick.com

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Thursday, October 10, 2024 12:51 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns

<Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** Return Policy Litigation -

**** EXTERNAL EMAIL ****

Mary,

Please let us know your availability for a meet and confer to discuss Amazon custodians and Plaintiffs' proposed search terms.

Thank you,
Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

**Custodian Requests:**

**The following positions on the following Teams for the entire Relevant Period:**

**Principal Program Managers, Senior Program Managers, Directors, Vice Presidents, Senior Vice Presidents, Head or Lead of:**

Returns Exceptions Team

Under the Roof Quality Team

InStore Experience Team

Customer Returns Team, Worldwide Returns & ReCommerce

Pickup & Returns Team

Reverse Logistics Teams, including Reverse Logistics Quality Team, Reverse Logistics Innovation, Experimentation, and Testing team, North American Reverse Logistics

Logistics for the Returns Processor area

Worldwide Returns & ReCommerce Teams, including North America Partnerships, and Returns & ReCommerce Strategy

Multi-Channel Fulfillment

**Specific people for discussion – and include predecessor(s) necessary to cover the entire Relevant Period:**

Aditi Banerjee, Senior Program Manager, Net Cost of Refunds and Concessions

Candi Castleberry-Singleton, Vice President of Inclusive eXperiences Technology

Beth Galetti, SVP, People eXperience and Technology

Bryan Puckett, Director, Worldwide Returns

Miranda Curle, Senior Manager, Project Management Office, Worldwide Returns & Recommerce

Nashiya Larkowski, Senior Program Manager, Project Management Office - Worldwide Returns & ReCommerce

Deesha Kulkarni, Senior Program Manager, Worldwide Returns & ReCommerce

Makarand Takale, Senior Manager, Program Management, Worldwide Returns & ReCommerce

Samarth Kapila, Senior Manager, Worldwide Returns & ReCommerce

Sander Seals, Sr. Product Manager, Worldwide Returns, Recommerce & Sustainability

Christine Beauchamp, SVP, North American Stores

John Tagawa, VP, North American Operations

Doug Herrington, Chief Executive Officer, Worldwide Amazon Stores and directors, vice presidents and senior vice presidents reporting to him dealing with Customer Returns

Wain Yu, Amazon Multi-Channel Fulfillment director

Syed Mustafa Zinoor, Program Lead, Worldwide Returns & ReCommerce

Nikhil Darda, Returns & Recommerce Strategy at Amazon Message

Josh Kingston, Senior Program Manager, Worldwide Returns Transportation Ops

Skylar Bradshaw, Process Improvement Specialist, Quality Analyst, Quality Control, Business Process Improvement

**Descriptions of jobs – disclose names and titles of people in these roles throughout the Relevant Period:**

Senior Program Manager, Director, VP and SVP, Returns Exceptions and Operations Flow

Senior Program Manager, Director, VP and SVP, Process Improvement, Hub Pickup & Return Points

Director and VP over the following:

Improving Returns Product Experience

Customer Returns Program Specialist

Processors and Graders of Returns at largest fulfillment center

Returns Experience Specialists

Customer Returns, Fulfillment Technologies & Robotics