THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | No. 2:23-CV-1372-JNW<br><br>**STIPULATED MOTION RE CASE SCHEDULE AND [~~PROPOSED~~] ORDER**<br><br>NOTING DATE: January 29, 2025 |

STIPULATED MOTION RE CASE SCHEDULE AND
[PROPOSED] ORDER
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

Plaintiffs Laura Abbott, Jill Cappel, Michelle Estep, Maria Khangi, Joshua Soto Lopez, Melissa Urbancic, Heriberto Valiente, and Vince Vojtko, individually and on behalf of all others similarly situated ("Plaintiffs"), by and through undersigned counsel, and Defendant Amazon.com, Inc. ("Amazon") (together, the "Parties") hereby jointly move the Court to enter the foregoing case schedule.

On July 16, 2024, the Parties filed a Joint Status Report and Discovery Plan, in which the Parties proposed case deadlines for discovery and class certification briefing. Dkt. 70. The Court has not yet set a case schedule.

The Parties have continued to confer, and have now reached an agreement on a proposed case schedule:

| Event | Deadline |
|---|---|
| **Report to the Court on the Status of Discovery** | **March 3, 2025** |
| **Substantial Completion of Document Production** | **May 5, 2025** |
| **Deadline for Filing Any Motion to Compel Discovery Related to Class Certification** | **June 2, 2025** |
| **End of Fact Discovery** | **September 8, 2025** |
| **Deadline for Motion for Class Certification**<br><br>**Deadline for Disclosure of Any Expert Report(s) Supporting Class Certification** | **September 29, 2025** |
| **Deadline for Depositions of Plaintiffs' Experts** | **November 21, 2025** |
| **Deadline for Opposition to Class Certification**<br><br>**Deadline for Disclosure of Any Expert Report(s) Opposing Class Certification**<br><br>**Deadline for Daubert Motion(s) Directed to Plaintiffs' Experts' Class Certification Report(s)** | **December 22, 2025** |
| **Deadline for Depositions of Amazon's Experts** | **January 23, 2026** |
| **Deadline for Reply in Support of Class Certification**<br><br>**Deadline for Disclosure of Any Rebuttal Expert Report(s)**<br><br>**Deadline for Daubert Motion(s) Directed to Defendants' Experts' Class Certification Report(s)**<br><br>**Deadline for Opposition to Any Daubert Motion(s) Directed to Plaintiffs' Experts' Class Certification Reports** | **February 6, 2026** |

STIPULATED MOTION RE CASE SCHEDULE AND [PROPOSED] ORDER
CASE NO. 2:23-CV-1372-JNW                    1

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | |
|---|---|
| **Deadline for Depositions of Plaintiffs' Rebuttal Experts** | **February 27, 2026** |
| **Reply to any Daubert Motion Directed to Plaintiffs' Experts' Class Certification Reports** | **March 6, 2026** |
| **Opposition to Any Daubert Motion Directed to Amazon's Experts' Class Certification Reports** | **March 13, 2026** |
| **Reply to Any Daubert Motion Directed to Amazon's Expert's Class Certification Reports** | **April 3, 2026** |
| **Class Certification Hearing** | **TBD** |

WHEREFORE, the Parties respectfully request an Order from the Court entering the above-described case schedule.

STIPULATED MOTION RE CASE SCHEDULE AND [PROPOSED] ORDER
CASE NO. 2:23-CV-1372-JNW

2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

Dated: January 30, 2025.

Respectfully submitted,

By:    */s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7075
Fax: 206.905.7100
aliciacobb@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
Justin C Griffin (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP (LA)
865 S FIGUEROA ST, 10TH FLOOR
LOS ANGELES, CA 90017
213-443-3621
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com

Aaron M. Zigler (*pro hac vice*)
Lawrence Ashe (*pro hac vice*)
Nidya S Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312.673.8427
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Attorneys for Plaintiffs and the Putative Classes*

STIPULATED MOTION RE CASE SCHEDULE AND [PROPOSED] ORDER
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

By:   /s/ Brian D. Buckley
Brian D. Buckley, WSBA #26423
Deena J.G. Feit, WSBA # 59036
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: 206.389.4510
Fax: 206.389.4511
bbuckley@fenwick.com
dfeit@fenwick.com

Jedediah Wakefield (*pro hac vice*)
Mary Griffin Sims (*pro hac vice*)
Samantha Ong (*pro hac vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415.875.2300
Fax: 415.281.1350
Email: jwakefield@fenwick.com
mgriffin@fenwick.com
song@fenwick.com

*Attorneys for Defendant Amazon.com, Inc.*

## ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED: January 30, 2025

_____
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION RE CASE SCHEDULE AND [PROPOSED] ORDER
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000