**Subject:** FW: In Re: Amazon Return Policy Litigation (Case No. 23-cv-01372-JNW)
**Attachments:** 2024 02 12 Amazon's Opp to Motion to Compel (23-cv-01372-JNW).pdf; 2024 02 12 Decl of Mary Griffin Sims ISO Motion to Compel (23-cv-01372-JNW).pdf

---

**From:** Marti Guidoux <MGuidoux@fenwick.com>
**Sent:** Thursday, February 13, 2025 12:16 AM
**To:** WAWDdb_JNWChambers <whiteheadchambers@wawd.uscourts.gov>; WAWDdb_COOPFilings <filing@wawd.uscourts.gov>
**Cc:** PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>; Alicia Cobb <aliciacobb@quinnemanuel.com>; Matt Hosen <matthosen@quinnemanuel.com>; Nolan Anderson <nolananderson@quinnemanuel.com>; Alexandria Madjeric <alexandriamadjeric@quinnemanuel.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>; justingriffin@quinnemanuel.com; adamwolfson@quinnemanuel.com; Joshua Courtney <joshuacourtney@quinnemanuel.com>; alyolson@quinnemanuel.com; Aaron Zigler <aaron@ziglerlawgroup.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; nidya@ziglerlawgroup.com; Lawrence Ashe <larry@ziglerlawgroup.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>; Mary Griffin Sims <MGriffin@fenwick.com>
**Subject:** In Re: Amazon Return Policy Litigation (Case No. 23-cv-01372-JNW)

**CAUTION - EXTERNAL:**

Your Honor –

This evening, we made numerous attempts to file the attached two documents:

- Amazon's Opposition to Plaintiffs' Motion to Compel Production of Documents; and
- Declaration of Mary Griffin Sims in Support of Amazon's Opposition to Plaintiffs' Motion to Compel Production of Documents.

Unfortunately, the CM/ECF system for the Western District of Washington appears to have been down as we were not successful in logging into the Court's CM/ECF system. We have served opposing counsel by separate email

with a copy of the two documents. We will follow up with the Clerk's Office tomorrow morning to complete this filing.

Respectfully,

Marti Guidoux

Marti Guidoux
Fenwick | Litigation Case Coordinator | +1 650-943-5181 | mguidoux@fenwick.com

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.