# Exhibit I

**Nolan Anderson**

---

**From:** Mary Griffin Sims <MGriffin@fenwick.com>
**Sent:** Thursday, February 6, 2025 8:29 PM
**To:** Nolan Anderson; Lawrence Ashe; Deena Feit; Aaron Zigler; Alicia Cobb; Andrew Schapiro; Adam Wolfson; Joshua Courtney; Justin Griffin; Mary Jane Fait; PLFS Service Amazon Returns
**Cc:** Amazon Return Policy Litigation Ext; Brian Buckley; Jedediah Wakefield
**Subject:** RE: Return Policy Litigation -

**[EXTERNAL EMAIL from mgriffin@fenwick.com]**

---

Counsel,

We will correspond to you separately about Plaintiffs' premature request for additional custodians and Amazon's productions.

We are not unwilling to engage in a transparent process regarding the use of TAR. We told you more than two months ago that we would be using it to order the review, and Plaintiffs raised no questions (including during the three discussions we had since then). The cases you sent involve using TAR to code documents for production or limit a review. We are not using TAR to code documents or limit our review—only to provide the order in which documents are reviewed. If Plaintiffs can explain what information they believe they are entitled to beyond this, we are willing to discuss those questions along with Plaintiffs' disclosure of any computer or technology-aided methods they have used in their review.

Mary

Mary Griffin Sims (she/her)
Fenwick | Associate | +1 415-875-2325 | mgriffin@fenwick.com

---

**From:** Nolan Anderson <nolananderson@quinnemanuel.com>
**Sent:** Wednesday, February 5, 2025 4:22 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Lawrence Ashe <larry@ziglerlawgroup.com>; Deena Feit <DFeit@fenwick.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb <aliciacobb@quinnemanuel.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Joshua Courtney <joshuacourtney@quinnemanuel.com>; Justin Griffin <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>
**Subject:** RE: Return Policy Litigation -

**** EXTERNAL EMAIL ****

Mary,

Following up on the below email. Please let us know when we can expect the first rolling production of emails, and please confirm that you will be adding Vishal Bhargava, Bryan Puckett, Tom Weiland, and Libby Johnson McKee as custodians. Please also provide a description of how you intend to utilize TAR to prioritize document review or state the reason why you are unwilling to engage in a transparent process regarding the use of TAR.

Regards,

**Nolan Anderson**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1109 First Avenue
Suite 210
Seattle, WA 98101
Direct: (206) 905-7007
Office: (206) 905-7000
nolananderson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Nolan Anderson
**Sent:** Monday, February 3, 2025 3:58 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Lawrence Ashe <larry@ziglerlawgroup.com>; Deena Feit <DFeit@fenwick.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb <aliciacobb@quinnemanuel.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Joshua Courtney <joshuacourtney@quinnemanuel.com>; Justin Griffin <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>
**Subject:** RE: Return Policy Litigation -

Mary,

We received your January 30, 2025, production of 192 non-email documents. Amazon's unexplained delay in producing custodial emails, and refusal to provide a date by which you will even ***start*** producing such documents, continues to prejudice Plaintiffs in their ability to conduct adequate discovery. When can we expect the first rolling production of emails? Your assurances that Amazon will "continue to make rolling productions" provides no answer to that question.

Amazon's refusal to consider adding additional custodians until Plaintiffs can provide additional "justification" is not well taken given Amazon's failure to produce documents or provide information that would enable Plaintiffs to provide a more fulsome "justification." Further, Plaintiffs never said the only basis for seeking to add these custodians was "chain of command." We simply explained that given your failure to produce documents, your response to Interrogatory No. 1 was the only place we could look to identify potentially relevant custodians. That being said, the custodians we proposed appear to fill a gap in the coverage of the relevant time period (2017 to present) and appear to have a broader scope and level of responsibility in the returns area. As we have observed in the very limited production to date, the custodians you selected have a very limited scope and level of responsibility and deal primarily with the 2022 through 2024 time period. Plaintiffs believe the four new custodians are likely to possess, unique, relevant documents. Specifically:

- **Vishal Bhargava** – According to his LinkedIn profile, Mr. Bhargava is currently the Global Head of Concessions and Support Experience/Defect Elimination, a role he has held since October 2022. According to Interrogatory No. 1, this department drives analytics functions to evaluate the current defect allocation methodology and tracks performance reporting, taking actions with owning teams for improvement to reduce issues customers face. Amazon seems to concede the relevance of documents from that department, agreeing to include Nicolette Kyte, a program manager in this department, as a custodian. Mr. Bhargava's documents are likely to exceed the more limited scope and responsibility of Ms. Kyte, given his role as a director.

- **Bryan Puckett** – According to his LinkedIn profile, Mr. Puckett has been a director of worldwide returns since April 2020, and was a senior manager of returns transportation from 2017-2020. There can be no reasonable dispute that Mr. Puckett is likely to possess relevant documents, particularly given the much broader time period he was involved in such roles compared to Amazon's proposed custodian Anil Kaligatla, who only held the title of director of worldwide returns since September 2024.

- **Tom Weiland** – According to his LinkedIn profile, Mr. Weiland was the Vice President of Support and Customer Service from 1997-2022. He states that he was "[r]esponsible for leading and building Amazon's award-winning customer services organizations; including operations, technology, and products." Unlike Amazon-proposed custodians Jennifer Moore and Shelly Robertson, Mr. Weiland was a director of the customer service department going back to the beginning of the relevant time period.

- **Libby Johnson McKee** – According to her LinkedIn profile, Ms. McKee held relevant roles at Amazon from 2014-2022 as a director of worldwide returns and recommerce. She describes herself as the person who "[d]eveloped Returns Experience as a critical customer loyalty feature," "defined and delivered product roadmaps for returns experience and processes used in every Amazon marketplace worldwide," and "[d]efined, built and managed the end-to-end customer returns and refund experience, and the P&L for cost of returns." Each of these issues is relevant, and her tenure in these roles going back to 2017, makes her a particularly apt custodian.

Please confirm you will add these four custodians.

Finally, there is quite a bit of case law on the appropriate level of transparency which must occur when a party discloses their intent to use TAR to process ESI. *See, e.g.*, *In re Diisocyanates Antitrust Litig.*, MC 18-1001, 2021 WL 4295729 (W.D. Pa. Aug. 23, 2021), *report and recommendation adopted*, MC 18-1001, 2021 WL 4295719 (W.D. Pa. Sept. 21, 2021); *In re Uber Techs., Inc., Passenger Sexual Assault Litig.*, MDL 3084 CRB, 2024 WL 3491760, at *1 (N.D. Cal. Mar. 15, 2024). We are not asking you to reveal work product, *i.e.*, subject matter selection, just the processes you intend to utilize within TAR. What is your objection to that limited disclosure?

Regards,

**Nolan Anderson**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1109 First Avenue
Suite 210
Seattle, WA 98101
Direct: (206) 905-7007
Office: (206) 905-7000
nolananderson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Mary Griffin Sims <MGriffin@fenwick.com>
**Sent:** Monday, February 3, 2025 12:25 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>; Deena Feit <DFeit@fenwick.com>; Nolan Anderson <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb <aliciacobb@quinnemanuel.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>; Adam Wolfson

<adamwolfson@quinnemanuel.com>; Joshua Courtney <joshuacourtney@quinnemanuel.com>; Justin Griffin <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>
**Subject:** RE: Return Policy Litigation -

**[EXTERNAL EMAIL from mgriffin@fenwick.com]**

---

Counsel,

We are willing to discuss additional custodians after Plaintiffs can explain their justification for wanting to add custodians other than "chain of command." Amazon made a production based on our proposed custodians on January 30 and will continue to make rolling productions from these custodians. As we previously stated, in the spirit of compromise, we accepted Plaintiffs' proposed search term edits. We have no obligation to provide hit counts.

Regarding your below response to our November 22 email in which you now ask for a "detailed proposal," as we told you in November, we are not using TAR to exclude any documents from review and instead are using it to try to prioritize documents most likely to be responsive. We do not have an obligation to send a "detailed proposal," and if you had any questions, you were welcome to ask us at the multiple conferences we had since sending that email.

Mary

Mary Griffin Sims (she/her)
Fenwick | Associate | +1 415-875-2325 | mgriffin@fenwick.com

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Thursday, January 30, 2025 4:49 PM
**To:** Deena Feit <DFeit@fenwick.com>; Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>
**Subject:** RE: Return Policy Litigation -

**** EXTERNAL EMAIL ****

Deena,

In the parties' October 31, 2024, meet and confer, Amazon informed Plaintiffs that it would begin producing "custodian files . . . in the coming weeks" and that it was largely waiting on the Court to enter a protective order. It has been 12 weeks since the Court entered the protective order on November 5, 2024, and yet Amazon has not produced a single email from the files of the six custodians listed in Amazon's ESI disclosures: 1) Jennifer Moore; 2) Dinesh Palleneni; 3) Prashanth Pannala; 4) Shelly Robertson; 5) Nicolette Kyte; 6) Anil Kaligatla. Please confirm when Amazon will begin producing these custodians' documents and provide a hit report (by custodian) so that we may evaluate Amazon's offered custodians.

Further, as discussed at our last meet and confer, your refusal to provide any of the requested information about other potential custodians or make any email production is prejudicing our ability to identify additional custodians. Nevertheless, without the benefit of any discovery other than the chain of command of your initially disclosed custodians (interrogatory 1), we are proposing four additional custodians: 7) Vishal Bhargava; 8) Bryan Puckett; 9) Tom Weiland; 10) Libby Johnson McKee. These additional custodians are requested without prejudice to Plaintiffs selecting additional custodians once Amazon begins making productions from the first 10 custodians. Please also provide a hit report (by custodian) for these four custodians.

Regarding your previously disclosed intention to use TAR for the sole purpose of prioritizing your review of the ESI search hits, please provide a detailed proposal about the technology and methodologies Amazon intends to use for that purpose.

Thank you,
Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2046
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Deena Feit <DFeit@fenwick.com>
**Sent:** Monday, December 30, 2024 3:34 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>; Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>

**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>
**Subject:** RE: Return Policy Litigation -

Counsel – Plaintiffs have served discovery requests related to custodians, to which Amazon responded, and we are meeting twice this week to discuss the responses. If there is more Plaintiffs reasonably think is needed here, we can discuss at one of our meetings.

Regarding search terms, the ESI protocol does not require us to provide hit reports. As we previously communicated, in the spirit of compromise, we agreed to all of Plaintiffs' proposed search terms.

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Friday, December 27, 2024 12:48 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

**** EXTERNAL EMAIL ****

Mary and Deena,

Second request – see below. If you do not agree to provide the hit report and/or the requested custodian information, please just let us know that.



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2046
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Friday, December 6, 2024 1:05 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Mary,

Thank you for confirming your agreement. Please share the hit report you used to evaluate those terms.

At the November 4th meet and confer we were told that you didn't have enough time to respond to our request for custodian information (attached for reference) sent two days earlier. Please provide that information so that we can attempt to reach agreement on custodians to be searched.

When do you expect to have documents responsive to RFPs 57 and 58? We were told over six weeks ago that you were working on it (see attached). It is important that we at least attempt to reach an agreement on this foundational request.

Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2046
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

**From:** Mary Griffin Sims <MGriffin@fenwick.com>
**Sent:** Thursday, December 5, 2024 7:44 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Larry,

While we think Plaintiffs' proposed search terms are unnecessarily extensive, we are willing to accept them in the spirit of compromise.

Mary

Mary Griffin Sims (she/her)
Fenwick | Associate | +1 415-875-2325 | mgriffin@fenwick.com

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Thursday, December 5, 2024 1:27 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

**** EXTERNAL EMAIL ****

Mary,

Tuesday will be six weeks from the email below. Please let us know when we may expect a response.

Thank you,
Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
p: (224) 480-2046
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Tuesday, October 29, 2024 2:39 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Mary,

Attached is Plaintiffs' search term counter-proposal (redline and clean) for our meet and confer discussion.

Please forward the custodian information as soon as possible so that we may review it prior to our meet and confer.

Thank you,
Larry

**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**



a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Mary Griffin Sims <MGriffin@fenwick.com>
**Sent:** Tuesday, October 22, 2024 3:24 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Larry,

Something has come up on October 28. Are you available for the meet and confers on 10/30 from 10:00 AM-11:00 AM PT or 10/31 from 1:00 PM-3:00 PM PT?

We are continuing to look into the requests you outlined below.

Mary

Mary Griffin Sims (she/her)
Fenwick | Associate | +1 415-875-2325 | mgriffin@fenwick.com

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Thursday, October 17, 2024 12:57 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel)

<joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

**** EXTERNAL EMAIL ****

Mary,

For ease of reference, here is the portion of our recent letter memorializing the parties' meet and confer with regard to custodian information which we'll need for our search term discussions next week:

**RFP Nos. 57–58:**
RFP Nos. 57–58 seek information regarding the organizational structure of Amazon business units and personnel responsible for, or involved in, returns processing and the structure of teams with persons possessing relevant information. Amazon objected to these requests on the grounds that they are vague, overbroad, and burdensome. Amazon refused to produce any documents in response to these requests. Plaintiffs explained that organizational charts or documents sufficient to show such organizational structures are clearly relevant and discoverable. Plaintiffs also stated their concern that the failure to identify relevant persons would lead to custodian issues down the road. Amazon stated that its true objection to production is that it does not keep "organizational charts." Plaintiffs noted that that the Requests are not limited to "organizational charts," and also that Amazon did not respond to the Requests by stating that it had no responsive documents. Plaintiffs also asked if Amazon could identify relevant business teams as defined in RFP Nos. 57–58. Amazon stated counsel and client would confer to discuss how it could produce documents sufficient to show individuals within relevant business groups that might have relevant information.
On August 16, 2024, the parties discussed these Requests once again. Amazon's only update was that the teams supporting returns and refunds are very large. Plaintiffs reiterated their position that this is a relevant and foundational request that is necessary for other discovery. Plaintiffs asked if Amazon could start by identifying the names of the teams. Amazon's counsel stated they would confer with Amazon to determine if the team names can be narrowed further.
Please confirm that Amazon will either (1) be amending its answers to RFP Nos. 57–58 to affirmatively state that it has no responsive documents of any kind, or (2) agree to produce documents responsive to these Requests.

Thank you,
Larry

**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com



This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Wednesday, October 16, 2024 6:56 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Mary,

I’m not sure how much time we’ll need to get through both sides search terms and custodians. Maybe we should schedule both times just in case.

With regard to Amazon custodians to be searched, we will need the documents Amazon intends to produce in response to RFPs on custodians as discussed during the meet and confers.

Thanks,
Larry

**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**



a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Mary Griffin Sims <MGriffin@fenwick.com>
**Sent:** Wednesday, October 16, 2024 6:40 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Larry,

We're still available on 10/28 from 12:00-1:00 or 2:00-3:00 PM PT. Please let us know which time frame you prefer.

Thanks,
Mary

Mary Griffin Sims (she/her)
Fenwick | Associate | +1 415-875-2325 | mgriffin@fenwick.com

---

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Wednesday, October 16, 2024 11:33 AM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>

**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

**** EXTERNAL EMAIL ****

Mary,

10/28 works. We're fine with discussing both sets of custodians and search terms then.

Thanks,
Larry



Lawrence Ashe
*Attorney*
**Zigler Law Group, LLC**
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

**From:** Mary Griffin Sims <MGriffin@fenwick.com>
**Sent:** Tuesday, October 15, 2024 4:23 PM
**To:** Lawrence Ashe <larry@ziglerlawgroup.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** RE: Return Policy Litigation -

Counsel,

Our availability for a meet and confer to discuss Amazon's custodians and Plaintiffs' proposed search terms is as follows:

- Monday, October 21 between 10:00-11:00 AM or 12:00 -1:00 PM PT
- Tuesday, October 22 between 1:30 -3:00 PM PT
- Wednesday, October 23 between 11:30 -12:00 PM PT
- Monday, October 28 12:00 -1:00 PM PT or 2:00 -3:00 PM PT
- Tuesday, October 29 between 9:30 -12:30 PM PT

We would also like to discuss Plaintiffs' custodians and our proposed search terms. We can schedule a call to discuss both set of custodians and search terms, or we can keep the calls separate. If you prefer to keep the calls separate, please provide your availability for a call to discuss Plaintiffs' custodians and our proposed search terms.

Thanks,
Mary

Mary Griffin Sims (she/her)
Fenwick | Associate | +1 415-875-2325 | mgriffin@fenwick.com

**From:** Lawrence Ashe <larry@ziglerlawgroup.com>
**Sent:** Thursday, October 10, 2024 12:51 PM
**To:** Mary Griffin Sims <MGriffin@fenwick.com>; Nolan Anderson (Quinn Emanuel) <nolananderson@quinnemanuel.com>; Aaron Zigler <aaron@ziglerlawgroup.com>; Alicia Cobb (Quinn Emanuel) <aliciacobb@quinnemanuel.com>; Andrew Schapiro (Quinn Emanuel) <andrewschapiro@quinnemanuel.com>; Adam Wolfson (Quinn Emanuel) <adamwolfson@quinnemanuel.com>; Joshua Courtney (Quinn Emanuel) <joshuacourtney@quinnemanuel.com>; Justin Griffin (Quinn Emanuel) <justingriffin@quinnemanuel.com>; Mary Jane Fait <maryjane@ziglerlawgroup.com>; PLFS Service Amazon Returns <Plfs_service_amazon_returns@ziglerlawgroup.com>
**Cc:** Amazon Return Policy Litigation Ext <AmazonReturnPolicyLitigationExt@fenwick.com>; Brian Buckley <BBuckley@fenwick.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Deena Feit <DFeit@fenwick.com>
**Subject:** Return Policy Litigation -

**** EXTERNAL EMAIL ****

Mary,

Please let us know your availability for a meet and confer to discuss Amazon custodians and Plaintiffs' proposed search terms.

Thank you,
Larry



**Lawrence Ashe**
*Attorney*
**Zigler Law Group, LLC**
a: 308 S. Jefferson, Suite 333, Chicago, IL, 60661, USA
w: www.ziglerlawgroup.com
e: larry@ziglerlawgroup.com

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy, distribute or use the information in this message. Important legal disclosures are contained within our Terms of Service.

Lawrence Ashe is licensed in Florida.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.