# Exhibit J

FENWICK

401 Union Street
5th Floor
Seattle, WA 98101

206.389.4510
Fenwick.com

Deena J.G. Feit
DFeit@fenwick.com | 206.913.4335

February 12, 2025

VIA EMAIL (PLFS_SERVICE_AMAZON_RETURNS@ZIGLERLAWGROUP.COM)

Nolan Anderson
Quinn Emanuel
1109 First Avenue, Suite 210
Seattle, WA 98101

Re: In re Amazon Return Policy Litigation, Inc., No. 2:23-cv-01372-JNW (W.D. Wash.)
Response to Plaintiffs' Request for Additional Custodians

Counsel:

We write to correct the inaccurate statements in your February 3, 2025 email regarding Amazon's January 30, 2025 production and to respond to Plaintiffs' request that Amazon search and review emails for four additional custodians.

Amazon has produced more than 1,700 documents to date. Contrary to your assertion that Amazon's January 30 production included "192 non-email documents," Amazon's first custodial production included both emails and other custodial documents. Amazon has since made a second custodial production, which also includes emails and other custodial documents. We are continuing to review custodial documents and will continue to make rolling productions.

Regarding Plaintiffs' request for additional custodians, Amazon is not refusing to add additional custodians, but the request is premature. Based on the allegations in Plaintiffs' complaint, Amazon disclosed six custodians on July 26, 2024, whom it believes may possess relevant information. The custodians all work on either the Worldwide Returns & Recommerce or the Customer Service teams. In the spirit of compromise, Amazon agreed to review and search all 40 of Plaintiffs' (overly broad) search terms across the custodians' documents, and we are in the process of reviewing the documents identified by those search terms. If, after reviewing Amazon's productions, Plaintiffs continue to believe that additional custodians are required, then we agree to consider such a request at that time.

Respectfully,

FENWICK & WEST LLP

/s/ *Deena Feit*

Deena J.G. Feit