THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AMAZON RETURN POLICY LITIGATION

No. 2:23-CV-1372-JNW

**STIPULATED MOTION AND ORDER FOR LEAVE TO AMEND COMPLAINT AND EXTEND AMAZON'S DEADLINE TO RESPOND**

**NOTING DATE: May 22, 2025**



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15 and Local Civil Rule 15, the Parties and their respective counsel stipulate as follows:

1. Rule 15(a)(2) of the Federal Rules of Civil Procedure permits Plaintiffs to amend their complaint with the consent of the Defendant. The Parties have met and conferred, and Defendant has consented to Plaintiffs filing their First Amended Consolidated Complaint ("FACC").

2. The FACC is timely, as the Court has not set a deadline for amending pleadings.

3. Pursuant to Local Rule 15, a clean copy of the FACC is attached hereto as Exhibit A and a redline copy of the FACC is attached hereto as Exhibit B.

4. The Parties stipulate and agree that Defendant shall have up to 60 days to answer or move to dismiss or otherwise respond to Plaintiffs' FACC.

5. If Amazon moves to dismiss the FACC, Plaintiffs will have 30 days to file their response to Amazon's motion to dismiss, and Amazon will then have 21 days to file its reply in support of its motion to dismiss.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, and the Parties ask the Court to order that: Plaintiffs file their FACC, substantially in the form of Exhibit A, no later than 10 days from the date the order is entered. Amazon shall respond to the FACC within 60 days of Plaintiffs filing their FACC. If Amazon moves to dismiss the FACC, Plaintiffs will have 30 days to file their response to Amazon's motion to dismiss, and Amazon will then have 21 days to file its reply in support of its motion to dismiss.

Dated: May 22, 2025.

Respectfully submitted,

By: /s/ Alicia Cobb
Alicia Cobb, WSBA #48685
Nolan K. Anderson, WSBA #59691
Alexandria Madjeric, WSBA #60677
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7075
Fax: 206.905.7100
aliciacobb@quinnemanuel.com
nolananderson@quinnemanuel.com
alexandriamadjeric@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
Justin C. Griffin (*pro hac vice*)
Alyssa G. Olson (*pro hac vice*)
Joshua Courtney (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 S FIGUEROA ST, 10TH FLOOR
LOS ANGELES, CA 90017
Tel: 213.443.3621
Fax: 213.443.3100
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com
alyolson@quinnemanuel.com
joshuacourtney@quinnemanuel.com

By: /s/ Aaron M. Zigler
Aaron M. Zigler (*pro hac vice*)
Lawrence Ashe (*pro hac vice*)
Nidya S. Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661

Tel: 312.673.8427
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Interim Class Counsel*

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA #26423
Deena Feit, WSBA # 59036
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com
dfeit@fenwick.com

Jedediah Wakefield (*pro hac vice*)
Mary Griffin (*pro hac vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: jwakefield@fenwick.com
mgriffin@fenwick.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

The Court **GRANTS** the Parties' stipulated motion. Within 10 days of this order, Plaintiffs may file their First Amended Consolidated Complaint (substantively in the form of Exhibit A). Amazon shall respond to Plaintiffs' First Amended Consolidated Complaint within 60 days. If Amazon moves to dismiss the First Amended Consolidated Complaint, Plaintiffs will have 30 days to file their response to Amazon's motion to dismiss, and Amazon will then have 21 days to file its reply in support of its motion to dismiss.

DATED this 23rd day of May, 2025.

Jamal N. Whitehead
United States District Judge



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 22, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

By: *\/s\/ Alicia Cobb*
Alicia Cobb, WSBA #48685



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000