THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AMAZON RETURN POLICY LITIGATION

No. 2:23-CV-1372-JNW

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL CUSTODIANS**



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

The Court, having considered Plaintiffs' Motion to Compel Custodians, HEREBY ORDERS as follows:

1. Plaintiffs' Motion to Compel Custodians is GRANTED.
2. Defendant Amazon is ORDERED to run all agreed-to search terms across the ten additional custodians proposed by Plaintiffs:
    a. Libby Johnson McKee,
    b. Bryan Puckett,
    c. Vishal Bhargava,
    d. Tom Weiland,
    e. Srikanth Madupu,
    f. Vince Calabro,
    g. Yudhish Kalluri,
    h. Tobin Weldele,
    i. Kathryn Jorawsky, and
    j. Brett O'Keefe.
3. Defendant Amazon is ORDERED to produce responsive documents within 21 days of this ORDER.

DATED this ___ day of __________ 2025.

_________________________
The Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

Dated: June 9, 2025

Respectfully submitted,

By: /s/ Alicia Cobb

Alicia Cobb, WSBA #48685
Nolan K. Anderson, WSBA #59691
Alexandria Madjeric, WSBA #60677
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7075
Fax: 206.905.7100
aliciacobb@quinnemanuel.com
nolananderson@quinnemanuel.com
alexandriamadjeric@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
Justin C. Griffin (*pro hac vice*)
Alyssa G. Olson (*pro hac vice*)
Joshua Courtney (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
Tel: 213.443.3621
Fax: 213.443.3100
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com
alyolson@quinnemanuel.com
joshuacourtney@quinnemanuel.com

By: /s/ Aaron M. Zigler

Aaron M. Zigler (*pro hac vice*)
Lawrence Ashe (*pro hac vice*)
Nidya S. Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661

Tel: 312.673.8427
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Interim Class Counsel*