Hon. Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| IN RE: AMAZON RETURN POLICY LITIGATION | Case No. 2:23-CV-1372-JNW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
|---|---|

TO: CLERK OF COURT

AND TO: All parties of record and their counsel

PLEASE TAKE NOTICE that Alexandria Madjeric, of Quinn Emanuel Urquhart & Sullivan, LLP, hereby withdraws as counsel of record on behalf of Plaintiffs in the above-captioned matter. Plaintiffs continue to be represented by counsel of record, Alicia Cobb, Nolan Anderson, Andrew H. Schapiro, and Adam Wolfson of Quinn Emanuel Urquhart & Sullivan, LLP, and by Aaron M. Zigler, Lawrence V. Ashe, and Nidya S. Gutierrez of Zigler Law Group, LLC.

DATED this 15th Day of July, 2025.

WITHDRAWING COUNSEL:

*/s/ Alexandria Madjeric*
Alexandria Madjeric

Notice of Withdrawal.
Case No. 2:23-cv-1372-JNW

Quinn Emanuel Urquhart & Sullivan
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

REMAINING COUNSEL:

*/s/ Alicia Cobb*

Alicia Cobb, WSBA #48685
Nolan K. Anderson, WSBA # 59691
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Phone (312) 705-7400
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com

*/s/ Aaron M. Zigler*

Aaron M. Zigler (*pro hac vice*)
Lawrence V. Ashe (*pro hac vice*)
Nidya S. Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
Phone (312) 673-8427
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Interim Class Counsel*

NOTICE OF WITHDRAWAL.
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 15, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED July 15, 2025.

/s/ *Alicia Cobb*
Alicia Cobb

NOTICE OF WITHDRAWAL.
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000