Hon. Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE: AMAZON RETURN POLICY LITIGATION

Case No. 2:23-CV-1372-JNW

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO: CLERK OF COURT

AND TO: All parties of record and their counsel

PLEASE TAKE NOTICE that Joshua Courtney, of Quinn Emanuel Urquhart & Sullivan, LLP, hereby withdraws as counsel of record on behalf of Plaintiffs in the above-captioned matter. Plaintiffs continue to be represented by counsel of record, Alicia Cobb, Nolan Anderson, Matthew Hosen, Andrew H. Schapiro, Adam Wolfson, Justin C. Griffin, and Alyssa G. Olson of Quinn Emanuel Urquhart & Sullivan, LLP, and by Aaron M. Zigler, Lawrence V. Ashe, and Nidya S. Gutierrez of Zigler Law Group, LLC.

DATED this 19th Day of July, 2025.

WITHDRAWING COUNSEL:

*/s/ Joshua Courtney*
Joshua Courtney

Notice of Withdrawal.
Case No. 2:23-CV-1372-JNW

1

Quinn Emanuel Urquhart & Sullivan
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

REMAINING COUNSEL:

/s/ Nolan Anderson
Nolan K. Anderson, WSBA # 59691
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
nolananderson@quinnemanuel.com
aliciacobb@quinnemanuel.com
matthosen@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Phone (312) 705-7400
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
Justin C. Griffin (*pro hac vice*)
Alyssa G. Olson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone (213) 443-3285
Fax (213) 443-3100
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com
alyolson@quinnemanuel.com

/s/ Aaron M. Zigler
Aaron M. Zigler (*pro hac vice*)
Lawrence V. Ashe (*pro hac vice*)
Nidya S. Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street, Suite 333
Chicago, IL 60661
Phone (312) 673-8427
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Interim Class Counsel*

NOTICE OF WITHDRAWAL.
CASE NO. 2:23-CV-1372-JNW

2

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

# CERTIFICATE OF SERVICE

I hereby certify that, on August 19, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED August 19, 2025.

/s/ *Nolan Anderson*
Nolan Anderson

NOTICE OF WITHDRAWAL.
CASE NO. 2:23-CV-1372-JNW

3

QUINN EMANUEL URQUHART & SULLIVAN
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000