1
2
3
4
5
6

THE HONORABLE JAMAL N. WHITEHEAD

7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13

| IN RE: AMAZON RETURN POLICY LITIGATION | Case No.: 2:23-cv-01372-JNW<br><br>**STIPULATED MOTION TO EXTEND DEADLINES AND PROPOSED ORDER**<br><br>NOTING DATE: September 19, 2025 |
|---|---|

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION TO EXTEND
DEADLINES AND PROPOSED ORDER
CASE NO.: 2:23-CV-01372-JNW

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

Plaintiffs Laura Abbott, Jill Cappel, Michelle Estep, Maria Khangi, Joshua Soto Lopez, Melissa Urbancic, Heriberto Valiente, Katherine Vojtko, Vince Vojtko, Dianne Walton-Williams, ("Plaintiffs"), and Defendant Amazon.com, Inc. jointly move the Court to extend the current case deadlines, which extends forthcoming deadlines by at least thirty (30) days. This extension is necessary to allow for more efficient case management.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Amazon to Respond to Plaintiffs' Amended Complaint | September 22, 2025 | October 22, 2025 |
| Deadline for Filing Any Motion to Compel Discovery Related to Class Certification | October 10, 2025 | November 10, 2025 |
| End of Fact Discovery | November 10, 2025 | December 10, 2025 |
| Deadline for Motion for Class Certification<br><br>Deadline for Disclosure of Any Expert Report(s) Supporting Class Certification | December 1, 2025 | December 31, 2025 |
| Deadline for Depositions of Plaintiffs' Experts | January 22, 2026 | February 23, 2026 |
| Deadline for Opposition to Class Certification<br><br>Deadline for Disclosure of Any Expert Report(s) Opposing Class Certification<br><br>Deadline for Daubert Motion(s) Directed to Plaintiffs' Experts' Class Certification Report(s) | February 20, 2026 | March 23, 2026 |
| Deadline for Depositions of Amazon's Experts | March 23, 2026 | April 22, 2026 |
| Deadline for Reply in Support of Class Certification Deadline for Disclosure of Any Rebuttal Expert Report(s)<br><br>Deadline for Daubert Motion(s) Directed to Defendants' Experts' Class Certification Report(s)<br><br>Deadline for Opposition to Any Daubert Motion(s) Directed to Plaintiffs' Experts' Class Certification Reports | April 9, 2026 | May 11, 2026 |
| Deadline for Depositions of Plaintiffs' Rebuttal Experts | April 30, 2026 | June 1, 2026 |
| Reply to any Daubert Motion Directed to Plaintiffs' Experts' Class Certification Reports | May 6, 2026 | June 5, 2026 |

STIPULATED MOTION TO EXTEND
DEADLINES AND PROPOSED ORDER
CASE NO.: 2:23-CV-01372-JNW

- 1 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opposition to Any Daubert Motion Directed to Amazon's Experts' Class Certification Reports | May 13, 2026 | June 12, 2026 |
| Reply to Any Daubert Motion Directed to Amazon's Expert's Class Certification Reports | June 4, 2026 | July 6, 2026 |
| Class Certification Hearing | TBD | TBD |

The parties respectfully request an Order from the Court entering the above-described new case deadlines.

Dated: September 19, 2025

Respectfully submitted,

FENWICK & WEST LLP

By: /s/ *Deena J. G. Feit*
Deena J.G. Feit, WSBA No. 29036

Brian D. Buckley, WSBA No. 26423
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
bbuckley@fenwick.com
dfeit@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Mary Griffin Sims (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
jwakefield@fenwick.com
mgriffin@fenwick.com

*Attorneys for Defendant Amazon.com, Inc.*

Dated: September 19, 2025

QUINN EMANUEL
URQUHART & SULLIVAN, LLP

By:

/s/ *Nolan Anderson*
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
Nolan Anderson, WSBA # 59691
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7075

STIPULATED MOTION TO EXTEND
DEADLINES AND PROPOSED ORDER
CASE NO.: 2:23-CV-01372-JNW

- 2 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

Fax: 206.905.7100
aliciacobb@quinnemanuel.com
matthosen@quinnemanuel.com
nolananderson@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
Justin C. Griffin (*pro hac vice*)
Alyssa G. Olson (*pro hac vice*)
Joshua Courtney (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP (LA)
865 S. Figueroa Street, 10th Floor
LOS ANGELES, CA 90017
213-443-3621
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com
alyolson@quinnemanuel.com
joshuacourtney@quinnemanuel.com

Aaron M. Zigler (*pro hac vice*)
Lawrence Ashe (*pro hac vice*)
Nidya S Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312.673.8427
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Interim Class Counsel*

STIPULATED MOTION TO EXTEND
DEADLINES AND PROPOSED ORDER
CASE NO.: 2:23-CV-01372-JNW

- 3 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

## ORDER

The parties having stipulated to, and the Court finding good cause for, the following relief, now it is ORDERED that the case deadlines be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Amazon to Respond to Plaintiffs' Amended Complaint | September 22, 2025 | October 22, 2025 |
| Deadline for Filing Any Motion to Compel Discovery Related to Class Certification | October 10, 2025 | November 10, 2025 |
| End of Fact Discovery | November 10, 2025 | December 10, 2025 |
| Deadline for Motion for Class Certification Deadline for Disclosure of Any Expert Report(s) Supporting Class Certification | December 1, 2025 | December 31, 2025 |
| Deadline for Depositions of Plaintiffs' Experts | January 22, 2026 | February 23, 2026 |
| Deadline for Opposition to Class Certification Deadline for Disclosure of Any Expert Report(s) Opposing Class Certification Deadline for Daubert Motion(s) Directed to Plaintiffs' Experts' Class Certification Report(s) | February 20, 2026 | March 23, 2026 |
| Deadline for Depositions of Amazon's Experts | March 23, 2026 | April 22, 2026 |
| Deadline for Reply in Support of Class Certification Deadline for Disclosure of Any Rebuttal Expert Report(s) Deadline for Daubert Motion(s) Directed to Defendants' Experts' Class Certification Report(s) Deadline for Opposition to Any Daubert Motion(s) Directed to Plaintiffs' Experts' Class Certification Reports | April 9, 2026 | May 11, 2026 |
| Deadline for Depositions of Plaintiffs' Rebuttal Experts | April 30, 2026 | June 1, 2026 |
| Reply to any Daubert Motion Directed to Plaintiffs' Experts' Class Certification Reports | May 6, 2026 | June 5, 2026 |
| Opposition to Any Daubert Motion Directed to Amazon's Experts' Class Certification Reports | May 13, 2026 | June 12, 2026 |

STIPULATED MOTION TO EXTEND DEADLINES AND PROPOSED ORDER
CASE NO.: 2:23-CV-01372-JNW

- 4 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

| Event | Current Deadline | New Deadline |
|---|---|---|
| Reply to Any Daubert Motion Directed to Amazon's Expert's Class Certification Reports | June 4, 2026 | July 6, 2026 |
| Class Certification Hearing | TBD | TBD |

Dated: September 23, 2025.

_____
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

Presented by:
FENWICK & WEST LLP

/s/ Deena J. G. Feit
Brian D. Buckley, WSBA No. 26423
Deena J.G. Feit, WSBA No. 59036
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com
dfeit@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Mary Griffin Sims (admitted *pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: jwakefield@fenwick.com

STIPULATED MOTION TO EXTEND
DEADLINES AND PROPOSED ORDER
CASE NO.: 2:23-CV-01372-JNW

- 5 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

STIPULATED MOTION TO EXTEND
DEADLINES AND PROPOSED ORDER
CASE NO.: 2:23-CV-01372-JNW

- 6 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510