THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | Case No.: 2:23-cv-01372-JNW<br><br>**STIPULATED MOTION TO STAY PROCEEDINGS AND [~~PROPOSED~~] ORDER**<br><br>NOTING DATE: October 20, 2025 |

STIPULATED MOTION FOR STAY AND ~~PROPOSED~~ ORDER
CASE NO.: 2:23-CV-01372-JNW

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

Plaintiffs Laura Abbott, Jill Cappel, Michelle Estep, Maria Khangi, Joshua Soto Lopez, Melissa Urbancic, Heriberto Valiente, Katherine Vojtko, Vince Vojtko, and Dianne Walton-Williams ("Plaintiffs") and Defendant Amazon.com, Inc. jointly move the Court to stay proceedings, vacate all case deadlines, and hold the case in abeyance because the parties have reached a settlement in principle. The Parties base their stipulated motion on the following facts:

The Parties have attended arms-length mediation sessions with a third-party neutral and have conducted negotiations with the third-party neutral's assistance;

The Parties have reached a class-wide settlement in principle that they have memorialized in a binding term sheet;

The Parties anticipate executing a final, long-form Settlement Agreement, and Plaintiffs anticipate filing a motion for preliminary approval of the class settlement within the next 45 days.

If a motion for preliminary approval is not filed by December 5, 2025, the Parties will file a report to the Court with the status of the Settlement Agreement and Plaintiffs' motion for preliminary approval.

The Parties believe that staying all proceedings, vacating case deadlines, and holding the case in abeyance will conserve judicial and party resources.

Accordingly, the Parties jointly stipulate and move the Court to stay proceedings, vacate all case deadlines, and hold the case in abeyance.

Dated: October 20, 2025

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

Deena J.G. Feit, WSBA No. 29036
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
bbuckley@fenwick.com
dfeit@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)

STIPULATED MOTION FOR STAY AND PROPOSED ORDER
CASE NO.: 2:23-CV-01372-JNW

- 1 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

|   |   |
|---|---|
| | Mary Griffin Sims (admitted *pro hac vice*)<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br>jwakefield@fenwick.com<br>mgriffin@fenwick.com |
| | Moez M. Kaba (admitted *pro hac vice*)<br>Katharine Ross (admitted *pro hac vice*)<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: 213.788.4340<br>mkaba@hueston.com<br>kross@hueston.com |
| | Brandon C. Marsh (admitted *pro hac vice*)<br>HUESTON HENNIGAN LLP<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, CA 92660<br>Telephone: 949.788.4340<br>bmarsh@hueston.com |
| | *Attorneys for Defendant Amazon.com, Inc.* |
| Dated: October 20, 2025 | QUINN EMANUEL<br>URQUHART & SULLIVAN, LLP<br><br>By: */s/ Nolan Anderson*<br>Alicia Cobb, WSBA #48685<br>Matthew Hosen, WSBA #54855<br>Nolan Anderson, WSBA # 59691<br>1109 First Avenue, Suite 210<br>Seattle, WA 98101<br>Tel.: 206.905.7000<br>Fax: 206.905.7100<br>aliciacobb@quinnemanuel.com<br>matthosen@quinnemanuel.com<br>nolananderson@quinnemanuel.com<br><br>Andrew H. Schapiro (*pro hac vice*)<br>QUINN EMANUEL<br>URQUHART & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: 312.705.7400<br>Fax: 312.705.7401<br>andrewschapiro@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>Justin C Griffin (*pro hac vice*) |

STIPULATED MOTION FOR STAY AND ~~PROPOSED~~ ORDER
CASE NO.: 2:23-CV-01372-JNW

- 2 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

Alyssa G. Olson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S Figueora Street, 10th Floor
Los Angeles, CA 90017
213.443.3000
213.443.3100
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com
alyolson@quinnemanuel.com

Aaron M. Zigler (*pro hac vice*)
Lawrence Ashe (*pro hac vice*)
Nidya S Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312.673.8427
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Interim Class Counsel*

STIPULATED MOTION FOR STAY AND
~~PROPOSED~~ ORDER
CASE NO.: 2:23-CV-01372-JNW

- 3 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

**ORDER**

The parties having stipulated to, and the Court finding good cause for, the following relief, it is now **ORDERED** that proceedings in the case are stayed, all existing deadlines are vacated, and the case is held in abeyance. If Plaintiffs have not filed a motion for preliminary approval by December 5, 2025, the parties must report to the Court the status of the Settlement Agreement and Plaintiffs' motion for preliminary approval.

Dated: October 21, 2025

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION FOR STAY AND ~~PROPOSED~~ ORDER
CASE NO.: 2:23-CV-01372-JNW

- 4 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510