THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | No. 2:23-CV-1372-JNW<br><br>**STATUS REPORT REGARDING SETTLEMENT AND STIPULATED NOTICE TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL** |

STATUS REPORT AND STIPULATED NOTICE TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

On October 20, 2025, the Parties notified the Court that they had reached a settlement in principle and jointly moved the Court to stay proceedings until the Parties could execute a final, long-form Settlement Agreement. Dkt. 157. At that time, the Parties anticipated Plaintiffs would be in a position to file a motion for preliminary approval by December 5, 2025. *Id.* However, the Parties also requested that the Court order that "[i]f a motion for preliminary approval is not filed by December 5, 2025, the Parties will file a report to the Court with the status of the Settlement Agreement and Plaintiffs' motion for preliminary approval." *Id.* The Court granted the Parties' requests on October 21, 2025. Dkt. 158.

Pursuant to the Court's order (Dkt. 158) and Rule 5.5 of this Court's Chambers Procedures, the Parties jointly file this Status Report and Notice to Extend the Deadline to file Plaintiffs' Motion for Preliminary Approval. The Parties have continued to negotiate in good faith regarding the terms of the long-form Settlement Agreement, and have made significant progress on the latter. However, the Parties require additional time to exchange further information and finalize the long-form Settlement Agreement. Plaintiffs therefore need additional time to either move for preliminary approval or inform the Court no settlement has been reached. As authorized by Rule 5.5 of Judge Whitehead's Chambers Procedures, the Parties have therefore agreed to extend the deadline to move or so inform the Court to January 6, 2026.

| Event | Current Deadline | New Deadline |
|---|---|---|
| **Deadline for Plaintiffs to File Motion for Preliminary Approval** | **December 5, 2025** | **January 6, 2026** |

The Parties request that the Clerk of the Court reset the deadline to January 6, 2026.

STATUS REPORT AND STIPULATED NOTICE TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

1

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

Dated: December 4, 2025.

Respectfully submitted,

By: /s/ Nolan Anderson
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
Nolan Anderson, WSBA # 59691
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7075
Fax: 206.905.7100
aliciacobb@quinnemanuel.com
matthosen@quinnemanuel.com
nolananderson@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
Justin C. Griffin (*pro hac vice*)
Alyssa G. Olson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP (LA)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213.443.3621
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com
alyolson@quinnemanuel.com

Aaron M. Zigler (*pro hac vice*)
Lawrence Ashe (*pro hac vice*)
Nidya S Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312.673.8427
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Interim Class Counsel*

STATUS REPORT AND STIPULATED NOTICE TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | By: */s/ Brian D. Buckley* |
| 4 | Brian D. Buckley, WSBA #26423 |
|   | Deena J.G. Feit, WSBA # 59036 |
| 5 | FENWICK & WEST LLP |
|   | 401 Union Street, 5th Floor |
| 6 | Seattle, WA 98101 |
|   | Tel: 206.389.4510 |
| 7 | Fax: 206.389.4511 |
|   | bbuckley@fenwick.com |
| 8 | dfeit@fenwick.com |
| 9 |   |
|   | Jedediah Wakefield (*pro hac vice*) |
| 10 | Mary Griffin Sims (*pro hac vice*) |
|   | FENWICK & WEST LLP |
| 11 | 555 California Street, 12th Floor |
|   | San Francisco, CA 94104 |
| 12 | Tel: 415.875.2300 |
| 13 | Fax: 415.281.1350 |
|   | Email: jwakefield@fenwick.com |
| 14 | mgriffin@fenwick.com |
| 15 |   |
|   | *Attorneys for Defendant Amazon.com, Inc.* |

STATUS REPORT AND STIPULATED NOTICE TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that, on December, 4, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

By:    */s/ Nolan Anderson*
Nolan Anderson, WSBA #59691

STATUS REPORT AND STIPULATED NOTICE TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000