THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | No. 2:23-CV-1372-JNW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND PLAINTIFFS' DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**NOTING DATE: January 5, 2026** |

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

## STIPULATION

Pursuant to Judge Whitehead's Chambers Procedure 5.5 and Local Civil Rule 7(j), the Parties and their respective counsel stipulate as follows:

1. On October 20, 2025, the Parties notified the Court that they had reached a settlement in principle and jointly moved the Court to stay proceedings until the Parties could execute a final, long-form Settlement Agreement. Dkt. 157.

2. The Parties also requested that the Court set a deadline to either file a motion for preliminary approval or a status report on the Settlement Agreement by December 5, 2025. *Id.*

3. The Court granted the Parties' requests on October 21, 2025. Dkt. 158.

4. On December 4, 2025, the Parties submitted a status report informing the Court that they had made significant progress towards completion of a long-form Settlement Agreement but required additional time to exchange further information and finalize the long-form Settlement Agreement. Dkt. 161. Accordingly, the Parties submitted a stipulated notice to extend the Deadline for Plaintiffs to File Motion for Preliminary Approval to January 6, 2026, which became effective upon filing under Chambers Procedure 5.5. Dkt. 161.

5. Chambers Procedure 5.5 permits parties to further extend deadlines by motion upon a showing of good cause.

6. The Parties stipulate and agree that good cause exists to further extend Plaintiffs' January 6, 2026 Deadline to File Motion for Preliminary Approval to January 16, 2026. The Parties have continued to make significant progress towards completion of the long-form Settlement Agreement, which has involved extensive exchange and review of information, as well as additional negotiation of certain terms. Transfer of data associated with the negotiations as well as the winter holidays have caused some delays to the process, and the Parties require further time to finalize their agreement. Accordingly, the Parties require a brief extension to continue

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

1

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

1  negotiating and finalizing the Settlement Agreement. The Parties do not expect that
2  another extension beyond January 16, 2026, will be necessary.
3      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
4  Parties, through their undersigned counsel of record, that good cause exists to extend Plaintiffs'
5  January 6, 2026 Deadline to File Motion for Preliminary Approval to January 16, 2026.

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

| | |
|---|---|
| Dated: January 5, 2026. | Respectfully submitted, |
| | By: /s/ Nolan Anderson |
| | Alicia Cobb, WSBA #48685 |
| | Matthew Hosen, WSBA #54855 |
| | Nolan Anderson, WSBA # 59691 |
| | 1109 First Avenue, Suite 210 |
| | Seattle, WA 98101 |
| | Tel.: 206.905.7075 |
| | Fax: 206.905.7100 |
| | aliciacobb@quinnemanuel.com |
| | matthosen@quinnemanuel.com |
| | nolananderson@quinnemanuel.com |
| | |
| | Andrew H. Schapiro (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 191 N. Wacker Drive, Suite 2700 |
| | Chicago, IL 60606 |
| | Tel: 312.705.7400 |
| | Fax: 312.705.7401 |
| | andrewschapiro@quinnemanuel.com |
| | |
| | Adam Wolfson (*pro hac vice*) |
| | Justin C. Griffin (*pro hac vice*) |
| | Alyssa G. Olson (*pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN LLP (LA) |
| | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| | Tel: 213.443.3621 |
| | adamwolfson@quinnemanuel.com |
| | justingriffin@quinnemanuel.com |
| | alyolson@quinnemanuel.com |
| | |
| | Aaron M. Zigler (*pro hac vice*) |
| | Lawrence Ashe (*pro hac vice*) |
| | Nidya S Gutierrez (*pro hac vice*) |
| | ZIGLER LAW GROUP, LLC |
| | 308 S. Jefferson Street | Suite 333 |
| | Chicago, IL 60661 |
| | Tel: 312.673.8427 |
| | aaron@ziglerlawgroup.com |
| | larry@ziglerlawgroup.com |
| | nidya@ziglerlawgroup.com |
| | |
| | *Interim Class Counsel* |

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW — 3

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

By: <u>*/s/ Brian D. Buckley*</u>
Brian D. Buckley, WSBA #26423
Deena J.G. Feit, WSBA # 59036
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: 206.389.4510
Fax: 206.389.4511
bbuckley@fenwick.com
dfeit@fenwick.com

Jedediah Wakefield (*pro hac vice*)
Mary Griffin Sims (*pro hac vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415.875.2300
Fax: 415.281.1350
Email: jwakefield@fenwick.com
mgriffin@fenwick.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW                           4

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**[PROPOSED] ORDER**

The Court **GRANTS** the Parties' stipulated motion. Plaintiffs' January 6, 2026 Deadline to File Motion for Preliminary Approval is extended to January 16, 2026.

DATED this ___ day of January, 2026.

_____
The Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW         5

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 5, 2026, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

By:    */s/ Nolan Anderson*
Nolan Anderson, WSBA # 59691

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

6

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000