THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | No. 2:23-CV-1372-JNW<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND PLAINTIFFS' DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>**NOTING DATE:  January 16, 2026** |

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

**STIPULATION**

Pursuant to Judge Whitehead's Chambers Procedure 5.5 and Local Civil Rule 7(j), the Parties and their respective counsel stipulate as follows:

1. On October 20, 2025, the Parties notified the Court that they had reached a settlement in principle and jointly moved the Court to stay proceedings until the Parties could execute a final, long-form Settlement Agreement. Dkt. 157.

2. The Parties also requested that the Court set a deadline to either file a motion for preliminary approval or a status report by December 5, 2025. *Id.*

3. On October 21, 2025, the Court granted the Parties' requests. Dkt. 158.

4. On December 4, 2025, the Parties submitted a status report informing the Court that they had made significant progress towards completion of a long-form Settlement Agreement but required additional time to exchange further information and finalize the agreement. Dkt. 161. Accordingly, the Parties submitted a stipulated notice to extend the Deadline for Plaintiffs to File Motion for Preliminary Approval to January 6, 2026, which became effective upon filing under Chambers Procedure 5.5. Dkt. 161.

5. Chambers Procedure 5.5 permits parties to further extend deadlines by motion upon a showing of good cause.

6. On January 6, 2026, the Parties filed a stipulation asking the Court to further extend Plaintiffs' January 6, 2026 Deadline to File Motion for Preliminary Approval to January 16, 2026. The Parties explained that they had continued to make significant progress towards completion of the long-form Settlement Agreement but required further time to finalize their agreement.

7. On January 12, 2026, the Court granted the Parties' request and extended the Deadline to File Motion for Preliminary Approval to January 16, 2026. Dkt. 163.

8. The Parties have continued to negotiate in an earnest and good-faith to attempt to finalize the long-form Settlement Agreement, which has been a complicated and

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW                    1

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

time-consuming process involving substantial negotiations over both the terms and wording of the long-form Settlement Agreement. That process has also included negotiations over the form of the preliminary approval papers, the documents and evidence to be submitted in support of the motion for preliminary approval, and the need to potentially redact or seal documents that contain business information highly sensitive to Amazon. The Parties believe they are very close to a final agreement on sealing and certain issues related to the evidence Plaintiffs will submit with the preliminary approval motion, but were not able to complete those negotiations by January 16, 2026.

9. Accordingly, the Parties respectfully request that the Court extend the Deadline to File Motion for Preliminary Approval to January 23, 2026.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, that good cause exists to extend Plaintiffs' January 16, 2026 Deadline to File Motion for Preliminary Approval to January 23, 2026.

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

Dated:  January 16, 2026.

Respectfully submitted,

By: */s/ Nolan Anderson*
Nolan Anderson, WSBA # 59691
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7075
Fax: 206.905.7100
aliciacobb@quinnemanuel.com
matthosen@quinnemanuel.com
nolananderson@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
Justin C. Griffin (*pro hac vice*)
Alyssa G. Olson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP (LA)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: 213.443.3621
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com
alyolson@quinnemanuel.com

Aaron M. Zigler (*pro hac vice*)
Lawrence Ashe (*pro hac vice*)
Nidya S Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312.673.8427
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Interim Class Counsel*

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA #26423
Deena J.G. Feit, WSBA # 59036
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Tel: 206.389.4510
Fax: 206.389.4511
bbuckley@fenwick.com
dfeit@fenwick.com

Jedediah Wakefield (*pro hac vice*)
Mary Griffin Sims (*pro hac vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415.875.2300
Fax: 415.281.1350
Email: jwakefield@fenwick.com
mgriffin@fenwick.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

## **ORDER**

The Court **GRANTS** the Parties' stipulated motion.  Plaintiffs' January 16, 2026 Deadline to File Motion for Preliminary Approval is extended to January 23, 2026.


DATED this 21 day of January, 2026.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

## CERTIFICATE OF SERVICE

I hereby certify that, on January 16, 2026, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

By: */s/ Nolan Anderson*
Nolan Anderson, WSBA # 59691

STIPULATED MOTION & ORDER TO EXTEND DEADLINE
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000