THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AMAZON RETURN POLICY
LITIGATION

No. 2:23-CV-1372-JNW

**DECLARATION OF JOHN HOLTON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

**REDACTED**

I, John Holton, hereby state as follows:

1.    I certify that the statements set forth in this instrument are true and correct. I am over the age of eighteen, competent to testify in this matter, and make the following statements based on my personal knowledge.

## QUALIFICATIONS

2.    I am a founding principal of Symphony Consulting, Inc. ("Symphony Consulting"), which is a supply chain, manufacturing outsourcing, and IT consulting firm.

3.    I have over thirty years of experience in the sourcing and procurement of components, subassemblies, and systems, as well as defining and architecting various supply chain models for companies. This includes the design, implementation, and monitoring performance of the reverse supply chain (e.g. product returns).

4.    I have been a principal of Symphony Consulting since 2001. Providing consulting services to my clients in sourcing, procurement, fulfillment, and other supply chain management

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

topics, requires a thorough knowledge of the supply chain at every level including sourcing materials, managing the inbound supply of material, planning and execution of the manufacturing process, fulfillment of customer orders, and effectively managing the reverse supply chain.

5.      I am often engaged in directly helping clients design their supply chain which involves developing robust processes with closed-loop metrics to ensure on-going performance. I have helped companies develop, implement, and operationalize, reverse supply chain programs. My work in this area includes a thorough understanding of various aspects of the returns process including: confirming customer issue, confirming entitlement for a return, organizing the returns process including packaging and shipping, confirming receipt of returned goods, evaluation of the returned goods, disposition of the inventory, and appropriate remedy for the customer which may involve a refund.

6.      As part of my work to design supply reverse supply chains, I have had to analyze the long-term cost of returns and devise strategies for how to mitigate costs by determining the routing and handling of returns. This includes the location and method for the initial screening of units to determine the level of intervention required, the appropriate routing of the returns, tracking of information regarding the return and the repair costs, and where feasible the process for returning units to customers or inventory.

7.      I have provided a variety of supply chain training to clients on topics such as advanced metrics, inventory exposure and management, lean supply chains, continuous improvement particularly with respect to supply chain design, contracts including service contracts with performance agreements, outsourcing contracts, and supplier selection and development. Our company's clients range from start-ups to Fortune 100 companies with revenues in the billions of dollars.

8.      In 2010, my consulting firm, Symphony Consulting—with my direct involvement and participation—provided training to nearly 90 Cisco supply chain program managers on a variety of supply chain subjects, including inventory management, forecasting to suppliers (including CMs and component suppliers) and demand management, supply chain architecture, cost modeling, risk mitigation, price negotiations, and contract negotiations.

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW                                    - 2 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

9.      While working for Hewlett Packard (HP), I managed a group of Supply Chain Business Managers in the North American Distribution Operation that worked with various business units in HP's high-volume peripheral and PC business segment. My team's job was to provide advice to the business units and to manage high-profile projects that affected the distribution channel partners and retailers. This work involved a large volume of outbound sales but, as in the nature for the consumer facing businesses, also included significant work to address customer returns.

10.      While working for Trimble Navigation, a growing company that was one of the leaders in the emerging GPS industry, I managed all of the supply chain functions for the company. This included strategic procurement, commodity engineering, receiving and warehouse, order fulfillment, and customer returns. One of the significant initiatives that I managed for Trimble was the outsourcing of internal manufacturing. This required a complete rewrite of most of our supply chain solutions including how we handled returns. To create an effective solution, we had to decide on key elements like the strategy for handling returns with this extended supply chain, the structure of the team, the quantity and skills of the personnel involved, the closed-loop process to create effective controls, and the metrics required to ensure on-going success.

11.      Within my work at Symphony Consulting, I have been involved in numerous projects that include issues concerning product quality and returns. This includes a peripheral manufacturer that sold to high-volume printing and copier OEMs; a consumer electronics product that had the majority of its sales in North America but was manufactured in Asia; a private equity firm that wanted to evaluate a large computer company for potential investment, and wanted assessments on its capabilities including returns and quality controls, and a large automation company that wanted assessments of it outsourced manufacturing processes and business controls.

12.      My education includes a Bachelor of Science in Business Administration with an emphasis on Operations Management (i.e. Supply Chain Management) from the University of Arizona and a Master of Business Administration from University of Arizona, located in Tucson, Arizona.

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW                    - 3 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

13.      Exhibit A to this report contains a complete copy of my current curriculum vitae, which summarizes my qualifications and professional experience, and provides a listing of, to the best of my knowledge, the articles I have published over the past ten years.

14.      Cale Wetzel is a Consultant at Symphony Consulting, Inc. Mr. Wetzel has a BS in Business Administration, Management and Operations from Western Governors University. Mr. Wetzel also has an AAS in Electronics Engineering Technology from Linn-Benton Community College in Albany, Oregon. Mr. Wetzel holds a certificate in Data Analysis from Google, and is working on a certificate in Data Science. He is also a lean six-sigma master black-belt.

15.      Mr. Wetzel has worked in supply chain and reverse supply chain logistics and management since 2010. He has worked at Symphony since 2022. Prior to that, he served as Vice President of Operations at a mid-sized machining and fabrication company. He has also served as Director of Operations at a subsidiary of Danaher Corporation that specialized in oceanographic instrumentation.

16.      Mr. Wetzel has extensive experience in data analysis beginning in 2004. He is proficient using MS Excel, Visual Basic, SQL, R and Python coding languages. Specific examples include instrument calibration routines, machining center scheduling system, supply chain financial analysis systems, and automated ordering quantity analysis.

17.      In 2022 Mr. Wetzel joined Symphony Consulting. In his work with clients, he has created numerous analytical tools to provide insights on complex supply chains.  These projects have included a structured approach to vendor risk analysis, purchasing process failures and remediation, analysis on multiple factors influencing part obsolescence risk, a new approach to assessing inbound supply chain risk focusing on purchased part misalignments, a tool to provide advanced insights on factory capacity and constraints, and detailed analytics on scale pricing and factors affecting purchase quantity decisions.

**BACKGROUND**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

- 7 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000



Decl. of John Holton
Case No. 2:23-CV-1372-JNW

- 8 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW                    - 9 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW                    - 12 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Decl. of John Holton
Case No. 2:23-CV-1372-JNW    - 14 -

Quinn Emanuel Urquhart & Sullivan, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

- 17 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000



QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

- 19 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW                    - 20 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1 ██ ███████████████████████████████████

2 ███████████████████████████████████████

3 ███████████████████████████████████████

4 ███████████████████████████████████████

5 ███████████████████████████████████████

6 ███████████████████████████████████████

7 █████████████████████████████

8 ██ ████████████████████████████████████

9 ███████████████████████████████████████

10 ████████

11 ██ ██████████████████████████████████

12 ██████████████

13 ██ ██████████████████████████████████

14 ████████████████████████████████████

15 ██████████

16 ██ ████████████████████████████████████

17 ████████████████████████████████████

18 ███████████████████████████████████████

19 ██████████████████

20 ██ ████████████████████████████████████

21 ███████████████████████████████████████

22 ██████████

23 ██ ████████████████████████████████████

24 ██████████████████████████████████████

25 ████████████████████████████████

26 ██████████████████████████████████████

27 ████████████████████

28



DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

Decl. of John Holton
Case No. 2:23-cv-1372-JNW

- 24 -

Quinn Emanuel Urquhart & Sullivan, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1
2
3
4
5
6
7
8      Executed this 20th day of January, 2026, at Los Altos, California.

9

10                                                        

11                                           John Holton

12

Decl. of John Holton
Case No. 2:23-CV-1372-JNW          - 25 -

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1

**Exhibit A Curriculum Vitae John Holton**

2

# John Holton

3
Symphony Consulting, Inc
440 N. Wolfe Road
4
Sunnyvale, CA 94085
Cell: (408) 218-0207
5
john@symphonyconsult.com

6

7
## Core Areas of Expertise
8
- Extensive experience in designing a complete supply chain including forecasting, planning, sourcing, warehouse and logistics, order fulfillment, and customer returns.
9
- Contracting and dispute resolution. Deep understanding of contracts and how to craft them for clarity to avoid future conflicts. Broad experience in resolving difficult contractual
10
situations.
11
- Designing harmonized supply chains that provide needed flexibility while minimizing inventory exposure and driving down long-term costs.
12
- Designing sourcing organizations to meet company objectives while developing key processes, metrics, and controls to ensure on-going successes
13
- Understanding the key drivers of inventory and developing organizational solutions that address the issues and reduce inventory
14
- Developing advanced supply chain metrics for the extended supply chain
15
- Understanding the cost drivers in the electronics supply chain and the contract manufacturing - using leverage points to drive down costs
16
- Managing complex sourcing and negotiations projects involving multiple suppliers and complex terms affecting value
17
- Drafting and negotiating supply/procurement agreements
18
- Creating robust procurement strategies to address long-term cost, quality, and contractual risks
19

20

21
## Experience
22

### Symphony Consulting, Sunnyvale CA
23
Co-Founder (2/01 to Present)
Company focuses on outsourcing, inventory, supply chain management, supply chain design, and
24
strategic procurement. My role is to advise clients and create solutions for their needs in these areas. Most of my work has been in the areas of outsourcing, contracts, and inventory solutions.
25
We have developed advance mechanisms for effectively managing outsourced relationships. In contracting, I have extensive experience in issues such as product pricing and cost models,
26
inventory liability, order fulfillment, customer returns and quality systems, manufacturing process control, and design services. When it comes to inventory, I have detailed knowledge on the key
27
drivers for inventory including forecast processes, ordering policies, purchasing systems, demand-pull systems, product strategies, and supply chain flexibility and the use of buffers.
28

**Trimble Navigation, Sunnyvale, CA (1995-2001)**

Director of Strategic Suppliers
Managed a group of Procurement Engineers and Commodity Managers who controlled key commodities and negotiated critical contracts for Trimble.  Their mission was to secure a competitive advantage for Trimble in terms of cost, supply chain flexibility, long-term reliability, and support.  My role was to manage key projects and negotiations and help teach and develop the individuals in the group.  Also played a central role in on-going management of the CEM partner. Helped diagnose and solve processes problems between companies that hampered performance.

Management Lead for project to outsource all of Trimble's manufacturing.  Led the efforts on developing RFP/RFQ, managing supplier responses, final supplier selection, negotiations, and transition management.  Worked with the team to re-create key processes and system tools that were fundamentally changed as a result of outsourcing.  The final deal affected one quarter of Trimble's workforce and the contract was equivalent to almost 40% of Trimble's revenue.  This initiative was one of the most important in Trimble's history.

Director of Materials
Managed a group of approximately 100 people; functional areas included Commodity Management, Procurement Engineering, Planning, Purchasing, Order fulfillment, Shipping and Logistics.  Introduced new concepts in the management of key commodities.  Built the Commodity Management and Procurement Engineering groups for the purpose of influencing R&D and the component selection process.  Significantly reduced the cost structure of Trimble's most important products.  Revamped the order fulfillment systems and processes - adding new capabilities and new discipline.  Developed and implemented new approaches to effectively use inventory in the supply chain – decreasing total inventory and improving responsiveness.

**Hewlett-Packard Company, Palo Alto, CA (1985-1995)**

Worldwide Procurement Manager
Led HP's strategic efforts on the Interconnect commodity.  Annual purchases totaled over $120 million.  The team had the responsibility for setting the direction for new connector solutions from both a technical and a business prospective; for negotiating contract pricing and terms; for developing suppliers and managing supplier relationships.  Results during my tenure include cost reduction far outstripping the market changes, creation and execution of a new strategic direction, measurable improvement in supplier performance, and a successful transition to a direct funding model.

Senior Manager – Supplier Partners
Managed a group of Business Managers who acted as liaisons to key divisions in the Printer and Peripheral Groups.  The Business Managers helped the divisions develop and execute supply chain strategies for the Reseller Channel.  Added key infrastructure to support this multi-billion dollar business as it was transforming to a postponement manufacturing strategy.

Production Manager – Printed Circuits
Managed a group of over 100 people that created PC assemblies for use in high-precision electronic instruments.  Directed various efforts to improve quality and reduce cycle times, including the introduction of Kanban.  Results:  40% reduction in defect rates and customer returns; 50% reduction in cycle times.  Division leader for a consolidation of several PCA shops internal to HP.  Demonstrated strong project management skills and an ability to create innovative process solutions.

Purchasing Manager

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

Managed a group of ten buyers with annual purchases of over $40 million. Led several department-wide process improvement projects and undertook several initiatives to upgrade the buyers' skills

Senior Buyer
Managed various high-value commodities, initiated contracts, led system introductions and other process improvements

## Education

### *University of Arizona, Tucson, AZ (1985) - Masters of Business Administration*

Concentration was on advanced operations management topics including courses from the Department of Industrial Engineering. Graduated with Honors.

University of Arizona, Tucson, AZ (1983) – BS Business Administration – Major: Operations Management
Course work included classes in inventory management, JIT, MRP, capacity planning, factory flow and cycle times, statistical quality control, management practices, and business law. Graduated with Honors.

Foothill College, Los Altos, CA
Took various classes in engineering and electronics to improve technical skills.

### *Professional Development Classes*

Advanced Negotiations Program (Stanford University, Graduate School of Business); Hewlett-Packard Management Training; Hewlett-Packard Strategic Procurement; Building a Market Focused Organization (Lanning, Philips & Associates); Situational Negotiations (Bay Group); Leadership and Teamwork (PAR group); Zero Based Pricing (Anklesaria Group); Interact (HP internal); Teams in Action (Trimble internal)

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

# List of Publications – 10 years

1. Optimizing Volume Price Breaks for Cost and Efficiency

https://www.symphonyconsult.com/wp-content/uploads/2024/11/Symphony-Optimizing-Volume-Price-Breaks-for-Cost-and-Efficiency.pdf

2. Lean in the Electronics Supply Chain: Five Common Mistakes to Avoid

https://www.symphonyconsult.com/wp-content/uploads/2024/01/Symphony-Lean-Five-Common-Mistakes.pdf

3. Leverage: The Great Equalizer in Negotiations (8/15/2014)

https://www.symphonyconsult.com/leverage-the-great-equalizer-in-negotiations/

4. Managing Supplier Power (2/13/2015)

https://www.symphonyconsult.com/managing-supplier-power/

5. Over-Negotiating with Suppliers (12/2/2015)

https://www.symphonyconsult.com/over-negotiating-with-suppliers/

6. Selecting the Right Contract Manufacturer (2/16/2016)

https://www.symphonyconsult.com/selecting-the-right-contract-manufacturer/

7. Can Your Suppliers Scale? (2/4/2018)

https://www.symphonyconsult.com/can-your-suppliers-scale/

8. Are Supply Risks Impacting Your Revenue? (10/22/2018)

https://www.symphonyconsult.com/are-supply-risks-impacting-your-revenue/

9. Can Your Suppliers Survive a Downturn? (1/8/2019)

https://www.symphonyconsult.com/can-your-suppliers-survive-a-downturn/

10. Selecting and Implementing an ERP Solution: Five Key Steps to Getting it Right (3/4/2019)

https://www.symphonyconsult.com/selecting-and-implementing-an-erp-solution-five-key-steps-to-getting-it-right/

11. When Your Non-Critical Suppliers Become Critical (4/21/2020)

https://www.symphonyconsult.com/when-your-non-critical-suppliers-become-critical/

12. Selecting and Implementing an ERP System: Seven Common Mistakes (1/24/2021)

https://www.symphonyconsult.com/wp-content/uploads/2021/05/ERP-Paper.pdf

13. Seven Common Mistakes in IT Procurement (5/12/2021)

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

https://www.symphonyconsult.com/wp-content/uploads/2021/05/Seven-Common-Mistakes-in-IT-and-Procurement.pdf

    14. Volume Price Breaks: Are You on the Wrong End of the Scale? (2/14/2023)

https://www.symphonyconsult.com/volume-price-breaks/

Decl. of John Holton
Case No. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000



DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

Decl. of John Holton
Case No. 2:23-cv-1372-JNW

Quinn Emanuel Urquhart & Sullivan, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000



DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000



DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000



DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000



DECL. OF JOHN HOLTON
CASE NO. 2:23-CV-1372-JNW

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000