THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AMAZON RETURN POLICY LITIGATION

Case No.: 2:23-cv-01372-JNW

**DECLARATION OF ANIL KUMAR KALIGATLA IN SUPPORT OF AMAZON'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL**

I, Anil Kumar Kaligatla, declare as follows:

1. I am the current Director of Worldwide Returns, Customer Experience, at Amazon. I have been in this role since September 2024, and I have been at Amazon since 2006. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto.

2. I have reviewed the Declaration of John Holton in Support of Plaintiffs' Motion for Preliminary Approval and its accompanying exhibits (Dkt. 169) ("Holton Declaration"). Of the Holton Declaration, I understand that Amazon seeks to seal the highlighted portions of the following:

- ECF Pages 5-17
- ECF Page 19
- ECF Pages 22-23
- ECF pages 31, 33-38 (Exhibits B, D, E, F, G, and H)

3. The highlighted portions of these materials contain confidential and commercially sensitive business information. Amazon has a strong business interest in protecting this information from disclosure, and Amazon takes reasonable measures to keep such information confidential.

4. Specifically, the Holton Declaration describes Amazon's tracking, processing, and verification of returned items. Amazon maintains this information as confidential to avoid exploitation and circumvention of its processes. Disclosure of this information could enable bad actors to attempt to obtain refunds for items without returning the correct item, undermining Amazon's ability to combat fraud.

5. The Holton Declaration also describes Amazon's competitively sensitive internal policies, analyses, and procedures for processing returns and refunds. Amazon keeps this information confidential and proprietary to protect its commercial interests and prevent competitive harm. Such information is the product of significant investment, experience, and operational data analysis. Amazon does not share this information outside the company and restricts access to relevant employees on a need-to-know basis. Public disclosure of such information could enable competitors to exploit this information to Amazon's detriment, including by adjusting their own return and refund practices to Amazon's disadvantage.

6. Finally, the Holton Declaration contains highly sensitive figures about Amazon's returns and refunds, including information shared as part of confirmatory discovery. Amazon seeks to redact this data, including figures that could be used to calculate proprietary statistical information, to prevent competitive harm. Amazon invests substantial resources in developing, compiling, and analyzing this data for internal decision-making and strategic purposes, and public disclosure of such information could lead to wrongful exploitation by competitors and competitive harm.

7. **Exhibit A** is a copy of the Holton Declaration containing highlights for only the parts Amazon seeks to maintain under seal.

8. **Exhibit B** is a publicly viewable copy of the Holton Declaration with these portions redacted.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed this 9th day of February, 2026.

Anil Kumar Kaligatla

Anil Kumar Kaligatla



FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510