# Exhibit A

## (Filed Under Seal)