# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| *IN RE: AMAZON RETURN LITIGATION* | Case No. 2:23-cv-01372-JNW<br><br>**DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP RE: STATUS OF ADMINISTRATION** |

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

2. My credentials were provided in my prior declaration outlining the Proposed Notice Plan in this settlement ("Notice Plan Declaration") (ECF No. 171-4).

3. Angeion is not related to or affiliated with the Plaintiffs, Plaintiffs' Counsel, Defendant, or Defendants' Counsel.

4. Angeion has been selected by the Parties to serve as Settlement Administrator pending this Court's approval. The purpose of this declaration is to provide the Court with a summary of the work performed by Angeion thus far.

## NOTICE PURSUANT TO 28 U.S.C. § 1715

5. On February 2, 2026, on behalf of Defendant, Angeion caused notice of this Settlement and related materials to be sent to the Attorneys General of all U.S. states and territories, as well as the Attorney General of the United States ("CAFA Notice"). A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A.**

6. On April 9, 2026, on behalf of Defendant, Angeion caused supplemental information concerning the Settlement to be sent to the Attorneys General of all U.S. states and territories, as well as the Attorney General of the United States ("Supplemental CAFA Notice"). A true and accurate copy of the Supplemental CAFA Notice is attached hereto as **Exhibit B.**

## CLASS DATA

7. On or about February 13, 2026, Defendant provided Angeion with data files containing names, mailing addresses, email addresses, order numbers, product numbers, return details, and item totals. Supplemental data files were provided to Angeion on March 5, 2026, and April 17, 2026. Angeion aggregated the records in the data files and performed an analysis to identify duplicative records, incorporate the email cleansing, and complete address analysis.

**SETTLEMENT WEBSITE**

8. At the direction of the Parties, Angeion acquired and launched the case-specific website dedicated to this Settlement, www.ReturnSettlement.com (the "Settlement Website"). The Settlement Website currently states that details about the Settlement will be made available after preliminary approval is granted.

**EARNED MEDIA**

9. The notice plan and Settlement resulted in a substantial amount of "earned media" coverage (i.e., other media outlets and/or publications reported on the proposed Settlement), including articles published on the websites of MSN, Reuters, Associated Press and other digital media outlets. See, e.g., Aisha Maik, Amazon agrees to pay consumers $309M in returns policy settlement, https://www.msn.com/en-us/money/companies/amazon-agrees-to-pay-consumers-309m-in-returns-policy-settlement/ar-AA1V6TQl?ocid=finance-verthp-feeds (Jan. 27, 2026); Mike Scarcella, Amazon to pay $309 million to U.S. shoppers in settlement over returns, https://www.reuters.com/legal/government/amazon-pay-309-million-us-shoppers-settlement-over-returns-2026-01-26/ (Jan. 26, 2026); Ben Mitchell, Amazon to pay $309M class action settlement: Are you eligible? https://pix11.com/news/local-news/amazon-to-pay-309m-class-action-settlement-are-you-eligible/ (Jan. 28, 2026). A report detailing the Earned Media is attached hereto as **Exhibit C**.

10. As described in the Notice Plan Declaration, Angeion will aggregate data across multiple platforms and systems to quantify the output of print, online, and broadcast coverage of this settlement. At the conclusion of the notice and claims period, Angeion will provide reporting that quantifies and assigns value to garnered press coverage.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2026

_____

STEVEN WEISBROT

2

# EXHIBIT A



**1650 Arch Street • Suite 2210 • Philadelphia PA 19103**
**www.angeiongroup.com**

February 02, 2026

VIA USPS PRIORITY MAIL

United States Attorney General & Appropriate Officials

**Re: Notice of Proposed Class Action Settlement**

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *In re: Amazon Return Policy Litigation*
> **Case No.:** 2:23-cv-01372
> **Jurisdiction:** United States District Court for the Western District of Washington at Seattle
> **Date Settlement Filed with Court:** January 23, 2026

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at [https://cafa.angeiongroup.com/return-policy-litigation/](https://cafa.angeiongroup.com/return-policy-litigation/):

1. **28 U.S.C. § 1715(b)(1)-Complaint:** *The Class Action Complaint* was filed with the Court on September 5, 2023. The *Consolidated Class Action Complaint* was filed with the Court on March 25, 2024. The *First Amended Consolidated Class Action Complaint* was filed with the Court on May 23, 2025.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There are currently no scheduled hearings for this case as of the date of this Notice.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed *Claim Form, Email Notice, Reminder Email Notice, Long Form Notice* and *Press Release* were filed with the Court on January 23, 2026.

Notice of Proposed Class Action Settlement

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The *Settlement Agreement, Plaintiffs' Motion for Preliminary Approval of Settlement and Issuance of Notice, Declaration of John Holton in Support of Plaintiffs' Motion for Preliminary Approval, Declaration of Layn R. Phillips in Support of Plaintiffs' Motion for Preliminary Approval,* and *Declaration of Steven Weisbrot of Angeion Group Re: Proposed Notice Plan* were filed with the Court on January 23, 2026. All documents are also available at https://cafa.angeiongroup.com/return-policy-litigation/.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement, there are no other settlements or agreements made between the parties related to the proposed settlement.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** As of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The products that are the subject of the settlement are sold nationwide through Amazon.  The names and number of class members will depend on class members providing information, including through claim forms, as to whether Amazon allegedly incorrectly did not provide refunds for product returns or incorrectly recharged customers for product returns.  In addition, class members may have moved from one State to another State between the time of their return(s) at issue in the litigation and the present.  Accordingly, it is not feasible to provide the names of individual class members residing in each State and/or the estimated number of class members residing in each State under 28 U.S.C. § 1715 (b)(7) at this time.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion concerning the proposed settlement at this time. The [Proposed] Order on Plaintiffs' Motion for Preliminary Approval is available at https://cafa.angeiongroup.com/return-policy-litigation/.

If you have any questions regarding the details of this notice, please contact Defendant at:

Moez Kaba
Brandon Marsh
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014

Jedediah Wakefield
Deena Feit
Fenwick & West LLP
One Front Street, 33rd Floor
San Francisco, CA 94111

Notice of Proposed Class Action Settlement

Telephone: (213) 788-4340                    Telephone: (415) 875-2300
Email: mkaba@hueston.com                   Email: jwakefield@fenwick.com
Email: bmarsh@hueston.com                  Email: dfeit@fenwick.com

If you need assistance accessing the CAFA website, please contact Angeion Group at:

**Angeion Group**
1650 Arch Street, Suite 2210
Philadelphia PA 19103
www.angeiongroup.com
CAFA@angeiongroup.com

# EXHIBIT B



**1650 Arch Street • Suite 2210 • Philadelphia PA 19103**
**www.angeiongroup.com**

April 9, 2026

VIA USPS PRIORITY MAIL

United States Attorney General & Appropriate Officials


**Re: Notice of Proposed Class Action Settlement**

Dear Counsel or Official:

On February 2, 2026, Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, provided your office with a notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *In re: Amazon Return Policy Litigation*
> **Case No.:** 2:23-cv-01372
> **Jurisdiction:** United States District Court for the Western District of Washington at Seattle
> **Date Settlement Filed with Court:** January 23, 2026

Angeion is sending this supplemental letter on behalf of the defendant to provide additional information about the settlement. As explained in the notice, the names and number of class members will depend on class members providing information, including through claim forms, as to whether Amazon allegedly incorrectly did not provide refunds for product returns, provided incorrect refunds, or incorrectly recharged customers for product returns. Such claim forms will be made available following preliminary approval of the settlement, which has not yet occurred. In addition, settlement class members may have moved from one State to another State between the time of their return(s) at issue in the litigation and the present. Accordingly, it is not feasible to provide the names of individual class members residing in each State and/or the estimated number of class members residing in each State under 28 U.S.C. § 1715(b)(7) at this time.

Amazon has, however, performed an additional analysis related to 28 U.S.C. § 1715(b)(7). Following service of the CAFA notice, Amazon collected and sent Class Data to the settlement administrator in late February 2026. Based on such Class Data, Amazon has assembled estimated information relating to the relative distribution of potential class members on a state-by-state basis pursuant to 28 U.S.C. § 1715(b)(7)(B) (referencing "a

Supplement to Notice of Proposed Class Action Settlement

reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement").

The chart in Appendix A hereto estimates the number of people in each state and additional locations who will receive notice of the settlement. The chart in Appendix B hereto estimates the proportionate share of their transaction values. The estimates in Appendices A and B may change as Amazon continues to verify and update the data, and class members change locations.

If you have any questions regarding the details of this letter, please contact Defendant at:

Moez Kaba                                          Jedediah Wakefield
Brandon Marsh                                      Deena Feit
HUESTON HENNIGAN LLP                               Fenwick & West LLP
523 West 6th Street, Suite 400                     One Front Street, 33rd Floor
Los Angeles, CA 90014                              San Francisco, CA 94111
Telephone: (213) 788-4340                          Telephone: (415) 875-2300
Email: mkaba@hueston.com                           Email: jwakefield@fenwick.com
Email: bmarsh@hueston.com                          Email: dfeit@fenwick.com

If you need assistance accessing the CAFA website, please contact Angeion Group at:

**Angeion Group**
1650 Arch Street, Suite 2210
Philadelphia PA 19103
www.angeiongroup.com
CAFA@angeiongroup.com

Supplement to Notice of Proposed Class Action Settlement

**Appendix A**

| State/Territory/Address | Subclass A | Subclass B[1] | Total[2] |
|---|---|---|---|
| Alabama | 83,159 | 548,817 | 577,156 |
| Alaska | 12,954 | 96,586 | 100,948 |
| American Samoa | 69 | 454 | 511 |
| APO | 1,280 | 9,226 | 9,690 |
| APO AA | 2,297 | 14,104 | 14,833 |
| APO AE | 2,385 | 15,457 | 16,268 |
| APO STA | | 3 | 3 |
| Arizona | 215,794 | 1,274,522 | 1,331,671 |
| Arkansas | 43,746 | 300,987 | 316,845 |
| California | 1,192,480 | 6,503,882 | 6,795,455 |
| Colorado | 224,706 | 973,716 | 1,023,089 |
| Connecticut | 103,802 | 603,980 | 632,532 |
| Delaware | 32,990 | 194,683 | 205,073 |
| District of Columbia | 20,338 | 115,931 | 121,911 |
| DPO | 524 | 3,129 | 3,265 |
| Federated States of Micronesia | 23 | 353 | 363 |
| Florida | 738,735 | 4,161,231 | 4,359,517 |
| FPO | 602 | 4,582 | 4,838 |
| FPO AA | 4,305 | 24,687 | 25,755 |
| FPO AE | 482 | 2,977 | 3,112 |

[1] As specified in the Settlement Agreement, members of Subclass A will receive automatic payments pursuant to the Settlement. Members of Subclass B, however, will receive payments only to the extent that they submit claim forms and supporting evidence sufficient to show that they are more likely than not members of the Settlement Class.

[2] The totals in this column are smaller than the sum of the Subclass A and Subclass B columns because some people are members of both subclasses, and these totals are de-duplicated between Subclass A and B.

Supplement to Notice of Proposed Class Action Settlement

| State/Territory/Address | Subclass A | Subclass B[1] | Total[2] |
|---|---|---|---|
| Georgia | 273,299 | 1,632,583 | 1,709,359 |
| Guam | 1,009 | 8,356 | 8,780 |
| Hawaii | 31,637 | 199,219 | 208,253 |
| Idaho | 40,675 | 245,345 | 257,989 |
| Illinois | 336,976 | 1,891,693 | 1,979,280 |
| Indiana | 133,309 | 867,132 | 908,978 |
| Iowa | 62,966 | 402,960 | 422,869 |
| Kansas | 55,871 | 356,756 | 373,973 |
| Kentucky | 79,322 | 541,800 | 568,065 |
| Louisiana | 82,594 | 531,008 | 557,146 |
| Maine | 25,292 | 182,446 | 191,987 |
| Marshall Islands | 19 | 128 | 137 |
| Maryland | 183,114 | 1,044,389 | 1,094,440 |
| Massachusetts | 191,031 | 1,135,168 | 1,190,931 |
| Michigan | 241,731 | 1,456,502 | 1,523,948 |
| Minnesota | 125,382 | 741,484 | 776,358 |
| Mississippi | 40,200 | 274,985 | 289,607 |
| Missouri | 136,176 | 826,962 | 868,327 |
| Montana | 19,143 | 141,549 | 148,359 |
| Nebraska | 36,467 | 237,979 | 249,519 |
| Nevada | 84,785 | 500,131 | 523,770 |
| New Hampshire | 40,817 | 241,813 | 254,601 |
| New Jersey | 313,471 | 1,676,205 | 1,750,560 |
| New Mexico | 30,916 | 209,866 | 220,942 |
| New York | 564,593 | 3,100,845 | 3,244,870 |

4

Supplement to Notice of Proposed Class Action Settlement

| State/Territory/Address | Subclass A | Subclass B[1] | Total[2] |
| --- | --- | --- | --- |
| North Carolina | 256,601 | 1,575,334 | 1,650,620 |
| North Dakota | 11,178 | 80,836 | 84,717 |
| Northern Mariana Islands | 119 | 1,219 | 1,269 |
| Ohio | 247,054 | 1,582,195 | 1,656,727 |
| Oklahoma | 72,230 | 462,004 | 486,817 |
| Oregon | 111,673 | 690,105 | 724,810 |
| Palau | 21 | 281 | 295 |
| Pennsylvania | 296,750 | 1,818,457 | 1,909,074 |
| Puerto Rico | 17,173 | 119,965 | 127,281 |
| Rhode Island | 22,411 | 141,336 | 148,022 |
| South Carolina | 118,482 | 746,286 | 782,057 |
| South Dakota | 15,124 | 103,609 | 108,925 |
| Tennessee | 150,716 | 952,864 | 998,409 |
| Texas | 705,481 | 4,218,613 | 4,416,889 |
| Utah | 95,950 | 524,875 | 549,953 |
| Vermont | 17,041 | 115,298 | 121,151 |
| Virgin Islands | 1,513 | 8,403 | 8,895 |
| Virginia | 229,676 | 1,349,810 | 1,416,354 |
| Washington | 233,448 | 1,319,470 | 1,384,945 |
| West Virginia | 24,047 | 177,713 | 186,757 |
| Wisconsin | 127,811 | 810,670 | 848,255 |
| Wyoming | 9,797 | 64,372 | 68,042 |
| International zip code as the default/latest address | 52,546 | 304,659 | 331,943 |
| Invalid zip code | 72,320 | 426,956 | 462,065 |

Supplement to Notice of Proposed Class Action Settlement

**Appendix B**

| State/Territory/Address | Subclass A | Subclass B | Overall |
|---|---|---|---|
| Alabama | 0.87% | 0.92% | 0.92% |
| Alaska | 0.15% | 0.18% | 0.18% |
| American Samoa | 0.00% | 0.00% | 0.00% |
| APO | 0.01% | 0.01% | 0.01% |
| APO AA | 0.03% | 0.02% | 0.02% |
| APO AE | 0.03% | 0.02% | 0.02% |
| APO STA | 0.00% | 0.00% | 0.00% |
| Arizona | 2.51% | 2.64% | 2.62% |
| Arkansas | 0.47% | 0.50% | 0.49% |
| California | 15.95% | 14.99% | 15.11% |
| Colorado | 2.29% | 1.90% | 1.94% |
| Connecticut | 1.13% | 1.16% | 1.16% |
| Delaware | 0.57% | 0.41% | 0.43% |
| District of Columbia | 0.28% | 0.24% | 0.24% |
| DPO | 0.01% | 0.01% | 0.01% |
| Federated States of Micronesia | 0.00% | 0.00% | 0.00% |
| Florida | 9.03% | 8.85% | 8.88% |
| FPO | 0.01% | 0.01% | 0.01% |
| FPO AA | 0.05% | 0.05% | 0.05% |
| FPO AE | 0.01% | 0.00% | 0.00% |
| Georgia | 3.08% | 3.17% | 3.16% |
| Guam | 0.01% | 0.01% | 0.01% |
| Hawaii | 0.40% | 0.41% | 0.41% |
| Idaho | 0.46% | 0.45% | 0.45% |

6

Supplement to Notice of Proposed Class Action Settlement

| State/Territory/Address | Subclass A | Subclass B | Overall |
|---|---|---|---|
| Illinois | 3.57% | 3.80% | 3.77% |
| Indiana | 1.32% | 1.48% | 1.46% |
| Iowa | 0.63% | 0.69% | 0.68% |
| Kansas | 0.55% | 0.62% | 0.62% |
| Kentucky | 0.79% | 0.89% | 0.88% |
| Louisiana | 0.86% | 0.92% | 0.91% |
| Maine | 0.26% | 0.27% | 0.27% |
| Marshall Islands | 0.00% | 0.00% | 0.00% |
| Maryland | 1.98% | 2.00% | 1.99% |
| Massachusetts | 2.10% | 2.05% | 2.06% |
| Michigan | 2.45% | 2.75% | 2.72% |
| Minnesota | 1.30% | 1.30% | 1.30% |
| Mississippi | 0.41% | 0.43% | 0.43% |
| Missouri | 1.32% | 1.42% | 1.41% |
| Montana | 0.21% | 0.23% | 0.23% |
| Nebraska | 0.36% | 0.41% | 0.40% |
| Nevada | 1.07% | 1.03% | 1.04% |
| New Hampshire | 0.49% | 0.42% | 0.43% |
| New Jersey | 3.79% | 3.72% | 3.73% |
| New Mexico | 0.34% | 0.34% | 0.34% |
| New York | 6.89% | 6.78% | 6.80% |
| North Carolina | 2.63% | 2.83% | 2.81% |
| North Dakota | 0.12% | 0.13% | 0.13% |
| Northern Mariana Islands | 0.00% | 0.00% | 0.00% |
| Ohio | 2.43% | 2.76% | 2.72% |

Supplement to Notice of Proposed Class Action Settlement

| State/Territory/Address | Subclass A | Subclass B | Overall |
|---|---|---|---|
| Oklahoma | 0.76% | 0.78% | 0.78% |
| Oregon | 1.31% | 1.25% | 1.25% |
| Palau | 0.00% | 0.00% | 0.00% |
| Pennsylvania | 2.96% | 3.12% | 3.10% |
| Puerto Rico | 0.21% | 0.20% | 0.20% |
| Rhode Island | 0.22% | 0.24% | 0.24% |
| South Carolina | 1.22% | 1.35% | 1.33% |
| South Dakota | 0.15% | 0.17% | 0.17% |
| Tennessee | 1.66% | 1.76% | 1.75% |
| Texas | 8.18% | 8.34% | 8.32% |
| Utah | 1.17% | 1.13% | 1.13% |
| Vermont | 0.17% | 0.19% | 0.19% |
| Virgin Islands | 0.02% | 0.01% | 0.01% |
| Virginia | 2.43% | 2.47% | 2.46% |
| Washington | 3.04% | 2.70% | 2.74% |
| West Virginia | 0.24% | 0.26% | 0.26% |
| Wisconsin | 1.25% | 1.43% | 1.40% |
| Wyoming | 0.12% | 0.11% | 0.11% |
| International zip code as the default/latest address | 0.78% | 0.53% | 0.56% |
| Invalid zip code | 0.90% | 0.69% | 0.72% |

# EXHIBIT C



Earned Media Measurement Report

What are the key results for the timeframe?

| Mentions | Total Potential News Reach | Sentiment |
| --- | --- | --- |
| Jan 23 - Feb 26 | Jan 23 - Feb 26 | Jan 23 - Feb 26 |
| **258** ↑ 337% Previous Period 59 | **927M** ↑ 4473% Previous Period 20.3M | **36** ↑ 136% Previous Period -100 |

How does the earned media break down?



**Mentions Trend**
Jan 23 - Feb 26

● Amazon Return Policy Litigation



**Mentions Trend by Source Type**
Jan 23 - Feb 26

● News    ● X    ● Bluesky    ● Reddit    ● Blogs
● Forums    ● Broadcast    ● LinkedIn

What are the top publishers?



**Top Publications by Mentions**
Jan 23 - Feb 26

| Publication | Mentions |
| --- | --- |
| Defense World | 9 |
| NewsBreak | 9 |
| Yahoo! Finance | 3 |
| American Banking & Market News | 3 |
| MSN.com | 3 |
| The Markets Daily | 3 |
| The Cerbat Gem | 3 |
| Transcript Daily | 3 |
| TS2 Space | 3 |
| MSNBCTV NEWS | 3 |



**Top Publications by Editorial Reach**
Jan 23 - Feb 26

| Publication | Editorial Reach |
| --- | --- |
| MSN.com | 289M |
| NewsBreak | 151M |
| Yahoo! Finance | 132M |
| Substack | 109M |
| Medium | 45.2M |
| Reuters | 35.4M |
| AOL | 24.8M |
| The U.S. Sun | 23.8M |
| Tom's Guide | 16.7M |
| TheStreet | 14.3M |

What are the top entities and keywords?



**Top Entities**
Jan 23 - Feb 26

| Entity | Count |
| --- | --- |
| Amazon | 310 |
| Reuters | 84 |
| Amazon Web Services | 56 |
| Amazon Prime | 48 |
| TechCrunch | 40 |
| Federal Trade Commission | 34 |
| Getty Images | 33 |
| Whole Foods Market | 33 |
| Andy Jassy | 32 |
| Bank of America | 27 |



**Top Keywords**
Jan 23 - Feb 26

important aws · investors to accept · ai infrastructure · ai-related investment plans · policy settlement · average price · stock shares · consumers · returns · cash · capex · refunds · items · expenditure · settlement plan · lawsuit · customers · claims · e-commerce giant · investors · class action lawsuit · aws demand · ai debate · ai and cloud · amzn conversation · amplifying investor anxiety · price-control practices · positive sentiment



**Top Organizations and Share of Voice**
Jan 23 - Feb 26

| Organization | Mentions |
| --- | --- |
| Amazon | |
| Reuters | |
| Amazon Web Services | |
| Amazon Prime | |
| Federal Trade Commission | |
| Getty Images | |
| Whole Foods Market | |
| TechCrunch | |
| Bank of America | |
| Amazon Advertising | |

● **Amazon Return Policy Litigation**

What is the potential reach?



**Potential News Reach**

Jan 23 - Feb 26

How favorable is the content?



**Sentiment Share of Voice**
Jan 23 - Feb 26

- ● Positive    46.5%
- ● Negative    22.1%
- ● Neutral    31.4%
- ○ Not rated    0%



**Sentiment by Source Type**
Jan 23 - Feb 26

● Positive    ● Neutral    ○ Not rated    ● Negative

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED June 4, 2026.

/s/ Nolan Anderson
Nolan Anderson, WSBA #59691

ZIGLER DECLARATION
CASE NO. 2:23-CV-1372-JNW

-3-

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WA 98101
TEL: (206) 905-7000