FENWICK & WEST LLP
ATTORNEYS AT LAW

THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AMAZON RETURN POLICY
LITIGATION

Case No.: 2:23-cv-01372-JNW

**DEFENDANT AMAZON.COM, INC.'S OPPOSITION TO ERIN WEILER'S MOTION TO INTERVENE AND DENY MOTION FOR PRELIMINARY APPROVAL**

Note on Motion Calendar: June 10, 2026

**ORAL ARGUMENT REQUESTED**

Defendant Amazon.com, Inc. opposes Erin Weiler's Motion to Intervene and Deny Motion for Preliminary Approval of Settlement (Dkt. 183).

Weiler, an absent class member, does not present any good reason why she should be permitted to intervene and assume the status of a named party.  Weiler also fails to meet Federal Rule of Civil Procedure 24's criteria for either intervention as of right or permissive intervention.  She does not qualify for intervention as of right, most notably because her intervention is untimely and she fails to show that her interests are "not … adequately represented by existing parties." *Arakaki v. Cayetano*, 324 F.3d 1078, 1083 (9th Cir. 2003); *see* Fed. R. Civ. P. 24(a)(2).  The Court should also deny permissive intervention both because her motion is untimely and because intervention would create undue delay and prejudice the parties to the extensively negotiated Settlement in this action.  Plaintiffs' Opposition to Weiler's intervention motion sets forth such Rule 24 issues well and in greater detail, and Amazon joins in Plaintiffs' arguments there. *See* Dkt. 187 at 2-5.

Amazon also joins in Plaintiffs' arguments that the Court should not entertain at this time Weiler's premature (and incorrect) objections to the Settlement. Here, as in every class action, any objections that absent class members such as Weiler have to the *Returns* settlement should be addressed through the objection process under Federal Rule of Civil Procedure 23, as provided for in the Settlement Agreement.

Plaintiffs go further to address the merits of Weiler's objections. Such issues are premature at this stage. For now, Plaintiffs' Opposition correctly points out many of the erroneous assertions in Weiler's objections. Amazon does not adopt every characterization of its business in Plaintiffs' Opposition, nor does Amazon take any position on attorneys' fees at this time. In any event, Weiler's objections can be addressed at the appropriate time, that is, at the final approval hearing.

Amazon respectfully requests that the Court deny Weiler's motion in its entirety.

Dated:    June 4, 2026

Respectfully submitted,

FENWICK & WEST LLP

By:    */s/ Deena J.G. Feit*
Deena J.G. Feit, WSBA No. 59036
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:  206.389.4510
Facsimile:  206.389.4511
Email:        dfeit@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Mary Griffin Sims (admitted *pro hac vice*)
One Front Street, 33rd Floor
San Francisco, CA  94111
Telephone:  415.875.2300
Facsimile:  415.281.1350
Email:        jwakefield@fenwick.com
              mgriffin@fenwick.com

Moez M. Kaba (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Email:        mkaba@hueston.com

AMAZON OPP. TO MOT. TO INTERVENE          - 2 -
CASE NO.: 2:23-CV-01372-JNW

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON  98101
206-389-4510

FENWICK & WEST LLP
ATTORNEYS AT LAW

Brandon C. Marsh (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone:  (949) 788-4340
Email:        bmarsh@hueston.com

Katharine Ross (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
1 Little West 12th Street, 2nd Floor
New York, NY 10014
Telephone:  (646) 930-4046
Email:        kross@hueston.com

*Attorneys for Defendant Amazon.com, Inc.*

FENWICK & WEST LLP
ATTORNEYS AT LAW

AMAZON OPP. TO MOT. TO INTERVENE            - 3 -
CASE NO.: 2:23-CV-01372-JNW

**LCR 7(e) WORD-COUNT CERTIFICATION**

As required by Western District of Washington Local Civil Rule 7(e), I certify that this brief contains 326 words.

Dated: June 4, 2026

/s/ Deena J.G. Feit
Deena J.G. Feit, WSBA No. 59036

AMAZON OPP. TO MOT. TO INTERVENE          - 4 -
CASE NO.: 2:23-CV-01372-JNW

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510