October 15, 2026

| Court | Settlement Administrator |
|---|---|
| United States District Court<br>Western District of Washington, Seattle<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 | Amazon Return Policy Litigation<br>Attn: Objections<br>P.O. Box 10<br>East Brunswick, NJ 08816-9998 |

Robert Kohl
Notice ID: AMZB105367710
Confirmation Code: LMNyj39U4Kq4

FILED LODGED RECEIVED MAIL
OCT 23 2026
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Case No. 2:23-cv-01372-JNW (W.D. Wash.);

I object to this litigation. In my experience Amazon is THE most consumer-friendly company on the planet, INCLUDING their generous and extensive return policy. Amazon's customer service people are the best anywhere! They have always gone out of their way to ensure I am happy with my purchase, and if not, have promptly refunded my money, sometimes even insisting I keep the product in question.

**The real scam here is the litigation itself, and the court appointed Attorneys fleecing the pockets of corporations, and ultimately contributing to higher costs for consumers.** If you don't think the settlement cost will be reflected in future Amazon pricing you are economically illiterate! The attorneys are the only two parties in this settlement that will reap any meaningful money.

Furthermore, just to submit this claim I have to read and understand 702 words of improperly formatted/punctuated legalese, and hope I meet all of their requirements. They do not provide a clear and cost-efficient way for me to place my objection, instead forcing me to send this letter to TWO separate entities, at my expense. Ironic, the law firms are less consumer friendly than the company they are fleecing.

I ask the court to dismiss the settlement. If that is not possible, I ask the court to pay the class members the claimed amounts, but pay the court appointed law firms the minimal amount allowed. The appointed law firms should eat all costs associated with settlement and **be required to refund me the $1.44 in postage I incurred because of their consumer unfriendly policy.**

Robert Kohl
7664 Peshtigo River Road
Argonne, WI 54511
2623707308
Seektruth17@yahoo.com

Robert Kohl 10/16/26

(11 unread) - seektruth17@yah... Contact Us - Amazon Retu... New Tab

www.returnsettlement.com

Dell Browsers Email Finance Google Government Health Hunting Music Shop Sports Vanderbilt Vehicles Weather Travel (10) Facebook DLM Plastics LTL Shipping Q

Amazon Return Policy Litigation Settlement Administrator
P.O. Box 10
East Brunswick, NJ 08816-9998

## Phone

1-888-553-4246

Contact Administrator

Questions for the Settlement Administrator?

serve the objection on the Settlement Administrator:

| Court | Settlement Administrator |
|---|---|
| United States District Court | Amazon Return Policy Litigation |
| Western District of Washington, Seattle | Attn: Objections |
| 700 Stewart Street, Suite 2310 | P.O. Box 10 |
| Seattle, WA 98101 | East Brunswick, NJ 08816-9998 |

To state a valid objection to the Settlement Agreement, an objecting Settlement Class Member must provide the following information in the written objection under penalty of perjury:

the case name and number, In re: Amazon Return Policy Litigation, No. 2:23-cv-01372-JNW (W.D. Wash.);

the Settlement Class Member's full name, current address, current telephone number; and each email address associated with the objector's Amazon account and purchase at issue;

the basis for their good faith belief that they are a Settlement Class Member;

a statement of all objection(s), including all factual and legal grounds for the position, including a statement as to whether the objection(s) apply only to the objector, to a specific subset of the Settlement Class, or to the entire Settlement Class;

copies of any documents, exhibits, or other materials the objector wishes to submit in support;

the name, address, telephone number, and email address of any lawyer(s) representing the objecting Settlement Class Member in making the objection or who may be entitled to compensation in connection with the objection, as well as a statement as to whether the lawyer(s) intends to submit a request for fees, and all factual and legal support for that request;

a statement of whether the Settlement Class Member objecting intends to appear at the Final Approval Hearing, either with or without counsel;

the identity of all counsel (if any) who will appear on behalf of the Settlement Class Member objecting at the Final Approval Hearing and all persons (if any) who will be called to testify in support of the objection;

the identity of any witnesses the objector may call to testify; and

Bob Kohl
7664 Peshtigo River Road
Argonne, WI 54511

MILWAUKEE WI 530
17 OCT 2026PM 3 L

$0.78 0
US POSTAGE IMI
FIRST-CLASS
063S0008091254
FROM 34120

Western District of Washington, Seattle
700 Stewart Street Suite 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED
MAIL

OCT 23 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

98101-444285