**EXHIBIT 18**

Gmail

**Yeremey Krivoshey <yeremey@skclassactions.com>**

---

# Weiler v. Amazon.com Inc. (W.D. Washington)

39 messages

---

**Deena Feit** <DFeit@fenwick.com> Fri, Feb 20, 2026 at 3:39 PM
To: "todd@wdlawgroup.com" <todd@wdlawgroup.com>, "joel@skclassactions.com" <joel@skclassactions.com>, "yeremey@skclassactions.com" <yeremey@skclassactions.com>
Cc: Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Counsel,

I hope this finds you well. We represent Amazon in the *Weiler* case, and we wanted to find a time to discuss the case next week. Please let us know if there are times that would work for you Wednesday afternoon or Thursday.

Thanks, and we look forward to speaking.

Deena

Deena Feit

Fenwick | Counsel | +1 206-913-4335 | DFeit@fenwick.com

---

CONFIDENTIALITY NOTICE: This email and its attachments contain information that may be confidential and/or privileged. If you are not the intended recipient you may not copy, disclose or use the contents of this email. If you believe that you have received this email in error, notify the sender or contact Fenwick & West LLP at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Fri, Feb 20, 2026 at 3:55 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Todd Wyatt <todd@wdlawgroup.com>, Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Deena,

I'm in a mediation Wednesday, but free any time Thursday. How about noon Pacific on Thursday?

**Yeremey Krivoshey**
**Smith Krivoshey, PC**
28 Geary Street, Suite 650 # 1507, San Francisco, CA 94108
D: (415) 839-7077 | M: (502) 807-9474
yeremey@skclassactions.com | www.skclassactions.com
[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Fri, Feb 20, 2026 at 4:23 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Todd Wyatt <todd@wdlawgroup.com>, Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Thanks, Yeremey. We can’t make noon PT, but would Thursday at 9:30 am, 10:30 am, or 1 pm PT work for you?

**From:** Yeremey Krivoshey <yeremey@skclassactions.com>
**Sent:** Friday, February 20, 2026 12:55 PM
**To:** Deena Feit <DFeit@fenwick.com>
**Cc:** Todd Wyatt <todd@wdlawgroup.com>; Joel Smith <joel@skclassactions.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Brandon Marsh <bmarsh@hueston.com>
**Subject:** Re: Weiler v. Amazon.com Inc. (W.D. Washington)

**** EXTERNAL EMAIL ****

[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Fri, Feb 20, 2026 at 4:31 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Todd Wyatt <todd@wdlawgroup.com>, Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Let's do 1 PST. I can send an invite.

**Yeremey Krivoshey**
**Smith Krivoshey, PC**
28 Geary Street, Suite 650 # 1507, San Francisco, CA 94108
D: (415) 839-7077 | M: (502) 807-9474
yeremey@skclassactions.com | www.skclassactions.com
[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Fri, Feb 20, 2026 at 7:17 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Todd Wyatt <todd@wdlawgroup.com>, Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Thanks, Yeremey. We will plan to speak with you then. Have a good weekend.

[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Fri, Feb 27, 2026 at 1:45 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Todd Wyatt <todd@wdlawgroup.com>, Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Joel and Yeremey,

Thank you for the call yesterday and for the for the 14-day extension of the date for our response to the complaint.

We wanted to follow up about a time next week to continue the conversation. Please let us know if any of these times work for you:

- Wednesday (03/04): 10-11:30 am, 3-4 pm PT
- Thursday (03/05): 2:30-3:30 pm PT

Deena

[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Fri, Feb 27, 2026 at 2:11 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Todd Wyatt <todd@wdlawgroup.com>, Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Deena, we are free 10-11:30 pacific on Wednesday. Could you send a meeting invite this time? Hopefully we'll have a smoother call.

[Quoted text hidden]

--

[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Fri, Feb 27, 2026 at 3:31 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Todd Wyatt <todd@wdlawgroup.com>, Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Yeremey – I just circulated an invitation. I hope that everyone has a good weekend.

[Quoted text hidden]
[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Fri, Feb 27, 2026 at 4:03 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Todd Wyatt <todd@wdlawgroup.com>, Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Thank you. You as well.

**Yeremey Krivoshey**
**Smith Krivoshey, PC**
28 Geary Street, Suite 650 # 1507, San Francisco, CA 94108
D: (415) 839-7077 | M: (502) 807-9474
yeremey@skclassactions.com | www.skclassactions.com

[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Mon, Mar 9, 2026 at 4:06 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Deena and Brandon,

Could you please clarify whether, according to Amazon, Erin Weiler is a part of Subclass A or Subclass B in the settlement? The subclasses don't have clear definitions in the agreement and we are having trouble figuring out which one Amazon believes Plaintiff Weiler falls under. Thank you.

[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Wed, Mar 11, 2026 at 10:35 AM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Following up here.

[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Wed, Mar 11, 2026 at 4:41 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Yeremey,

The transactions identified in the complaint for which Erin Weiler received a partial refund fall under Subclass B.  Erin Weiler can submit a claim for the amount not refunded.

Thank you for the extension on Amazon's response to the complaint until March 30, and please let us know if you would like to discuss anything before then.

[Quoted text hidden]
[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Wed, Mar 11, 2026 at 5:27 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Thank you Deena.

We're having a hard time understanding how she is part of Subclass B, especially given that it is undefined in the agreement (so is Subclass A). The preliminary approval motion does not help much either.

The preliminary approval motion says "The Settlement divides affected Amazon customers into two groups: Settlement Subclass A and Settlement Subclass B. Settlement Subclass A contains customers who experienced failed refunds or retrocharges due to computer and payment processing errors and those where Amazon's records reflect that the return did not complete Amazon's review process, for example, because said return was potentially lost in transit. Settlement Subclass B contains all other customers who experienced failed refunds or retrocharges. These transactions include the mishandling and missorting situations where Amazon made errors in grading that resulted in a customer receiving less than they would have otherwise received but the records available to Amazon do not establish that it is more likely than not Amazon incorrectly processed the return."

So if she's B, is it Amazon's position that Erin Weiler was charged a fee due to a "mishandling and missorting situation" where Amazon "made errors in grading...but the records available to Amazon do not establish that it is more likely than not Amazon incorrectly processed the return"? That has nothing to do with why she was charged the fee. Amazon's records surely "establish" that she correctly returned the items on time, in original unsealed packaging. There is no legitimate dispute that she was improperly charged restocking fees.

It may make more sense to discuss on another call.
[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Thu, Mar 12, 2026 at 4:11 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Yeremey,

We do not agree with your selective quotation of Plaintiffs' preliminary approval motion or your characterization of facts regarding the product returns that Weiler has alleged.  As we explained, Weiler is a member of the Subclass B category "Partial refunds – amount not refunded."  ECF No. 174-2 at 32, 36.  Accordingly, she will receive notice of the proposed settlement following the Court's issuance of an order preliminarily approving the settlement, and have the ability to submit a claim form to recover from the Settlement Fund.

In light of the above, we reiterate our request that Weiler either voluntarily dismiss her complaint or agree to a stay pending the *Amazon Returns* settlement proceedings.

[Quoted text hidden]
[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Thu, Mar 12, 2026 at 4:55 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Deena,

The declaration you're citing is heavily redacted, and much of it was filed under seal. Neither paragraph 32 or 36, the paragraphs you cited, contain the quote "Partial refunds - amount not refunded," so I am not sure where you are looking.

We are happy to sign the same protective order you guys entered into in the *Abbott* case. With the protective order in place, would you be willing to share all the preliminary approval papers (and the associated declarations) with us that were filed under seal? We would also like to see the data file containing Subclass B transactions.

Paragraph 65 of the declaration you're citing says that for Subclass B, "Amazon's records show the reason for the refund denial or retrocharge (for example, incorrect item or quantity)." Can you tell us the stated reason for Plaintiff Weiler? And the stated reason for Plaintiff Abbott (assuming she is Subclass B)? If Abbott is not Subclass B, let us know which of the other plaintiffs is and their stated reason.

On paragraph 81, I see that Subclass B data was only provided through September 25. I assume that a supplement to this data was then made. Just to be clear, we would like to see both data sets.

[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Fri, Mar 13, 2026 at 10:08 AM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Deena,

Let me know if you have a few minutes later today or Monday to chat.
[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Fri, Mar 13, 2026 at 8:20 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Yeremey,

We were citing *pages* from Dkt. No. 174-2, not *paragraph* numbers.

Page 32 of 39:

**Subclass B**

| | Subcategory |
|---|---|
| B1 | Ineligible Refunds |
| B2 | Partial refunds - amount not refunded |
| B3 | Retrocharges |

Page 36 of 39:

Exhibit E Subclass B Benefit Calculation (page 2)

**Subclass B Estimate of Benefit**

Categories

| Ineligible refunds | Partial refunds, amount not refunded | Retrocharges |
|---|---|---|

You don't need access to confidential, redacted information to know that the settlement in the *Return Policy* case covers partial refunds.

[Quoted text hidden]
[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Fri, Mar 13, 2026 at 8:37 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Well we'll be seeking it from the court if you refuse to provide it. At a minimum, documents submitted with preliminary approval should be public, so we're puzzled for the justification for not producing it even subject to a protective order. You pointing to an exhibit that just says "partial refunds" buried in a mostly sealed declaration just goes to show how absurd this situation is. This may be the first class settlement ever with an undefined subclass.

Again, if you'd like to discuss these issues and potential paths forward, let me know and we can discuss. Otherwise everything will be done through the court, and soon.

**Yeremey Krivoshey**
**Smith Krivoshey, PC**
28 Geary Street, Suite 650 # 1507, San Francisco, CA 94108
D: (415) 839-7077 | M: (502) 807-9474
yeremey@skclassactions.com | www.skclassactions.com

[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Mon, Mar 16, 2026 at 7:37 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Yeremey,

If Ms. Weiler would like further confirmation that she is in the class, please let us know, and we can work to provide you with her particular class data. The other information under seal is highly sensitive, as explained in Dkt. 173 (Amazon's Response to the Motion to Seal), and also irrelevant to whether Ms. Weiler is a member of the settlement class. Please let us know if you would like to discuss further.

[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Mon, Mar 16, 2026 at 7:49 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Yes let me know when you're free to discuss.

Given that Amazon insists she's in the settlement, we're trying to vet the settlement as a whole. It's unreasonable to withhold basic settlement information from class members and expect the deal to go through, but that's something else we should discuss.

You also have not identified which of the putative class representatives actually represents her interests. There's apparently three types of transactions in subclass b, but it's not clear if any of the class reps are members of class b, or any of its subcategories.

**Yeremey Krivoshey**
**Smith Krivoshey, PC**
28 Geary Street, Suite 650 # 1507, San Francisco, CA 94108
D: (415) 839-7077 | M: (502) 807-9474
yeremey@skclassactions.com | www.skclassactions.com
[Quoted text hidden]

---

**2 attachments**




**image001.png**
16K




**image002.png**
18K

---

**Deena Feit** <DFeit@fenwick.com> Thu, Mar 19, 2026 at 5:42 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Yeremey,

We disagree with your characterizations. Please let us know if Monday at 2 or 2:30 pm works for you to meet.

[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Thu, Mar 19, 2026 at 5:58 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

We can do 2 Pacific/5 Eastern on Monday.

Yeremey Krivoshey
**Smith Krivoshey, PC**
28 Geary Street, Suite 650 # 1507, San Francisco, CA 94108
D: (415) 839-7077 | M: (502) 807-9474
yeremey@skclassactions.com | www.skclassactions.com

[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Fri, Mar 20, 2026 at 12:51 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

In advance of the call, could you please send us a native copy of Plaintiff Weiler's data as it appears in the class data file referenced in the motion to stay? So all rows and columns. Thanks.
[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Mon, Mar 23, 2026 at 8:18 AM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Following up here. Can we get Ms. Weiler's data?

Yeremey Krivoshey
**Smith Krivoshey, PC**
28 Geary Street, Suite 650 # 1507, San Francisco, CA 94108
D: (415) 839-7077 | M: (502) 807-9474
yeremey@skclassactions.com | www.skclassactions.com
[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Mon, Mar 23, 2026 at 12:42 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Yeremey,

We are working on this and can discuss on our call the appropriate way to share this data.
[Quoted text hidden]

[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Fri, Mar 27, 2026 at 7:29 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Yeremey and Joel,

Do you have availability for a call on Tuesday morning? If so, please let us know if 9:30, 10, or 11 am PT works for you.

[Quoted text hidden]
[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Fri, Mar 27, 2026 at 7:31 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

We're in a mediation starting at 8 Pacific on Tuesday. But we're fairly free on Monday if you'd like to propose times.

**Yeremey Krivoshey**
**Smith Krivoshey, PC**
28 Geary Street, Suite 650 # 1507, San Francisco, CA 94108
D: (415) 839-7077 | M: (502) 807-9474
yeremey@skclassactions.com | www.skclassactions.com
[Quoted text hidden]

---

**2 attachments**



**image001.png**
16K



**image002.png**
18K

---

**Deena Feit** <DFeit@fenwick.com> Fri, Mar 27, 2026 at 9:01 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Yeremey – does Monday at 2 pm PT work for you?

[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Fri, Mar 27, 2026 at 9:17 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Yes that works.

**Yeremey Krivoshey**
**Smith Krivoshey, PC**
28 Geary Street, Suite 650 # 1507, San Francisco, CA 94108
D: (415) 839-7077 | M: (502) 807-9474
yeremey@skclassactions.com | www.skclassactions.com
[Quoted text hidden]

---

**2 attachments**



**image001.png**
16K



**image002.png**
18K

---

**Deena Feit** <DFeit@fenwick.com> Mon, Mar 30, 2026 at 4:53 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Hi Yeremey and Joel – apologies, we need to postpone today's call. We'll follow up with proposed times.

[Quoted text hidden]

---

**Yeremey Krivoshey** <yeremey@skclassactions.com> Mon, Mar 30, 2026 at 5:19 PM
To: Deena Feit <DFeit@fenwick.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

OK, I am fairly free on Wednesday.
[Quoted text hidden]

---

**Deena Feit** <DFeit@fenwick.com> Mon, Mar 30, 2026 at 6:57 PM
To: Yeremey Krivoshey <yeremey@skclassactions.com>
Cc: Joel Smith <joel@skclassactions.com>, Jedediah Wakefield <JWakefield@fenwick.com>, Brandon Marsh <bmarsh@hueston.com>

Thanks, Yeremey. Would Wednesday at 11 am PT work for you? We can also speak today at 4:30 pm if you are available.

Below is data showing that the particular transactions at issue in Ms. Weiler's complaint are encompassed in the *Return Policy Litigation* settlement class data. Note that the deduction of $7.20 referred to in Paragraph 18 of the Complaint is reflected in two rows (for $3.60 each) for two items tied to a single order number.

| subclass_type | order_id | asin | item_total |
|---|---|---|---|
| Subclass B2 | 111-1301692-0736244 | B0D7FR2TM7 | 3.6 |
| Subclass B2 | 111-1301692-0736244 | B0D7FR2TM7 | 3.6 |
| Subclass B2 | 111-0887472-9341058 | B0DCH5B2HF | 2.7 |

---

**From:** Yeremey Krivoshey <yeremey@skclassactions.com>
**Sent:** Monday, March 30, 2026 2:20 PM
**To:** Deena Feit <DFeit@fenwick.com>
**Cc:** Joel Smith <joel@skclassactions.com>; Jedediah Wakefield <JWakefield@Fenwick.com>; Brandon Marsh <bmarsh@hueston.com>
**Subject:** Re: Weiler v. Amazon.com Inc. (W.D. Washington)