**EXHIBIT 24**

En español

Exit Submission

# Submit a Claim

In re: Amazon Return Policy Litigation

## I. NAME AND CONTACT INFORMATION

Please provide your name and contact information. It is your responsibility to notify the Settlement Administrator if your contact information changes after you submit your Claim Form.

First Name

Erin

Last Name

Weiler

Business Name

Country *

United States

Street Address *

City *

State

ZIP Code

Phone Number *

(555) 123-4567

Email Address *

Confirm Email Address *

☐ I do not want to receive email communications about this case. I only want to receive communications by mail.

## II. DETAILS ABOUT YOUR AMAZON RETURNS

### Returns You May Contest

The chart below includes details about your Amazon returns based on Amazon's records. This information cannot be edited. If you disagree with a rejected return shown below, check the "Claim" box and provide the required information displayed in the chart.

To receive a payment, you will need to provide, for each transaction, information allowing the Settlement Administrator to determine that it is more likely than not that Amazon incorrectly denied your refund, incorrectly issued only a partial refund, or incorrectly charged you.

Download CSV

| CLAIM | ORDER # | ITEM NAME | DATE REFUND REQUESTED | REFUND AMOUNT REQUESTED | REFUND REJECT REASON |
|---|---|---|---|---|---|
| ☐ | 113-0631813-3466636 | Dial Antibacterial Defense Liquid Hand Soap + Aloe, Spring Water Scent, 11 Fl Oz (Pack of 4), Dermatologist-Tested Hand Wash, Gentle Formula | 01/16/2025 | $10.27 | Retrocharge — missing item in a multi-quantity return |
| ☐ | 113-8567450-1481064 | HP Papers \| 8.5 x 11 Paper \| All In One 22 lb \| 1 Mega Ream - 750 Sheets \| 96 Bright \| Made in USA - FSC Certified \| 207750R | 08/08/2025 | $10.51 | Retrocharge — missing item in a multi-quantity return |
| ☐ | 114-9577593-6161829 | Ring Video Doorbell - 1080p HD video, improved motion detection, easy installation (2020 release) – Satin Nickel | 01/05/2023 | $109.49 | Not in order history |
| ☐ | 114-6063377- | Echo Show 5 (2nd Gen) Adjustable Stand \| | 03/13/2023 | $15.32 | Not in order history |

## III. PAYMENT SELECTION

Please select **one** of the following payment options:

### Payment Options

mastercard

Most widely accepted virtual prepaid card

Use with Apple Pay, Google Pay, Samsung Pay

GET A PREPAID MASTERCARD

amazon.com gift card

Use for your Amazon purchases

GET AN AMAZON CREDIT

PayPal

No bank account required

USE PAYPAL

venmo

No bank account required

DIRECT DEPOSIT via ACH

Direct to your bank account

Zelle

Direct to your bank account

## IV. CERTIFICATION

I swear and affirm under penalty of perjury that I am a Settlement Class Member, and the information provided in this Claim Form, and any supporting documentation provided is true and correct to the best of my knowledge. I understand that my claim(s) is/are subject to

verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim(s) is/are considered complete and valid.

Signature *

Signature Date *

MM/DD/YYYY

Reset Form

Submit Claim

# In re: Amazon Return Policy Litigation

CASE NO. 2:23-CV-01372-JNW

United States District Court for the Western District of Washington

Submit Claim

Copyright 2026 - **Privacy Policy**

Provided by

**Mailing Address**

Amazon Return Policy Litigation Settlement Administrator

1650 Arch Street, Suite 2210

Philadelphia, PA 19103