**Hazen Witemeyer**
6797 Meade Cir.
Westminster, CO 80030
Phone: (650) 315-6406
Email: hazen.witemeyer@gmail.com / bmghazen@yahoo.com
Notice ID: AMZB113124681

FILED
LODGED
RECEIVED
MAIL

NOV 05 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

**DATE:** November 2, 2026
**VIA FIRST CLASS MAIL**

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br><br>IN RE: AMAZON RETURN POLICY LITIGATION | **CASE NO. 2:23-cv-01372-JNW**<br><br>**FORMAL CLASS MEMBER OBJECTION TO SETTLEMENT TERMS** |

**TO THE HONORABLE COURT, CLERK OF COURT, AND ALL COUNSEL OF RECORD:**

I am submitting this formal written objection to the proposed Class Action Settlement in *In re: Amazon Return Policy Litigation*, Case No. 2:23-cv-01372-JNW. I submit this objection on my own behalf as an affected consumer.

## I. STATEMENT OF CLASS MEMBERSHIP

I have received official court-authorized notice (Notice ID: AMZB113124681) designating me as a member of Settlement Subclass B. Amazon's official account records reflect multiple contested return transactions under my account, including a rejected return from March 2, 2020 (Order #111-2848425-7350640) and October 28, 2023 (Order #114-2235246-7917017).

## II. GROUNDS FOR OBJECTION

I object to the approval of the settlement terms governing Settlement Subclass B on the following grounds:

- **Unreasonable Evidentiary Burden for Everyday Consumers:** The settlement requires Subclass B members to produce physical carrier drop-off receipts, tracking scan confirmations, or drop-off emails for minor consumer transactions occurring as far back as 2020 and 2023. Expecting individual consumers to retain paper shipping receipts or tracking logs for three to six years for low-value items ($8.99 and $18.90) is completely disconnected from real-world consumer behavior.

- **Systemic Exclusion of Valid Claims:**By placing the burden of proof on consumers to disprove Amazon's internal records with years-old documentation, the settlement effectively creates an insurmountable barrier to recovery. This design ensures that the vast majority of legitimately harmed Subclass B members will be unable to claim their funds, rendering the settlement's benefit illusory for this subclass.
- **Impossibility for Corporate and Business Purchases**Many transactions flagged in this litigation were paid for using business or corporate credit cards. Obtaining historical internal banking records, line-item credit ledgers, or carrier receipts across multi-year spans for corporat account purchases is practically impossible for employees or former cardholders.

## III. STATEMENT REGARDING HEARING APPEARANCE

I do not intend to appear in person or through legal counsel at the Final Approval Hearing schedule for March 16, 2027. I request that the Court evaluate and consider this written objection on its meri based upon this filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am a member of the class in this action.

**Hazen Witemeyer**
Date: November 2, 2026

[illegible] Cir
Westminster CO 80030

DENVER CO 802
2 NOV 2026 PM 7 L




FILED
LODGED
RECEIVED
MAIL

NOV 05 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Clerk of the Court
United States District Court for the
Western District of Washington
700 Steward St., Suite 2310
Seattle WA 98101
(Re: case no 2:23-cv-01372-JNW)

FILED
LODGED
RECEIVED
MAIL

NOV 05 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

98101-444285