George O'Connor
2360 Hidden Hill Lane
Lincoln, CA 95648

FILED LODGED RECEIVED MAIL
NOV 10 2026
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

November 6, 2026

United States District Court
Western District of Washington, Seattle
700 Stewart Street, Suite 2310
Seattle, WA 98101

Amazon Return Policy Litigation
Attn: Objections
P.O. Box 10
East Brunswick, NJ 08816-9998

Subject: Object and Exclude— Amazon Return Policy Litigation, No. 2:23-cv-01372-JNW (W.D. Wash.)

Dear USDC,

I object to this settlement. I happened to learn of this settlement on 6 November 2026 by scanning my SPAM mailbox, which has thousands of unsolicited emails. Notifications that automatically go to SPAM are an unreliable method for notifying possible claimants. The late notification date and poor method of contacting me are the primary reasons for objecting at this time.

Furthermore, as a result of my objection to the manner in which notifications to some possible claimants have been notified, I wish to exclude myself from these proceedings and reserve all rights therein resulting.

Respectfully,

George O'Connor

George O'Connor

George O'Connor
2360 Hidden Hills Ln.
Lincoln, CA 95648

SACRAMENTO CA 957
6 NOV 2026 PM 6 L




United States District Court
Western District of Washington, Seattle
700 Stewart Street Suite 2310
Seattle, WA 98101

98101-444285