THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | Case No.: 2:23-cv-01372-JNW<br><br>**STIPULATED MOTION TO HOLD MOTION FOR ATTORNEYS' FEES AND EXPENSES IN ABEYANCE**<br><br>NOTING DATE: November 16, 2026 |



FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

Plaintiffs Laura Abbott, Jill Cappel, Michelle Estep, Maria Khangi, Joshua Soto Lopez, Melissa Urbancic, Heriberto Valiente, Katherine Vojtko, Vince Vojtko, and Dianne Walton-Williams ("Plaintiffs") and Defendant Amazon.com, Inc. jointly move the Court to hold the deadline for Plaintiffs' motion for attorneys' fees and expenses, currently due on November 17, 2026, in abeyance. Amazon is validating an updated dataset for the Settlement Administrator and requires more time to complete that to ensure that all eligible Settlement Class Members receive notice. The Parties will submit a proposed schedule for this and will jointly move to extend other class certification-related deadlines, including the fee-objection deadline, in an upcoming filing, to be submitted promptly.

Dated: November 16, 2026

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Deena J.G. Feit*
Deena J.G. Feit, WSBA No. 59036

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 650.938.5200
dfeit@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Mary Griffin Sims (admitted *pro hac vice*)
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 650.938.5200
jwakefield@fenwick.com
mgriffin@fenwick.com

Moez M. Kaba (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: 213.788.4340
mkaba@hueston.com

Brandon C. Marsh (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660

Telephone: 949.788.4340
bmarsh@hueston.com

Katharine Ross (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
1 Little West, 12 Street, 2nd Floor
New York, NY 10014
Telephone: 646.216.8466
kross@hueston.com

*Attorneys for Defendant Amazon.com, Inc.*

Dated: November 16, 2026

QUINN EMANUEL
URQUHART & SULLIVAN, LLP

By: */s/ Nolan Anderson*
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
Nolan Anderson, WSBA # 59691
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7000
Fax: 206.905.7100
aliciacobb@quinnemanuel.com
matthosen@quinnemanuel.com
nolananderson@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
Justin C Griffin (*pro hac vice*)
Alyssa G. Olson (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S Figueora Street, 10th Floor
Los Angeles, CA 90017
213.443.3000
213.443.3100
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com
alyolson@quinnemanuel.com

Aaron M. Zigler (*pro hac vice*)
Blair Zigler (*pro hac vice*)
Lawrence Ashe (*pro hac vice*)

Nidya S Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312.673.8427
blair@ziglerlawgroup.com
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Interim Class Counsel*

## LCR 7 WORD-COUNT CERTIFICATION

I certify that this memorandum contains 110 words, in compliance with the Local Civil Rules.

Dated: November 16, 2026

FENWICK & WEST LLP

By: /s/ *Deena J.G. Feit*
Deena J.G. Feit, WSBA No. 59036

# [PROPOSED] ORDER

The parties having stipulated to, and the Court finding good cause for, the following relief, it is now **ORDERED** that the deadline for Plaintiffs' motion for attorneys' fees and costs is held in abeyance.

Dated this ____ day of ______________, 2026

_______________________________
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

Presented by:
FENWICK & WEST LLP

*/s/ Deena J.G. Feit*
Deena J.G. Feit, WSBA No. 59036
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 650.938.5200
Email: dfeit@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Mary Griffin Sims (admitted *pro hac vice*)
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 650.938.5200
Email: jwakefield@fenwick.com
mgriffin@fenwick.com

Moez M. Kaba (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: 213.788.4340
mkaba@hueston.com

Brandon C. Marsh (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: 949.788.4340
bmarsh@hueston.com

Katharine Ross (admitted *pro hac vice*)
HUESTON HENNIGAN LLP

1 Little W 12th Street, 2nd Fl
New York, NY 10014
Telephone: 614.216.8466
kross@hueston.com