THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AMAZON RETURN POLICY LITIGATION

No. 2:23-CV-1372-JNW

**[PROPOSED] ORDER GRANTING THE MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**



QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

The Court, having considered Plaintiffs' Motion to Seal, HEREBY ORDERS as follows:

1. Plaintiffs' Motion is GRANTED.
2. Class Counsel are awarded $100,000,000 in attorneys' fees.
3. Class Counsel are awarded $510,779.57 in reimbursement of expenses.
4. Each of the following Class Representatives is awarded a service award of $7,500, to be deducted from the attorneys' fees awarded in Paragraph 2: Laura Abbott, Jill Cappel, Michelle Estep, Maria Khangi, Joshua Soto Lopez, Melissa Urbancic, Heriberto Valiente, Katherine Vojtko, Vince Vojtko, and Dianne Walton-Williams.
5. The attorneys' fees, expense reimbursement, and service awards shall be paid in accordance with Section 7.6 of the Settlement Agreement.

DATED this ___ day of __________ 2026.

_________________________
The Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE


QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
TEL: (206) 905-7000

Dated: November 17, 2026

Respectfully submitted,

By: <u>*s/ Nolan K. Anderson*</u>

Alicia Cobb, WSBA #48685
Nolan K. Anderson, WSBA #59691
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7075
Fax: 206.905.7100
aliciacobb@quinnemanuel.com
nolananderson@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)
Justin C. Griffin (*pro hac vice*)
Alyssa G. Olson (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
Tel: 213.443.3621
Fax: 213.443.3100
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com
alyolson@quinnemanuel.com

By: *s/ Aaron M. Zigler*
Aaron M. Zigler (*pro hac vice*)
Blair Zigler (*pro hac vice*)
Lawrence Ashe (*pro hac vice*)
Nidya S. Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312.673.8427
aaron@ziglerlawgroup.com
blair@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Class Counsel*