# EXHIBIT A

**CURRENT (2026) HOURLY RATE**

| Attorney/Paralegal | Work Year | Title | J.D. Year | Office | Rate | Total Hours Billed | Total Lodestar / Year |
|---|---|---|---|---|---|---|---|
| Adam B. Wolfson | 2023 | Partner | 2005 | Los Angeles | [redacted] | 3.70 | [redacted] |
| Adam B. Wolfson | 2024 | Partner | 2005 | Los Angeles | [redacted] | 12.70 | [redacted] |
| Adam B. Wolfson | 2025 | Partner | 2005 | Los Angeles | [redacted] | 115.50 | [redacted] |
| Adam B. Wolfson | 2026 | Partner | 2006 | Los Angeles | [redacted] | 52.40 | [redacted] |
| Linda Yanez | 2025 | Lit Support | N/A | Los Angeles | [redacted] | 0.30 | [redacted] |
| Raul Vasquez | 2025 | Lit Support | N/A | Los Angeles | [redacted] | 5.30 | [redacted] |
| Alyssa G. Olson | 2025 | Of Counsel | 2015 | Los Angeles | [redacted] | 586.20 | [redacted] |
| Alyssa G. Olson | 2026 | Of Counsel | 2015 | Los Angeles | [redacted] | 1.40 | [redacted] |
| Joshua Courtney | 2024 | Associate | 2020 | Los Angeles | [redacted] | 52.50 | [redacted] |
| Joshua Courtney | 2025 | Associate | 2020 | Los Angeles | [redacted] | 3.50 | [redacted] |
| Ricardo Reyes | 2025 | Managing Clerk | N/A | Los Angeles | [redacted] | 6.80 | [redacted] |
| Ricardo Reyes | 2026 | Managing Clerk | N/A | Los Angeles | [redacted] | 1.00 | [redacted] |
| Kawasi Weston | 2026 | Managing Clerk | N/A | Los Angeles | [redacted] | 2.00 | [redacted] |
| Jaston Archie | 2026 | Managing Clerk | N/A | Los Angeles | [redacted] | 0.70 | [redacted] |
| Andrew H. Schapiro | 2023 | Partner | 1990 | Chicago | [redacted] | 87.30 | [redacted] |
| Andrew H. Schapiro | 2024 | Partner | 1990 | Chicago | [redacted] | 141.30 | [redacted] |
| Andrew H. Schapiro | 2025 | Partner | 1990 | Chicago | [redacted] | 339.20 | [redacted] |
| Andrew H. Schapiro | 2026 | Partner | 1990 | Chicago | [redacted] | 110.90 | [redacted] |
| Michelle Redondo | 2025 | Associate | 2022 | Chicago | [redacted] | 64.60 | [redacted] |
| Briaunna Buckner | 2024 | Associate | 2021 | Los Angeles | [redacted] | 37.10 | [redacted] |
| Briaunna Buckner | 2025 | Associate | 2021 | Los Angeles | [redacted] | 438.00 | [redacted] |
| So Jung Kim | 2025 | Associate | 2023 | Chicago | [redacted] | 70.60 | [redacted] |

| Attorney/Paralegal | Work Year | Title | J.D. Year | Office | Rate | Total Hours Billed | Total Lodestar / Year |
|---|---|---|---|---|---|---|---|
| Sahar Segal | 2025 | Associate | 2020 | Chicago | [redacted] | 6.60 | [redacted] |
| Lara Ergun | 2026 | Paralegal Asst | N/A | Chicago | | 5.00 | |
| Nolan Anderson | 2023 | Associate | 2021 | Seattle | | 111.40 | |
| Nolan Anderson | 2024 | Associate | 2021 | Seattle | | 254.80 | |
| Matthew Woods | 2025 | Managing Clerk | N/A | New York | | 6.20 | |
| Julius Crockwell | 2025 | Managing Clerk | N/A | New York | | 0.40 | |
| Nicole Mason | 2026 | Managing Clerk | N/A | Miami | | 1.50 | |
| Matthew Hosen | 2023 | Associate | 2013 | Seattle | | 28.20 | |
| Matthew Hosen | 2024 | Of Counsel | 2013 | Seattle | | 2.80 | |
| Matthew Hosen | 2025 | Of Counsel | 2013 | Seattle | | 9.20 | |
| Matthew Hosen | 2026 | Of Counsel | 2013 | Seattle | | 14.00 | |
| Alicia Cobb | 2023 | Partner | 2008 | Seattle | | 23.10 | |
| Alicia Cobb | 2024 | Partner | 2008 | Seattle | | 78.00 | |
| Alicia Cobb | 2025 | Partner | 2008 | Seattle | | 136.30 | |
| Alicia Cobb | 2026 | Of Counsel | 2008 | Seattle | | 20.40 | |
| Brenda Hunter | 2025 | Lit Support | N/A | Seattle | | 0.90 | |
| Alexandria Madjeric | 2024 | Associate | 2020 | Seattle | | 74.50 | |
| Alexandria Madjeric | 2025 | Associate | 2020 | Seattle | | 68.20 | |
| Nolan Anderson | 2024 | Associate | 2021 | Seattle | | 81.70 | |
| Nolan Anderson | 2025 | Associate | 2021 | Seattle | | 717.10 | |
| Nolan Anderson | 2026 | Associate | 2021 | Seattle | | 149.70 | |
| Apurva Ingolikar | 2025 | Lit Support | N/A | | | 0.50 | |
| | | | | | | | $7,594,654.50 |

## HISTORICAL HOURLY RATE

| Attorney/Paralegal | Work Year | Title | J.D. Year | Office | Historical Hourly Rate | Total Hours Billed | Total Lodestar / Year |
|---|---|---|---|---|---|---|---|
| Adam Wolfson | 2023 | Partner | 2005 | Los Angeles | [redacted] | 3.7 | [redacted] |
| Adam Wolfson | 2024 | Partner | 2005 | Los Angeles | [redacted] | 12.7 | [redacted] |
| Adam Wolfson | 2025 | Partner | 2005 | Los Angeles | [redacted] | 115.5 | [redacted] |
| Adam Wolfson | 2026 | Partner | 2006 | Los Angeles | [redacted] | 52.4 | [redacted] |
| Linda Yanez | 2025 | Lit Support | 2025 | Los Angeles | [redacted] | .30 | [redacted] |
| Raul Vasquez | 2025 | Lit Support | N/A | Los Angeles | [redacted] | 5.0 | [redacted] |
| Alyssa G. Olson | 2025 | Of Counsel | 2015 | Los Angeles | [redacted] | 587.6 | [redacted] |
| Joshua Courtney | 2024 | Associate | 2020 | Los Angeles | [redacted] | 52.5 | [redacted] |
| Joshua Courtney | 2024 | Associate | 2020 | Los Angeles | [redacted] | 3.5 | [redacted] |
| Ricardo Reyes | 2025 | Managing Clerk | N/A | Los Angeles | [redacted] | 6.8 | [redacted] |
| Ricardo Reyes | 2025 | Managing Clerk | N/A | Los Angeles | [redacted] | 1.0 | [redacted] |
| Kawasi Weston | 2026 | Managing Clerk | N/A | Los Angeles | [redacted] | 2.00 | [redacted] |
| Jaston Archie | 2026 | Managing Clerk | N/A | Los Angeles | [redacted] | 0.70 | [redacted] |
| Andrew H. Schapiro | 2023 | Partner | 1990 | Chicago | [redacted] | 87.3 | [redacted] |
| Andrew H. Schapiro | 2024 | Partner | 1990 | Chicago | [redacted] | 141.3 | [redacted] |
| Andrew H. Schapiro | 2025 | Partner | 1990 | Chicago | [redacted] | 339.2 | [redacted] |
| Andrew H. Schapiro | 2026 | Partner | 1990 | Chicago | [redacted] | 110.9 | [redacted] |
| Michelle Redondo | 2025 | Associate | 2022 | Chicago | [redacted] | 64.6 | [redacted] |
| Briaunna Buckner | 2024 | Associate | 2021 | Los Angeles | [redacted] | 37.1 | [redacted] |
| Briaunna Buckner | 2025 | Associate | 2021 | Los Angeles | [redacted] | 438.00 | [redacted] |
| So Jung Kim | 2025 | Associate | 2023 | Chicago | [redacted] | 70.6 | [redacted] |
| Sahar Segal | 2025 | Associate | 2020 | Chicago | [redacted] | 6.6 | [redacted] |
| Lara Ergun | 2026 | Paralegal Assistant | NA | Chicago | [redacted] | 5 | [redacted] |
| Nolan Anderson | 2023 | Associate | 2021 | Seattle | [redacted] | 111 | [redacted] |
| Nolan Anderson | 2024 | Associate | 2021 | Seattle | [redacted] | 337 | [redacted] |
| Nolan Anderson | 2025 | Associate | 2021 | Seattle | [redacted] | 717 | [redacted] |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Nolan Anderson | 2026 | Associate | 2021 | Seattle | [redacted] | 150 | [redacted] |
| Matthew Woods | 2025 | Managing Clerk | N/A | New York | [redacted] | 6.20 | [redacted] |
| Julius Crockwell | 2025 | Managing Clerk | N/A | New York | [redacted] | .40 | [redacted] |
| Nicole Mason | 2026 | Managing Clerk | N/A | Miami | [redacted] | 1.50 | [redacted] |
| Matthew Hosen | 2023 | Associate | 2013 | Seattle | [redacted] | 28.20 | [redacted] |
| Matthew Hosen | 2024 | Of Counsel | 2013 | Seattle | [redacted] | 2.8 | [redacted] |
| Matthew Hosen | 2025 | Of Counsel | 2013 | Seattle | [redacted] | 9.2 | [redacted] |
| Matthew Hosen | 2026 | Of Counsel | 2013 | Seattle | [redacted] | 14 | [redacted] |
| Alicia Cobb | 2023 | Partner | 2008 | Seattle | [redacted] | 23.10 | [redacted] |
| Alicia Cobb | 2024 | Partner | 2008 | Seattle | [redacted] | 78.00 | [redacted] |
| Alicia Cobb | 2025 | Partner | 2008 | Seattle | [redacted] | 136 | [redacted] |
| Alicia Cobb | 2026 | Partner | 2008 | Seattle | [redacted] | 20.40 | [redacted] |
| Brenda Hunter | 2025 | Litigation Support | N/A | Seattle | [redacted] | .90 | [redacted] |
| Alexandria Madjeric | 2024 | Associate | 2020 | Seattle | [redacted] | 74.50 | [redacted] |
| Alexandria Madjeric | 2025 | Associate | 2020 | Seattle | [redacted] | 68.20 | [redacted] |
| Apurva Ingolikar | 2025 | Litigation Support | N/A | | [redacted] | .50 | [redacted] |
| | | | | | | | **$6,694,775.50** |