# EXHIBIT B

**CURRENT (2026) HOURLY RATE — ZIGLER LAW GROUP, LLC**

| Attorney/Paralegal | Work Year | Title | Bar Year | Office | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Aaron Zigler | 2023 | Partner | 2001 | Chicago | 1,000.00 | 181.00 | 181,000.00 |
| Aaron Zigler | 2024 | Partner | 2001 | Chicago | 1,000.00 | 287.00 | 287,000.00 |
| Aaron Zigler | 2025 | Partner | 2001 | Chicago | 1,000.00 | 719.40 | 719,400.00 |
| Aaron Zigler | 2026 | Partner | 2001 | Chicago | 1,000.00 | 170.10 | 170,100.00 |
| Lawrence Ashe | 2024 | Partner | 1992 | Miami | 1,150.00 | 465.30 | 535,095.00 |
| Lawrence Ashe | 2025 | Partner | 1992 | Miami | 1,150.00 | 1,404.10 | 1,614,715.00 |
| Lawrence Ashe | 2026 | Partner | 1992 | Miami | 1,150.00 | 48.60 | 55,890.00 |
| Mary Jane Fait | 2023 | Partner | 1980 | Kansas City | 1,150.00 | 75.60 | 86,940.00 |
| Mary Jane Fait | 2024 | Partner | 1980 | Kansas City | 1,150.00 | 172.60 | 198,490.00 |
| Robin Horton Silverman | 2023 | Partner | 2006 | Miami | 850.00 | 97.70 | 83,045.00 |
| Robin Horton Silverman | 2024 | Partner | 2006 | Miami | 850.00 | 70.00 | 59,500.00 |
| Kevin McCormack | 2024 | Partner | 2010 | Memphis | 775.00 | 67.60 | 52,390.00 |
| Kevin McCormack | 2025 | Partner | 2010 | Memphis | 775.00 | 228.90 | 177,397.50 |
| Kevin McCormack | 2026 | Partner | 2010 | Memphis | 775.00 | 14.40 | 11,160.00 |
| Nidya Gutierrez | 2023 | Associate | 2020 | Los Angeles | 550.00 | 61.80 | 33,990.00 |
| Nidya Gutierrez | 2024 | Associate | 2020 | Los Angeles | 550.00 | 259.10 | 142,505.00 |
| Nidya Gutierrez | 2025 | Associate | 2020 | Los Angeles | 550.00 | 320.10 | 176,055.00 |
| Nidya Gutierrez | 2026 | Associate | 2020 | Los Angeles | 550.00 | 17.40 | 9,570.00 |
| George Taub | 2025 | Student Associate | NA | Chicago | 350.00 | 102.50 | 35,875.00 |
| Blake Kamoroff | 2026 | Attorney | 2012 | Atlanta | 675.00 | 0.40 | 270.00 |
| Tyler Yagman | 2024 | Attorney | 2023 | Miami | 475.00 | 0.80 | 380.00 |
| George Taub | 2026 | Student Associate | NA | Chicago | 350.00 | 5.00 | 1,750.00 |

| Attorney/Paralegal | Work Year | Title | Bar Year | Office | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Blair Zigler | 2023 | Chief Executive Officer (non-attorney) | NA | Chicago | 400.00 | 197.90 | 79,160.00 |
| Blair Zigler | 2024 | Chief Executive Officer (non-attorney) | NA | Chicago | 400.00 | 157.30 | 62,920.00 |
| Blair Zigler | 2025 | Chief Executive Officer (non-attorney) | NA | Chicago | 400.00 | 460.20 | 184,080.00 |
| Blair Zigler | 2026 | Managing Partner (non-attorney) | NA | Chicago | 400.00 | 44.70 | 17,880.00 |
| Candice Aguirre | 2023 | Paralegal | NA | Chicago | 275.00 | 72.70 | 19,992.50 |
| Candice Aguirre | 2024 | Paralegal | NA | Chicago | 275.00 | 284.50 | 78,237.50 |
| Candice Aguirre | 2025 | Paralegal | NA | Chicago | 275.00 | 443.60 | 121,990.00 |
| Candice Aguirre | 2026 | Paralegal | NA | Chicago | 275.00 | 50.60 | 13,915.00 |
| Sara Formichelli | 2024 | Paralegal | NA | New York | 275.00 | 2.90 | 797.50 |
| Sara Formichelli | 2025 | Paralegal | NA | New York | 275.00 | 169.20 | 46,530.00 |
| Sara Formichelli | 2026 | Paralegal | NA | New York | 275.00 | 32.10 | 8,827.50 |
| Jerry Smith | 2023 | Intake Specialist | NA | Chicago | 250.00 | 3.60 | 900.00 |
| **Total** | | | | | | **6,688.70** | **$5,267,747.50** |

**HISTORICAL HOURLY RATE — ZIGLER LAW GROUP, LLC**

| Attorney/Paralegal | Work Year | Title | Bar Year | Office | Historical Hourly Rate | Total Hours Billed | Total Lodestar / Year |
|---|---|---|---|---|---|---|---|
| Aaron Zigler | 2023 | Partner | 2001 | Chicago | 950.00 | 181.0 | $171,950.00 |
| Aaron Zigler | 2024 | Partner | 2001 | Chicago | 975.00 | 287.0 | $279,825.00 |
| Aaron Zigler | 2025 | Partner | 2001 | Chicago | 1,000.00 | 719.4 | $719,400.00 |
| Aaron Zigler | 2026 | Partner | 2001 | Chicago | 1,000.00 | 170.1 | $170,100.00 |
| Lawrence Ashe | 2024 | Partner | 1992 | Miami | 1,150.00 | 465.3 | $535,095.00 |
| Lawrence Ashe | 2025 | Partner | 1992 | Miami | 1,150.00 | 1,404.1 | $1,614,715.00 |
| Lawrence Ashe | 2026 | Partner | 1992 | Miami | 1,150.00 | 48.6 | $55,890.00 |
| Mary Jane Fait | 2023 | Partner | 1980 | Kansas City | 1,150.00 | 75.6 | $86,940.00 |
| Mary Jane Fait | 2024 | Partner | 1980 | Kansas City | 1,150.00 | 172.6 | $198,490.00 |
| Robin Horton Silverman | 2023 | Partner | 2006 | Miami | 825.00 | 97.7 | $80,602.50 |
| Robin Horton Silverman | 2024 | Partner | 2006 | Miami | 850.00 | 70.0 | $59,500.00 |
| Kevin McCormack | 2024 | Partner | 2010 | Memphis | 750.00 | 67.6 | $50,700.00 |
| Kevin McCormack | 2025 | Partner | 2010 | Memphis | 775.00 | 228.9 | $177,397.50 |
| Kevin McCormack | 2026 | Partner | 2010 | Memphis | 775.00 | 14.4 | $11,160.00 |
| Nidya Gutierrez | 2023 | Associate | 2020 | Los Angeles | 500.00 | 60.0 | $30,000.00 |
| Nidya Gutierrez | 2023 | Associate | 2020 | Los Angeles | 525.00 | 1.8 | $945.00 |
| Nidya Gutierrez | 2024 | Associate | 2020 | Los Angeles | 525.00 | 259.1 | $136,027.50 |
| Nidya Gutierrez | 2025 | Associate | 2020 | Los Angeles | 550.00 | 320.1 | $176,055.00 |
| Nidya Gutierrez | 2026 | Associate | 2020 | Los Angeles | 550.00 | 17.4 | $9,570.00 |
| George Taub | 2025 | Student Associate | NA | Chicago | 350.00 | 102.5 | $35,875.00 |
| George Taub | 2026 | Student Associate | NA | Chicago | 350.00 | 5.0 | $1,750.00 |
| Blake Kamoroff | 2026 | Attorney | 2012 | Atlanta | 675.00 | 0.4 | $270.00 |
| Tyler Yagman | 2024 | Attorney | 2023 | Miami | 475.00 | 0.8 | $380.00 |
| Blair Zigler | 2023 | Chief Executive Officer (non-attorney) | NA | Chicago | 325.00 | 197.9 | $64,317.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Blair Zigler | 2024 | Chief Executive Officer (non-attorney) | NA | Chicago | 350.00 | 157.3 | $55,055.00 |
| Blair Zigler | 2025 | Chief Executive Officer (non-attorney) | NA | Chicago | 400.00 | 460.2 | $184,080.00 |
| Blair Zigler | 2026 | Managing Partner (non-attorney) | NA | Chicago | 400.00 | 44.7 | $17,880.00 |
| Candice Aguirre | 2023 | Paralegal | NA | Chicago | 250.00 | 72.7 | $18,175.00 |
| Candice Aguirre | 2024 | Paralegal | NA | Chicago | 275.00 | 284.5 | $78,237.50 |
| Candice Aguirre | 2025 | Paralegal | NA | Chicago | 275.00 | 443.6 | $121,990.00 |
| Candice Aguirre | 2026 | Paralegal | NA | Chicago | 275.00 | 50.6 | $13,915.00 |
| Sara Formichelli | 2024 | Paralegal | NA | New York | 275.00 | 2.9 | $797.50 |
| Sara Formichelli | 2025 | Paralegal | NA | New York | 275.00 | 169.2 | $46,530.00 |
| Sara Formichelli | 2026 | Paralegal | NA | New York | 275.00 | 32.1 | $8,827.50 |
| Jerry Smith | 2023 | Intake Specialist | NA | Chicago | 250.00 | 3.6 | $900.00 |
| **Total** | | | | | | **6,688.70** | **$5,213,342.50** |