THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | Case No.: 2:23-cv-01372-JNW<br><br>**STIPULATED MOTION TO EXTEND DEADLINES**<br><br>NOTING DATE: November 20, 2026 |



FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

Plaintiffs and Settlement Class Representatives Laura Abbott, Jill Cappel, Michelle Estep, Maria Khangi, Joshua Soto Lopez, Melissa Urbancic, Heriberto Valiente, Katherine Vojtko, Vince Vojtko, and Dianne Walton-Williams ("Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon" and together with Plaintiffs, the "Parties") jointly move the Court to extend the remaining class-certification and settlement-related deadlines. The Parties base their stipulated motion on the following facts:

Amazon has learned of a data processing issue in the class data that was provided to the Settlement Administrator. As a result, certain Settlement Class Members received notice that did not reflect all of their eligible transactions, and certain Settlement Class Members did not receive notice (together, the "affected Settlement Class Members"). Amazon is validating a corrected dataset, which the Settlement Administrator will need to process for purposes of providing additional notices.

The Parties attach as Exhibits 1 through 5 the proposed notices to be sent to the affected Settlement Class Members. Exhibit 1 is a revised long-form notice that will be posted to the Settlement Administrator's website. Exhibits 2 through 4 will be emailed to these affected Settlement Class Members who have not yet received email notice. Exhibit 5 will be emailed to Settlement Class Members who were previously sent notice, and now have more transactions for which they may recover. The Parties request that the Court order the Settlement Administrator to provide the notices in Exhibits 1 through 5.

The Parties further request that the Court extend related deadlines as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Email Notice sent to affected Settlement Class Members at last known email address. Press Release issued. Settlement Website updated. | October 2, 2026 | 30 days from the Court order |
| Deadline for requests for exclusion. | December 1, 2026 | 90 days from the Court order |


FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| All objections must be filed with Court and served on Settlement Administrator by this date. | December 1, 2026 | 90 days from the Court order |
| All Subclass B Claims must be submitted by this date. | December 1, 2026 | 90 days from the Court order |
| All opposition papers to Class Counsel's application for attorneys' fees. | December 15, 2026 | 90 days from the Court order |
| Reply papers supporting Class Counsel's application for attorneys' fees. | January 12, 2027 | 120 days from the Court order |
| Motion/papers in support of Final Approval filed | February 1, 2027 | 152 days from the Court order |
| Deadline for any reply papers regarding objections to the settlement and to update the Court regarding notice and administration. | March 1, 2027 | 180 days from the Court order |
| Court determines fairness, adequacy, and reasonableness of Settlement, rules on attorneys' fees, and considers entry of Final Approval Order and Judgment. | March 16, 2027 | To be determined by the Court |

Dated: November 20, 2026

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Deena J.G. Feit*
Deena J.G. Feit, WSBA No. 59036
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 650.938.5200
dfeit@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Mary Griffin Sims (admitted *pro hac vice*)
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300

Facsimile: 650.938.5200
jwakefield@fenwick.com
mgriffin@fenwick.com

Moez M. Kaba (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: 213.788.4340
mkaba@hueston.com

Brandon C. Marsh (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: 949.788.4340
bmarsh@hueston.com

Katharine Ross (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
1 Little West, 12 Street, 2nd Floor
New York, NY 10014
Telephone: 646.216.8466
kross@hueston.com

*Attorneys for Defendant Amazon.com, Inc.*

Dated: November 20, 2026

QUINN EMANUEL
URQUHART & SULLIVAN, LLP

By: /s/ Alicia Cobb
Alicia Cobb, WSBA #48685
Matthew Hosen, WSBA #54855
Nolan Anderson, WSBA # 59691
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel.: 206.905.7000
Fax: 206.905.7100
aliciacobb@quinnemanuel.com
matthosen@quinnemanuel.com
nolananderson@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
andrewschapiro@quinnemanuel.com

Adam Wolfson (*pro hac vice*)

Justin C Griffin (*pro hac vice*)
Alyssa G. Olson (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueora Street, 10th Floor
Los Angeles, CA 90017
213.443.3000
213.443.3100
adamwolfson@quinnemanuel.com
justingriffin@quinnemanuel.com
alyolson@quinnemanuel.com

Aaron M. Zigler (*pro hac vice*)
Blair Zigler (*pro hac vice*)
Lawrence Ashe (*pro hac vice*)
Nidya S Gutierrez (*pro hac vice*)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312.673.8427
blair@ziglerlawgroup.com
aaron@ziglerlawgroup.com
larry@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Interim Class Counsel*

**LCR 7 WORD-COUNT CERTIFICATION**

I certify that this motion contains 446 words, in compliance with the Local Civil Rules.

Dated: November 20, 2026

FENWICK & WEST LLP

By: */s/ Deena J.G. Feit*
Deena J.G. Feit, WSBA No. 59036

# [PROPOSED] ORDER

The parties having stipulated to, and the Court finding good cause for, the following relief, now it is ORDERED that the case deadlines be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Email Notice sent to affected Settlement Class Members at last known email address. Press Release issued. Settlement Website updated. | October 2, 2026 | 30 days from the Court order |
| Deadline for requests for exclusion. | December 1, 2026 | 90 days from the Court order |
| All objections must be filed with Court and served on Settlement Administrator by this date. | December 1, 2026 | 90 days from the Court order |
| All Subclass B Claims must be submitted by this date. | December 1, 2026 | 90 days from the Court order |
| All opposition papers to Class Counsel's application for attorneys' fees. | December 15, 2026 | 90 days from the Court order |
| Reply papers supporting Class Counsel's application for attorneys' fees. | January 12, 2027 | 120 days from the Court order |
| Motion/papers in support of Final Approval filed | February 1, 2027 | 152 days from the Court order |
| Deadline for any reply papers regarding objections to the settlement and to update the Court regarding notice and administration. | March 1, 2027 | 180 days from the Court order |
| Court determines fairness, adequacy, and reasonableness of Settlement, rules on attorneys' fees, and considers entry of Final Approval Order and Judgment. | March 16, 2027 | To be determined by the Court |


FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
206-389-4510

Dated: ______________________

______________________________
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

Presented by:
FENWICK & WEST LLP

*/s/ Deena J.G. Feit*
Deena J.G. Feit, WSBA No. 59036
FENWICK & WEST LLP
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 650.938.5200
Email: dfeit@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Mary Griffin Sims (admitted *pro hac vice*)
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 650.938.5200
Email: jwakefield@fenwick.com
mgriffin@fenwick.com

Moez M. Kaba (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: 213.788.4340
mkaba@hueston.com

Brandon C. Marsh (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: 949.788.4340
bmarsh@hueston.com

Katharine Ross (admitted *pro hac vice*)
HUESTON HENNIGAN LLP
1 Little W 12th Street, 2nd Fl
New York, NY 10014
Telephone: 646.216.8466
kross@hueston.com