# EXHIBIT 2

TO: «Settlement Class Member Email Address»
FROM: Amazon Return Policy Litigation Settlement Administrator
RE: LEGAL NOTICE OF CLASS ACTION SETTLEMENT – IN RE: AMAZON RETURN POLICY LITIGATION

«FIRST NAME» «LAST NAME»
Notice ID: «Notice ID»
Confirmation Code: «Confirmation Code»

## IMPORTANT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

# You Have Been Identified as a Settlement Class Member and Will Automatically Receive a Payment from a Class Action Settlement Involving Amazon.com.

*A court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.*

***Para ver este aviso en español, visite www.ReturnSettlement.com.***

- A Settlement has been reached to resolve a class action lawsuit against Amazon.com ("Amazon" or "Defendant"), relating to allegations that certain of Amazon's return policies and practices violate Washington consumer protection and other laws. The case is *In re: Amazon Return Policy Litigation,* No. 2:23-cv-01372-JNW (W.D. Wash.).
- Amazon denies Plaintiffs' allegations and denies any wrongdoing. Amazon has, however, agreed to settle the lawsuit so that it may, among other things, avoid additional litigation burdens and expenses. The Court has not made any finding that Amazon has engaged in any wrongdoing or misconduct of any kind, or is liable in any way. The Court also has not made any determination that this lawsuit should proceed as a class action, as opposed to individual claims brought by Plaintiffs. This Notice should not be interpreted as an expression of the Court's opinion on the merits of the lawsuit. If the Parties had not reached a settlement, Amazon would have continued to vigorously defend the lawsuit, and it also would have opposed any attempt to have this case certified as a class action.
- Your legal rights are affected whether or not you act. ***Please read this Notice carefully***.

## WHO IS IN THE SETTLEMENT?

You are a Settlement Class Member if you initiated a return to Amazon or requested a refund regarding a physical product purchased and (per Amazon's records) received in the U.S. after being sold through Amazon.com from September 5, 2017 to February 12, 2026, and you (1) incorrectly did not receive a refund from Amazon or received an untimely or incorrect refund from Amazon; and/or (2) did receive a refund but were later incorrectly charged by Amazon for the product(s) that was (were) the subject of the return

You have been identified as a member of **Settlement Subclass A** and will automatically receive a payment under the Settlement.

**Click here** to view more information about the Settlement Class and Settlement Subclasses.

## WHAT DOES THE SETTLEMENT PROVIDE?

After this litigation was filed, Defendant identified certain customer refunds that were potentially unpaid and, in 2025, elected to implement a process to pay those refunds, including by paying some refunds for which Amazon could not confirm the money was owed. These refunds include (1) refunds not completed due to a payment processing issue; and (2) refunds not completed where Amazon does not have sufficient confirmation that the

correct item(s) were returned as required. As part of the consideration provided under this Settlement, Defendant has agreed to make reasonable efforts to complete payment of these refunds to Settlement Class Members outside of the Settlement Fund, and will also pay an additional $309.5 million into a non-reversionary Common Fund. The Common Fund will be used for distribution to the Settlement Class in accordance with the plan of distribution as well as all payments to the Settlement Administrator, and all remaining costs and expenses associated with the Settlement, including any attorneys' fees and incentive awards (subject to Court approval).

**Click here** to view more information about the plan of distribution.

In addition, in an effort to improve its return and refund practices, Amazon has implemented or will implement certain reasonable processes. To read more about these processes, **click here**.

## HOW DO I GET A PAYMENT?

Settlement Subclass A members will automatically receive a payment under the Settlement. To select your preferred method of payment, click below:

**CLICK HERE**
**TO SELECT A PAYMENT METHOD**

The deadline to select a payment method is 105 days after the Court grants final approval.

## WHAT ARE MY OTHER OPTIONS?

If you want to keep your right to sue or continue to sue Amazon on your own about the legal issues in this lawsuit, then you must mail a written **Request for Exclusion** to the Settlement Administrator, ***postmarked*** by **______________, 2027**. You may also submit your Request for Exclusion online at www.ReturnSettlement.com.

If you stay in the Settlement (*i.e.*, don't exclude yourself) and would like to object to the Settlement, you may submit your written objection to the Court and to the Settlement Administrator no later than **______________, 2027**.

**Complete details about how to exclude yourself from or object to the Settlement are available at www.ReturnSettlement.com.**

If you **do nothing**, you will still automatically get a payment from the Settlement; however, you will not be permitted to continue to assert Released Claims in any other lawsuit against Amazon about the legal issues resolved by this Settlement.

## THE LAWYERS REPRESENTING YOU

The Court has appointed lawyers from the Zigler Law Group, LLC and Quinn Emanuel Urquhart & Sullivan, LLP as Class Counsel to represent you and the other Settlement Class Members. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense, or you can represent yourself.

Class Counsel seeks $100,000,000 as its attorneys' fees in this action, subject to Court approval. Class Counsel also seeks $510,779.57 as cost reimbursement in this action, subject to Court approval. The Class

Representatives seek a service award of $7,500 each for their efforts on behalf of the class, payable from Class Counsel's fee award.

## THE COURT'S FINAL APPROVAL HEARING

The Court will hold a Final Approval Hearing at ________ on _______**, 2027**, at 700 Stewart Street, Suite 16128, Seattle, WA 98101. At the hearing, the Court will hear any comments, objections, and arguments concerning the fairness of the proposed Settlement, including the amount requested by Class Counsel for attorneys' fees and costs. You do not need to attend this hearing. You also do not need to attend to have a comment or objection considered by the Court. After the hearing, the Court will decide whether to approve the Settlement. It is unknown how long these decisions will take. Note: The date and time of the Final Approval Hearing are subject to change by Court Order. Any changes will be posted on www.ReturnSettlement.com.

## HOW DO I GET MORE INFORMATION?

**THIS NOTICE IS ONLY A SUMMARY.**

For more information, visit www.ReturnSettlement.com, call toll-free 1-888-553-4246 or scan the QR code:

For more information regarding the status of your Amazon returns and refunds, you can visit "Your Transactions" on Amazon.com.

**<u>PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.</u>**

***<u>Unsubscribe</u>***