# EXHIBIT 5

TO: «Settlement Class Member Email Address»
FROM: Amazon Return Policy Litigation Settlement Administrator
RE: LEGAL NOTICE OF CLASS ACTION SETTLEMENT – IN RE: AMAZON RETURN POLICY LITIGATION

«FIRST NAME» «LAST NAME»
Notice ID: «Notice ID»
Confirmation Code: «Confirmation Code»

**IMPORTANT SUPPLEMENTAL NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

# You May Have Additional Recoveries in a Class Action Settlement Involving Amazon.com.

*A court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.*

***Para ver este aviso en español, visite www.ReturnSettlement.com.***

- You were previously provided notice of a Settlement that has been reached to resolve a class action lawsuit against Amazon.com ("Amazon" or "Defendant"), relating to allegations that certain of Amazon's return policies and practices violate Washington consumer protection and other laws. The case is *In re: Amazon Return Policy Litigation,* No. 2:23-cv-01372-JNW (W.D. Wash.).
- Since that notice was sent, further data review has identified additional transactions of yours that may result in the payment of additional funds to you as part of the Settlement.
- Your legal rights are affected whether or not you act. ***Please read this Notice carefully***.

## HOW DO I GET A PAYMENT?

Pursuant to recent data review, you have been identified as having more transactions that may be within the scope of the Settlement, either in Settlement Subclass A or Settlement Subclass B.

If you are a member of **Settlement Subclass A,** you will automatically receive a payment under the Settlement. To view the extent of your Settlement Subclass A transactions and select your preferred method of payment, click below:

**CLICK HERE**
**TO SELECT A PAYMENT METHOD**

The deadline to select a payment method is 105 days after the Court grants final approval.

If you are a member of Settlement Subclass B, you must fill out and submit an eligible Claim Form to qualify for a payment. You may do so at the link below:

**CLICK HERE**
**TO SUBMIT YOUR CLAIM**

Note that if you previously filled out a Claim Form and have additional Settlement Subclass B transactions pursuant to the recent data review, you will see the additional transactions in the claim form at the claim form link here directly above.

Alternatively, you may visit www.ReturnSettlement.com to submit your Claim Form online by _____________, **2027** or to download a Claim Form to submit by mail postmarked by **_____________, 2027**.

## WHAT ARE MY OTHER OPTIONS?

If you want to keep your right to sue or continue to sue Amazon on your own about the legal issues in this lawsuit, then you must mail a written **Request for Exclusion** to the Settlement Administrator, ***postmarked*** by **_____________, 2027**. You may also submit your Request for Exclusion online at www.ReturnSettlement.com.

If you stay in the Settlement (*i.e.*, don't exclude yourself) and would like to object to the Settlement, you may submit your written objection to the Court and to the Settlement Administrator no later than **_____________, 2027**.

**Complete details about how to exclude yourself from or object to the Settlement are available at www.ReturnSettlement.com.**

If you **do nothing**, you will still automatically get a payment from the Settlement; however, you will not be permitted to continue to assert Released Claims in any other lawsuit against Amazon about the legal issues resolved by this Settlement.

## THE LAWYERS REPRESENTING YOU

The Court has appointed lawyers from the Zigler Law Group, LLC and Quinn Emanuel Urquhart & Sullivan, LLP as Class Counsel to represent you and the other Settlement Class Members. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense, or you can represent yourself.

Class Counsel seeks $100,000,000 as its attorneys' fees in this action, subject to Court approval. Class Counsel also seeks $510,779.57 as cost reimbursement in this action, subject to Court approval. The Class Representatives seek a service award of $7,500 each for their efforts on behalf of the class, payable from Class Counsel's fee award.

## THE COURT'S FINAL APPROVAL HEARING

The Court will hold a Final Approval Hearing at __________ on **_____________, 2027**, at 700 Stewart Street, Suite 16128, Seattle, WA 98101. At the hearing, the Court will hear any comments, objections, and arguments concerning the fairness of the proposed Settlement, including the amount requested by Class Counsel for attorneys' fees and costs. You do not need to attend this hearing. You also do not need to attend to have a comment or objection considered by the Court. After the hearing, the Court will decide whether to approve the Settlement. It is unknown how long these decisions will take. Note: The date and time of the Final Approval Hearing are subject to change by Court Order. Any changes will be posted on www.ReturnSettlement.com.

## HOW DO I GET MORE INFORMATION?

**THIS NOTICE IS ONLY A SUMMARY.**

For more information, visit www.ReturnSettlement.com, call toll-free 1-888-553-4246 or scan the QR code:

For more information regarding the status of your Amazon returns and refunds, you can visit "Your Transactions" on Amazon.com.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

***Unsubscribe***