THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE: AMAZON RETURN POLICY LITIGATION

Case No. 2:23-cv-01372-JNW

**OBJECTOR ERIN WEILER'S RESPONSE TO STIPULATED MOTION TO EXTEND DEADLINES**



WYATT GRONSKI PLLC
ATTORNEYS
540 Newport Way NW,Suite 200
Issaquah,WA 98027
425.395.7784

Objector Erin Weiler hereby responds to the Stipulated Motion to Extend Deadlines (Dkt. 211) filed on November 20, 2026.

The Parties' November 20, 2026 Stipulated Motion states that "Amazon has learned of a data processing issue in the class data that was provided to the Settlement Administrator." Dkt. 211 at 1. "As a result, certain Settlement Class members received notice that did not reflect all of their eligible transactions, and certain Settlement Class Members did not receive notice (together, the 'affected Settlement Class Members')." *Id*. Accordingly, the Parties ask that the Court extend various notice and settlement related deadlines. *See id*.

Ms. Weiler filed her objection on October 29, 2026. Dkt. 200. Previously, Ms. Weiler opposed preliminary approval. Dkt. 183. Relevant here, Ms. Weiler objects in part because 1) the Parties fail to provide sufficient information to the Court to gauge the reasonableness of the Settlement, as they do not provide the Court with information to evaluate the potential damages for Subclass B, or even provide the Court with firm data concerning the dollar amount of the transactions within Subclass B or the number of putative Subclass B class members; 2) Class Counsel did not adequately vet the exposure for Subclass B, as they did not receive the Class Data – now admitted to be inadequate – until February 13, 2026, after their deadline to terminate the Settlement expired and before they knew of the damages exposure for Subclass B; and 3) **because the claim form did not let Ms. Weiler submit a claim for the claims at issue in *Weiler v. Amazon.com, Inc.*, Case No 2:26-cv-00378 (W.D. Wash.) despite the Parties adamantly, and repeatedly, telling the Court and Ms. Weiler that all transactions within the *Weiler* action are covered by the Settlement and that she could get a full refund**. *See gen*. Dkt. 200 at 17-19, 29-33, 56-58.

Although Ms. Weiler does not object to the stipulated extension *per se*, Ms. Weiler asks that the Court condition the extension on providing the Court, in a public filing, information concerning:

- Total number of "affected Settlement Class Members" for Subclasses A and B, respectively;



WYATT GRONSKI PLLC
ATTORNEYS
540 Newport Way NW, Suite 200
Issaquah, WA 98027
425.395.7784

- Total number of transactions that will be added to the Class Data as a result of the "data processing issue in the class data" for Subclasses A and B, respectively;
- Total *dollar amounts* (valuation) of the transactions that will be added to the Class Data as a result of the "data processing issue in the class data" for Subclasses A and B, respectively;
- An explanation of why Ms. Weiler's transactions at issue in *Weiler* were not initially in the Class Data and whether the transactions at issue in *Weiler* are part of the transactions identified in the Parties' November 20, 2026 Stipulated Motion.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Yeremey O. Krivoshey*

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (Cal. Bar No. 295032)*
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

*/s/ Todd Wyatt*

**WYATT GRONSKI PLLC**
Todd Wyatt (Bar No. 31608)
540 Newport Way NW, Suite 200
Issaquah, WA 98027
Phone: 425-395-7784
E-Mail: todd@wdlawgroup.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (Cal. Bar No. 244902)*
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

*admitted *pro hac vice*