UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AMAZON RETURN POLICY LITIGATION | CASE NO. 2:23-cv-01372-JNW<br><br>ORDER |

On November 16, 2026, Plaintiffs and Defendant Amazon.com, Inc. asked the Court to hold in abeyance the November 17 deadline for class counsel to move for attorneys' fees and expenses. Dkt. No. 206 at 2. Because the Parties' first motion was filed the day before the deadline it addressed, the Court could not rule before that deadline passed. *See* LCR 7(j). So class counsel rightly met the deadline and filed a motion for attorneys' fees, reimbursement of expenses, and service awards. Dkt. Nos. 208, 209. On November 20, the Parties jointly moved to extend several other deadlines, including the deadline to respond to the fee motion. Dkt. No. 211. That second motion did not address the fee-motion deadline, which had already passed. Dkt. No. 211.

Both motions come from the same problem. Amazon discovered "a data processing issue in the class data that [it] provided to the Settlement

Administrator" that led to inadequate notice to a number of class members. *Id.* at 2. But the Parties do not say or approximate the number of affected class members.

The Court considers this a significant problem. Class members are entitled to reasonable notice of a motion for attorneys' fees and a chance to object to it. Fed. R. Civ. P. 23(h)(1)–(2). Briefing on fees should not go forward until all class members have been properly notified.

Accordingly, the Court STRIKES the November 17, 2026, deadline and class counsel's motion for attorneys' fees at Dkt. Nos. 208 and 209. The Court ORDERS the Parties to provide an updated stipulation proposing new case deadlines, including a deadline to move for attorneys' fees within SEVEN (7) days of this order. The Court DENIES as moot the Parties' stipulations at Dkt. Nos. 206 and 211.

Dated this 23rd day of November, 2026.

Jamal N. Whitehead
United States District Judge